AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

DEBRA LOFTIN

V.

US LABS FOUNTAIN VALLEY, INC. AND
ESOTERIX, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-CV-839-WKW

TO: (Name and address of Defendant)

ESOTERIX, INC.
CT CORPORATION SYSTEMS AGENT FOR SERVICE
818 W 7TH STREET
LOS ANGELES, CALIFORNIA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK ALLEN TREADWEL
OLIVER & TREADWELL LLP
129 WEST COLUMBUS STREET
DADEVILLE, ALABAMA 36853

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

DEBRA LOFTIN

V.

US LABS FOUNTAIN VALLEY, INC. AND ESOTERIX, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-cv-839-WKW

TO: (Name and address of Defendant)

US LABS FOUNTAIN VALLEY INC.
CALIFORNIA CSC AGENT FOR SERVICE
POST OFFICE BOX 526036
SACRAMENTO, CLAIFORNIA 95852-6036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK ALLEN TREADWEL
OLIVER & TREADWELL LLP
129 WEST COLUMBUS STREET
DADEVILLE, ALABAMA 36853

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    9/20/07

CLERK                 DATE

(By) DEPUTY CLERK