**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Loftin v. U S Labs-Fountain Valley, Inc. et al**

**Case Number:   3:06-cv-00839-WKW**
**Referenced Pleading:   return receipt card - doc. 3**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ESOTERIX, INC.
   CT CORPORATION SYSTEMS AGENT FOR SERVICE
   818 W. 7TH STREET
   LOS ANGELES, CALIFORNIA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): RUDY RIVERA  C. Date of Delivery: 9/25/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   06cv839 3XC

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0008 0963 6131

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540