SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

US LABS FOUNTAIN VALLEY, INC

CALIFORNIA CSC AGENT FOR SERVICE

P.O. BOX 526036

SACRAMENTO, CALIFORNIA 95852-6036

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   APRIL GUSS    SEP 2 6 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

06 CV 839
SD

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number    7005 1820 0008 0963 6155
   (Transfer

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540