IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA L. LOFTIN,

    Plaintiff,

        -v-                                Case No. 3:06-CV-839-WKW

U S LABS FOUNTAIN VALLEY, INC., *et. al.*,

    Defendant.

_____

MEMORANDUM BRIEF IN RESPONSE TO
DEFENDANTS MOTION TO DISMISS

_____

    COMES NOW THE PLAINTIFF, by and through the undersigned counsel of record, and in response to the Defendants Motion to Dismiss does submit the following memorandum brief.

## I. FACTS

The Plaintiff filed and served the Defendants with a Complaint alleging negligent performance of laboratory testing. In particular, the Plaintiff alleged specific dates and laboratory reports identification numbers wherein the Defendants erroneously report false positive tests for Flourescence in situ Hybridization (FISH) testing. [See Complaint paras. 8, 9 and 11] The Complaint specifically places the Defendants on notice of each test which was improperly reported. The Complaint does not specifically allege why the tests were erroneously reported as false positives ; however, the Complaint does allege, ...breached the duty of due care

owed to the Plaintiff to accurately perform diagnostic FISH analyses. [See Complaint para. 21] The Complaint further alleges the Defendants ... failed to adequately train, hire and/or employ ...personnel.. [para. 20] which can only be further identified with specificity upon adequate discovery.

## II. ANALYSIS

Code of Alabama (1975) 6-5-551 requires a complaint to provide, ...a detailed specification and factual description of each act and omission alleged.... The Plaintiff, as set forth herein, provided in the Complaint the exact date as well as each specific laboratory test report identification number for all three FISH analyses which the Plaintiff alleges were incorrectly reported as .. .abnormal profile....

The Plaintiff relies upon *Mikkelsen -v- Salama*, 619 So.2d 1382 (Ala. 1993) for the proposition that she has adequately provided the Defendant with specific and detailed notice of the alleged negligent act.

> Thus, when a plaintiff files a complaint alleging that a health care provider breached the standard of care owed to the plaintiff, although every element of the cause of action need not be stated with particularity, the plaintiff must give the defendant health care provider fair notice of the allegedly negligent act and must identify the time and place it occurred and the resulting harm. If the complaint affords the defendant health care provider fair notice of these essential elements, the courts should strive to find that the complaint includes the necessary detailed specification and factual description of each act and omission alleged by plaintiff to render the health care provider liable to plaintiff.

*Mikkelsen* at 1384.

The Plaintiff submits adequate notice has been provided by specifically

alleging the negligent act inaccurately or incorrectly reporting a false positive FISH analysis and identifying the specific test report numbers and dates all three tests were performed.

The Defendants have further alleged naming Esoterix, Inc. as a defendant without stating with particularity the allegations against this Defendant should result in a dismissal. However, as set forth herein, the allegations are set forth as to both Defendants and only further discovery can identify if, in fact, there is a sufficient relationship between and/or by these two named Defendants creates liability as to both. Furthermore, further discovery would disclose the corporate structure of these two defendants related to joint liability.

Base upon the foregoing, the Defendants Motion to Dismiss should be denied.

Respectfully submitted,

/s/ Mark Allen Treadwell

OLIVER & TREADWELL, LLP
129 West Columbus Street
Dadeville, Alabama 36853
256 825 9296
markallen@olivertreadwell.com

Certificate of Service

I hereby certify a copy of the foregoing has been served electronically with the

Clerk of the Court via CM/ECF which will provide notice to the following:

>Hon. Michael L. Lucas
>BURR & FORMAN, LLP
>3100 Wachovia Tower
>420 North 20th Street
>Birmingham, Alabama 35203

on the 8th day of November, 2006.

      /s/ Mark Allen Treadwell