IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA LOFTIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, ) | |
| INC., and ESOTERIX, INC., ) | |
| ) | |
| DEFENDANTS. ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to FRCP Rule 26(f), a meeting was held on December 11, 2006 between Mark Allen Treadwell, attorney for plaintiff, and Michael L. Lucas, attorney for defendant.

**1.    Brief synopsis of the Case.**

Plaintiff claims defendant erroneously reported positive FISH analysis (diagnostic test) results. Defendant denies plaintiff's allegations.

**2.    Pre-discovery Disclosures.**

The parties will exchange the information required by Local Rule 26.1(a)(1) by January 31, 2007.

**3.    Discovery Plan.**

The parties jointly propose to the court the following discovery plan:

Without waiver of objections, discovery will be needed on the following subjects:

1520137

Plaintiff's claims in her Complaint, Defendant's defenses, Plaintiff's medical history, plaintiff's alleged damages, and the performance of the referenced diagnostic tests.

All discovery must be commenced in time to be completed by September 17, 2007.

Maximum of 25 interrogatories, including sub-parts, by each party to any other party. Responses due 30 days after service.

Maximum of 25 requests for admissions, including sub-parts, by each party to any other party. Responses due 30 days after service.

Maximum of 75 requests for production of documents, including sub-parts, by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by each party. No deposition shall exceed eight hours unless agreed to by the parties or ordered by the Court.

Reports from retained experts, if any, under Rule 26(a)(2) are due:

From plaintiff - by May 31, 2007.

From defendant - by July 23, 2007.

Supplementation under Rule 26(e) due by June 29, 2007.

**4.     Other Items.**

A scheduling conference is not requested prior to entry of a scheduling order.

Plaintiff has until January 31, 2007, to join additional parties and to amend the pleadings.

Defendant has until March 2, 2007 to join additional parties and to amend the pleadings.

All potentially dispositive motions must be filed and served by October 5, 2007.

Settlement cannot be evaluated until completion of initial discovery.

The parties will determine whether mediation should be entered upon completion of initial discovery.

Final lists of trial evidence under Rule 26(a)(3) are due 30 days before trial.

Parties have 10 days after service of final lists of trial evidence to state objections under Rule 26(a)(3).

The case will be ready for trial after November 2008 and is expected to take approximately 3 days.


s/ Mark Allen Treadwell_____  
Mark Allen Treadwell  
OLIVER & TREADWELL LLP   .  
129 West Columbus Street  
Dadeville, Alabama 36853  

Attorney for Plaintiff

s/ Michael L. Lucas_____  
Michael L. Lucas (LUC004)  
BURR & FORMAN LLP  
3100 Wachovia Tower  
420 North 20th Street  
Birmingham, AL 35203  

Attorney for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2006, I electronically filed the foregoing Report of Parties' Planning Meeting with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

                                              s/ Michael L. Lucas_____
                                              OF COUNSEL