IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA L. LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-839-WKW |
| | ) | |
| U. S. LABS-FOUNTAIN VALLEY, INC., *et al.,* | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 17, 2006, the court entered an Order denying the defendants' motion to dismiss. (Doc. # 12.) Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, the defendants were required to file answers to the complaint no later than ten days after the court's November 17, 2006, Order. The record reflects that as of this date, no answers have been filed by the defendants. Accordingly, it is hereby

ORDERED that on or before December 27, 2006, the defendants shall file their answers to the complaint.

DONE this 14th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE