IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA LOFTIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, ) | |
| INC., and ESOTERIX, INC., ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANTS U. S. LABS FOUNTAIN VALLEY, INC. AND ESOTERIX, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

**COME NOW** Defendants, U.S. Labs Fountain Valley, Inc., ("U.S. Labs") and Esoterix, Inc., ("Esoterix") (collectively "defendants") and answer the complaint filed against them in this action as follows:

### FIRST AFFIRMATIVE DEFENSE

NOTE, the numbered paragraphs of the First Defense correspond to the numbered paragraphs of Complaint.

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Complaint and therefore deny the same.

2. Defendants admit that Defendant U.S. Labs Fountain Valley is a corporation. Except as specifically admitted herein, defendants deny the remaining allegations of paragraph 2 of the Complaint.

3. Defendants admit that Defendant Esoterix, Inc. is a corporation. Except as specifically admitted herein, defendants deny the remaining allegations of paragraph 3 of the Complaint.

1526479

4. Defendants admit that plaintiff asserts that jurisdiction in this cause is based upon an amount in controversy which exceeds $75,000.00 and due to diversity of citizenship. 28 U.S.C. § 1332. Except as specifically admitted herein, defendants deny the remaining allegations of paragraph 4 of the Complaint.

5. For answer to paragraph 5 of the Complaint, defendants incorporate herein by reference their answers to paragraphs 1 through 4 above.

6. Defendants deny the allegations of paragraph 6 of the Complaint.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the Complaint and therefore deny the same.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the Complaint and therefore deny the same.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Complaint and therefore deny the same.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Complaint and therefore deny the same.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the Complaint and therefore deny the same.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Complaint and therefore deny the same.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint and therefore deny the same.

14. Defendants deny the allegations of paragraph 14 of the Complaint.

15.     For answer to paragraph 15 of the Complaint, defendants incorporate herein by reference their answers to paragraphs 1 through 14 above.

16.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16 of the Complaint and therefore deny the same.

17.     Defendants deny the allegations of paragraph 17 of the Complaint.

18.     Defendants deny the allegations of paragraph 18 of the Complaint.

19.     Defendants deny the allegations of paragraph 19 of the Complaint.

20.     Defendants deny the allegations of paragraph 20 of the Complaint.

21.     Defendants deny the allegations of paragraph 21 of the Complaint.

22.     Defendants deny the allegations of paragraph 22 of the Complaint.

23.     Defendants deny the allegations of paragraph 23 of the Complaint.

24.     Defendants deny the allegations of paragraph 24 of the Complaint.

## SECOND AFFIRMATIVE DEFENSE

25.     Defendants deny that plaintiff is entitled to any of the relief that plaintiff claims in her prayer for relief.

## THIRD AFFIRMATIVE DEFENSE

26.     Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## FOURTH AFFIRMATIVE DEFENSE

27.     Plaintiff's claims are barred by the applicable statutes of limitations.

## FIFTH AFFIRMATIVE DEFENSE

28.     Defendants deny they were guilty of any wrongful conduct as alleged in plaintiff's Complaint and demands strict proof thereof.

## SIXTH AFFIRMATIVE DEFENSE

29.     Defendants did not breach the applicable standard of care.

### SEVENTH AFFIRMATIVE DEFENSE

30. Defendants affirmatively plead that the negligence, reckless conduct, or intentional conduct of third parties over which defendants had no control, including plaintiff, was the sole producing cause of plaintiff's alleged injuries, if any injuries occurred.

### EIGHTH AFFIRMATIVE DEFENSE

31. No act or omission by defendants was the cause-in-fact or a proximate cause of the damages, if any, sustained by plaintiff.

### NINTH AFFIRMATIVE DEFENSE

32. Defendants assert the learned intermediary defense.

### TENTH AFFIRMATIVE DEFENSE

33. Defendants did not breach the applicable standard of care.

### ELEVENTH AFFIRMATIVE DEFENSE

34. Defendants are informed and believe, and therefore allege, that all damages, if any, sustained by plaintiff were directly and proximately caused by superseding, intervening acts and omissions of persons other than defendants for which defendants are not responsible nor liable and over whom defendants had no control.

### TWELFTH AFFIRMATIVE DEFENSE

35. Plaintiff lacks privity and standing.

### THIRTEENTH AFFIRMATIVE DEFENSE

36. Defendants aver that plaintiff failed to mitigate her injuries, damages and/or losses which she contends she suffered and are therefore barred from recovery.

### FOURTEENTH AFFIRMATIVE DEFENSE

37. Defendants aver that plaintiff's injuries, if any, may be caused in whole or in part by pre-existing medical conditions unrelated to the allegations set forth in plaintiff's Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE

38. All possible affirmative defenses may not have been alleged herein insofar as omissions or facts are not available after reasonable inquiry upon the filing of plaintiff's Complaint and therefore defendants reserve their right to amend their Answer to allege additional affirmative defenses if subsequent investigation warrants.

### SIXTEENTH AFFIRMATIVE DEFENSE

39. Plaintiff's claim is barred by the application of Alabama Code §6-5-551.

### SEVENTEENTH AFFIRMATIVE DEFENSE

40. There is no vicarious liability between defendants.

```
                                        s/ Michael L. Lucas
                                        Michael L. Lucas (LUC004)
                                        Margaret E. Gober (GOB003)

                                        Attorneys for Defendants
```

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1526479

5

## CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2006 I electronically filed the foregoing Defendants' Answer to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

                                      s/ Michael L. Lucas
                                      OF COUNSEL