IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, | ) | |
| INC., and ESOTERIX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER

COME NOW Plaintiff and Defendants and jointly move this Court to enter the attached Qualified Protective HIPAA Order.

/s/Mark Allen Treadwell
Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

Attorney for Plaintiff, Debra Loftin

1528918

/s/ Michael L. Lucas
Michael L. Lucas (LUC004)
BURR & FORMAN, LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Attorney for Defendants
U.S. Labs Fountain Valley, Inc.
and Esoterix, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2006, I electronically filed the foregoing Joint Motion for Entry of Qualified Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

s/ Michael L. Lucas
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA LOFTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, ) | |
| INC., and ESOTERIX, INC., ) | |
| ) | |
| Defendants. ) | |

## QUALIFIED PROTECTIVE HIPAA ORDER

In accordance with the request of counsel for all parties, the parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure, to obtain from health care providers, health plans, or other entities covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to past, present, or future medical condition of Debra Loftin (plaintiff) (or the decedent or ward of the plaintiff who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of health care. The specific description of protected health information to be used and/or disclosed is as follows:

all medical and health care records, including, but not limited to, doctors' notes, nurses' notes, office notes, summary sheets, emergency records, history & physicals, admission records, examination records, consultation records, surgeons' records, medication records, discharge summaries, pathology reports, laboratory reports, hair testing reports, drug testing reports, chain of custody reports, litigation package reports, personal notes, incident reports, test records & results, psychiatric records, psychological records, alcohol & substance abuse records, records regarding HIV, AIDS, Hepatitis & sexually transmitted diseases, bills, claims, remittances, insurance records, consents for treatment, correspondence, memoranda, evaluations, writings of any kind or any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, diagnosis or other information pertaining to and concerning my physical or mental condition.

This Protective Order is intended to assist the parties to this action, and third parties who receive subpoenas from the parties to comply with the privacy requirements imposed upon protective health information by HIPAA and regulations promulgated thereto. The parties are expressly prohibited from using or disclosing the protective health information obtained pursuant to this order for any purposed other than this action. Further, the parties are ordered to either return to the covered entity for whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. § 164.521(e)(1)(v).

APPROVED and SO ORDERED this the _____ day of _____, 2006.

_____
United States District Judge

1528932

cc: Mark Allen Treadwell, Esq.
Michael L. Lucas, Esq.

**1528932**             2