IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA LOFTIN,

    Plaintiffs,

vs.                                      CASE NO.: 3:06-CV-839-WKW

U.S. LABS- FOUNTAIN VALLEY,
INC., AND ESOTERIX, INC.,

    Defendants.

_____

PLAINTIFF'S WITNESS LIST
_____

    COMES NOW the Plaintiff, Debra Loftin, and files the Plaintiff's Witness List pursuant to Federal Rules of Civil Procedure and the Scheduling Order of this court dated December 21st, 2006, Plaintiff submits the following disclosures:

| | |
|---|---|
| 1.  Debra Loftin<br>c/o Mark Allen Treadwell<br>129 West Columbus St.<br>Dadeville, Alabama 36853<br>256-825-9296 | Allegations of complaint |
| 2.  Terry Loftin<br>c/o Mark Allen Treadwell<br>129 West Columbus St.<br>Dadeville, Alabama 36853<br>256-825-9296 | Allegations of complaint |
| 3.  Chris Loftin<br>c/o Mark Allen Treadwell<br>129 West Columbus St.<br>Dadeville, Alabama 36853<br>256-825-9296 | Allegations of complaint |

4.  Dr. Brad Bauer          Plaintiff medical care provider
125 Allison Dr.
Alexander City, Alabama 35010
256-215-3601

5.  Dr. Karen Mockler        Plaintiff medical care provider
Dr. Debra J. McCormack
Medical Park Family Care
1034 South Tallassee Street
Dadeville, Alabama 36853

6.  Mariam Rahimzadeh, M. D.     Testing methodology and procedures used to test specimens at issue in this lawsuit

5405 Alton Parkway Suite 59 # 310
Irvine, California        92604

7.  Changjun Yue, M.D., Ph.D.,    Testing methodology and procedures used to test specimens at issue in this lawsuit

Associate Medical Director, U. S. Labs
2601 Campus Drive
Irvine, California 92612

8.  Arja Maberry, M. D., Pathologist   Testing methodology and procedures used to test specimens at issue with negative results

Bostwick Laboratories
4355 Innslake Dr.
Richmond, Virginia 23060
866-816-4793

9.  Dr. Mike Daugherty           Testing methodology and procedures used to test
President of Lab MD          specimens at issue and corporate representative.
Corporate Headquarters
1117 Perimeter Center West
Atlanta, Georgia 30338

10.  Any witnesses listed by the Defendant or rebuttal witnesses.

11.  Any witnesses' testimony by deposition.

12.  The Plaintiff reserves the right to supplement and list any witness found through the course of discovery phase of this trial.

This 11th day of June 2007.

               S/
               Mark Allen Treadwell (TRE005)

OLIVER & TREADWELL
129 West Columbus St.
Dadeville, Alabama 36853
256-825-9296

## CERTIFICATE OF SERVICE

  I hereby certify that I have on this 11th day of June 2007., served a copy of the above and foregoing upon the following Electronically via CMECF and by United States Postal Service, postage prepaid and properly addressed to:

Hon. Michael Lucas
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Hon. Margaret E. Gober
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

               S/
               Mark Allen Treadwell (TRE005)