IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA LOFTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, ) | |
| INC., and ESOTERIX, INC., ) | |
| ) | |
| Defendants. ) | |

## PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, by agreement of counsel and for good cause shown, it is hereby Ordered that documents, and the information contained therein, designated as "Confidential" under this Order, to the extent that such documents and information are disclosed, given or produced by defendants to plaintiff during the pendency of this action, shall be used solely for preparation for and use in this litigation and shall not be used or disclosed by any person receiving such information for any other purpose whatsoever.

Plaintiff shall maintain the confidentiality of such documents and information subject to this Order. Access to confidential information shall be restricted to plaintiff, plaintiff's counsel, plaintiff counsel's paralegal and secretarial staff and plaintiff's experts, if any, for the preparation for and use in this litigation. Prior to receiving access to any confidential information, any expert shall acknowledge in writing to having read this Order and agree in writing to be bound by the terms of this Order and to be subject to the jurisdiction of this Court for the purposes of enforcing this Order (See Attached Exhibit "A").

Under the terms of this Order, it shall be sufficient to mark a document as "Confidential" by including the word "confidential" on a label affixed to the document. In the event that such information is produced in electronic form, for example, in a floppy or cd disc, it shall be sufficient to label the disc as "Confidential."

Whenever any documents and information afforded confidential treatment pursuant to this Order are introduced as exhibits, or otherwise utilized, in connection with deposition testimony given in this action, counsel introducing such exhibits, or using such information in the examination of a witness, shall advise the court reporter that the portions of the testimony which refer thereto and the exhibits themselves shall be afforded confidential treatment pursuant to this Order.  The court reporter shall separately transcribe those portions of the testimony so designated, bind therewith the confidential exhibits to which the testimony refers and mark the face of the separately bound transcript with the word "Confidential."

To the extent any pleadings or other papers filed with this Court incorporate documents or information designated "Confidential, the party filing such papers shall file the same with the Clerk under seal.

Notwithstanding the foregoing provisions, this Order shall not be construed as a waiver by defendant of any objections which might be raised as to the admissibility or discoverability of any evidentiary material.

All documents produced in this case, whether or not stamped or marked "Confidential," shall be used only in preparation for and litigation of the issues before the Court in this case.

On the final determination of this action, plaintiff and her counsel shall assemble and return to defendants' counsel all documents designated "Confidential," any copies thereof, or other documents containing the confidential information protected by this Order.

Done this 18th day of July, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

Exhibit A

AGREEMENT TO BE BOUND BY THE PROTECTIVE ORDER
REGARDING CONFIDENTIALITY OF DOCUMENTS

I, the undersigned, hereby acknowledge that I have received and read a copy of the Protective Order ("Order") entered in <u>Debra Loftin v. U.S. Labs - Fountain Valley, Inc. and Esoterix, Inc.</u>, Civil Action No. 3:06-CV-839-WKW in the United States District Court for the Middle District of Alabama, that I understand the provisions in the Order prohibiting the disclosure, exploitation, or use of Confidential Material, or other discovery or deposition testimony for any purpose or in any manner not connected with the prosecution or defense of that matter; that I agree to be bound by all provisions of the Order; that I submit to the jurisdiction of the Court in which that matter is pending, and that I understand that sanctions may be imposed by the Court, including civil and criminal penalties for contempt of court, if I fail to abide by and comply with all the terms, conditions and restrictions imposed by the Order.

_____    _____
Date                              Name