IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA LOFTIN,

    Plaintiffs,

vs.                                      CASE NO.: 3:06-CV-839-WKW

U.S. LABS- FOUNTAIN VALLEY,
INC., AND ESOTERIX, INC.,

    Defendants.
_____

NOTICE OF SERVICE OF DISCOVERY DOCUMENTS
_____

    TO:    Tallapoosa County Circuit Clerk

    PLEASE TAKE NOTICE that the following discovery documents have been filed on behalf of the Plaintiff,

    Plaintiff's Notice of Deposition by Phone of Changjun Yue, M.D., Ph.D., Associate Medical Director, U. S. Labs, Defendant.

                                                    S/
                                                    Mark Allen Treadwell (TRE005)
                                                    Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I certify that the foregoing document has been served upon the following by placing copy of same in the United States Mail, first class, postage prepaid and properly addressed:

Hon. Michael Lucas
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

on this the 27TH day of August 2007.

                                            S/
                                            Mark Allen Treadwell
                                            Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA LOFTIN,

    Plaintiffs,

vs.                                                    CASE NO.: 3:06-CV-839-WKW

U.S. LABS- FOUNTAIN VALLEY,
INC., AND ESOTERIX, INC.,

    Defendants.

_____

DEPOSITION NOTICE
BY PHONE
_____

| | |
|---|---|
| Deponent: | **Changjun Yue, M.D., Ph.D.,** <br> **Associate Medical Director, U. S. Labs** <br> C/O Attorney for Defense Hon. Michael Lucas <br> BURR & FORMAN LLP <br> 3100 Wachovia Tower <br> 420 North 20th Street <br> Birmingham, Alabama 35203 |
| Time: | 12:30 Central Standard Time |
| Date: | September 7th , 2007 |
| Location: | By telephone <br> Office of Hon. Michael Lucas <br> BURR & FORMAN LLP <br> 3100 Wachovia Tower <br> 420 North 20th Street <br> Birmingham, Alabama 35203 |

     Please take notice that pursuant to Federal Rule 30 (b) (7) the Plaintiff's attorney will take depositions of the deponent by telephone, at the time, date and location indicated above, upon oral examination pursuant to the Alabama Rules of Civil Procedures, before a certified court reporter. The oral examination will continue from day to day until completed. The deposition once taken may be used for any purpose allowable under the Alabama Rules of Civil Procedure or any other purpose.

     Court reporter will be provided by the Plaintiff.

                                                          S/
                                                          Mark Allen Treadwell
                                                          Attorney for Plaintiff

OLIVER-TREADWELL
129 West Columbus Street
Dadeville, Alabama 36853
(256)825-9296

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing upon the following by placing a copy of the same in the United States Postal Service, postage prepaid and properly addressed to:

Hon. Michael Lucas
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

 27th, day of August 2007.

                                                           S/
                                                          Mark Allen Treadwell
                                                          Attorney for Plaintiff