IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA LOFTIN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, ) | |
| INC., and ESOTERIX, INC., ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, Defendants, U.S. Labs Fountain Valley, Inc., ("U.S. Labs") and Esoterix, Inc., ("Esoterix"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move this Court to grant summary judgment in favor of defendants and against plaintiff on the grounds there is no genuine issue as to any material fact and that defendants are entitled to judgment as a matter of law. More particularly, in support of this Motion, defendants state as follows:

1. In her complaint, plaintiff alleges she was damaged as a result of an allegedly negligently preformed fluorescence in situ hybridization (FISH) analysis.

2. Because defendants are healthcare providers, the Alabama Medical Liability Act is the exclusive remedy for plaintiff.

1606255 v1

3. Summary judgment is due to be granted in favor of defendants on plaintiff's claim because plaintiff cannot present substantial evidence that defendants violated the applicable standard of care and that any alleged deviation from the applicable standard of care caused an incorrect result. Furthermore, plaintiff has no evidence that Esoterix, Inc., performed the UroVysion FISH analysis.

WHEREFORE, defendants request this Court grant summary judgment in their favor, dismiss plaintiff's complaint, and tax costs to plaintiff.

s/ Michael L. Lucas
Michael L. Lucas (LUC004)
BURR & FORMAN, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Attorney for Defendants
U.S. Labs Fountain Valley, Inc. and
Esoterix, Inc.

## CERTIFICATE OF SERVICE

 I hereby certify that on October 5, 2007, I electronically filed the foregoing Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

            s/ Michael L. Lucas
            OF COUNSEL