# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, | ) | |
| INC., and ESOTERIX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS U.S. LABS FOUNTAIN VALLEY, INC. AND ESOTERIX, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendants, U.S. Labs Fountain Valley, Inc. and Esoterix, Inc. ("Defendants") and submit their evidentiary submission in support of their Motion for Summary Judgment filed contemporaneously herewith.

| | |
|---|---|
| Exhibit 1 | Declaration of Daynna J. Wolff, Ph.D. and Attached Expert Report |
| Exhibit 2 | Declaration of Changjun Yue, M.D., Ph.D. and Attached Expert Report |
| Exhibit 3 | Deposition of Plaintiff Debra Loftin |
| Exhibit 4 | 05/23/05 and 06/07/05 U.S. Labs Reports |
| Exhibit 5 | 06/17/05 Bostwick Labs Reports |
| Exhibit 6 | Deposition of Changjun Yue, M.D., Ph.D. |
| Exhibit 7 | Defendants' Answer to Plaintiff's Interrogatory No. 2 |

Exhibit 8     Declaration of Vincent Michael Bivins, Ph.D. and Attached
              Expert Report

                                        s/ Michael L. Lucas
                                        Michael L. Lucas (LUC004)

                                        Attorney for Defendants
                                        U.S. Labs Fountain Valley, Inc. and
                                        Esoterix, Inc.

OF COUNSEL:

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing Defendants' Evidentiary Submission in Support of Their Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

                                        s/ Michael L. Lucas
                                        OF COUNSEL

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, | ) | |
| INC., and ESOTERIX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF DAYNNA J. WOLFF, Ph.D.

1.      My name is Daynna J. Wolff, Ph.D.  I am over nineteen years of age.
I have personal knowledge of the matters contained in my declaration, and I give
this declaration voluntarily and without coercion and under penalty of perjury.

2.      I have attached to my declaration a copy of my expert report that I
previously provided in this case.  I have personal knowledge of the information
contained in my expert report, such information is true and correct, and I
incorporate my expert report herein.

3.      I declare under penalty of perjury that the foregoing is true and
correct.

Executed on October _2_ , 2007.


_____
DAYNNA J. WOLFF, Ph.D.

1607235 v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

DEBRA LOFTIN,                                    )
                                                 )
            Plaintiff,                   )
                                                 )
v.                                               )          CIVIL ACTION NO:
                                                 )          3:06-CV-839-WKW
U.S. LABS - FOUNTAIN VALLEY,                     )
INC., and ESOTERIX, INC.,                        )
                                                 )
            Defendants.                  )

## EXPERT REPORT OF DR. DAYNNA J. WOLFF, Ph.D

    1.    I have attached to this Report an updated Curriculum Vitae and the information contained therein is correct. My attached Curriculum Vitae accurately describes my education, work history and experience. I am a Professor of Pathology and Laboratory Medicine at the University of South Carolina and I am the Director of Clinical Cytogenetics and Molecular Pathology laboratories. I obtained American Board of Medical Genetics certification in Cytogenetics and Molecular Genetics in 1996 and have been performing and interpreting fluorescence in situ hybridization (FISH) tests since 1991.

2.      My laboratory was an early-adopter of the UroVysion test and we have been using UroVysion FISH as a clinical test since 2002.  I interpret the results of approximately 1000 UroVysion tests annually.  I have been actively involved in research projects using the UroVysion test, have authored a manuscript that describes the clinical utility of UroVysion and have been invited to give several seminars on UroVysion.

3.      Detection of bladder cancer is difficult because there is not a laboratory test that gives a positive result for all patients with cancer (sensitive), while being negative for all patients without cancer (specific). Historically, the gold standard screening test for bladder cancer was cytology (microscopic examination of cells in urine).   This test only suggests bladder cancer in approximately 60% of cases with bladder cancer, thus the test is not very sensitive.  The UroVysion FISH test was FDA-approved in 2001 for monitoring for bladder cancer in patients with a previous diagnosis of bladder cancer and approved for evaluation of patients with symptoms suggestive of bladder cancer in 2005. The test was adopted by laboratories because the test was much more sensitive than cytology and allowed for the identification of approximately 89% of patients with bladder cancer. However, it was recognized that UroVysion

was not 100% specific and approximately 10-20% of patients with a positive result did not have detectable cancer. The test is comprised of four DNA probes that are used to detect genetic abnormalities in cells from the urogenital system. The probes are not specific for genes that are known to be associated with bladder cancer, but the DNA probes target general areas on the chromosomes and are used to mark cells with an abnormal chromosome count.

4.     I have reviewed the laboratory documents and UroVysion reports from USLabs for Ms. Loftin and I am of the opinion that the laboratory performed the testing and reported results in accordance with the general acceptable standards for such tests. All of the test controls and quality assurance measures appeared proper and in accordance with generally accepted laboratory standards and guidelines. I could identify no errors in the documentation provided. The USLabs worksheets revealed an abnormal pattern of probe signals in a minimum of four cells for each of the three specimens (collected 6-7-05) analyzed. Thus the FDA-approved criteria for designating a positive result were met for all three samples. The laboratory appropriately designated cells with a 4 4 4 4 signal pattern as ambiguous and did not use these in the assessment of the result.

Only cells with a marked abnormal pattern were considered in rendering the result of positive.

5.    Of note, the Bostwick Laboratory sample was received in the Bostwick laboratory four days following the specimen collection and this delayed delivery to the laboratory may have compromised the specimen. In my laboratory, we request that samples for UroVysion be delivered as soon as possible after collection to minimize the death of pertinent cells.

6.    UroVysion is a screening test that is used to identify individuals that are in need of more intensive clinical follow-up and is not a definitive diagnostic test. Thus, it is not surprising that specimens taken at different times and processed by different laboratories could have conflicting results. In studies by my laboratory, we have found several reasons why occasionally specimens may yield positive UroVysion results when there is not a detectable cancer (false positive result). In some cases, patients with acute infections shed excessive amounts of normal superficial urothelial cells that can have an abnormal signal pattern although they are not cancerous. In addition, cells may undergo abnormal cell division resulting in normal cells with an abnormal FISH signal pattern. It has been documented that FISH testing may yield a positive result up to one year

4

before there is a large enough tumor to be detected by imaging. Thus, at MUSC, patients with a positive UroVysion result are offered intensive follow-up because the possibility that there is a cancer outweighs the chance that the test is a false positive.

7.    The upper urinary tract is difficult to evaluate and UroVysion has been shown to be particularly useful for screening for cancers in this problematic area.  The kidney washes that were analyzed by LabMD from this patient had some very abnormal FISH patterns with > 5 signals for several probes. This finding would be highly suspicious, but not diagnostic for upper tract lesions.

8.    In reaching my opinions in this case, I have reviewed the following documents:

- Referral form from USLabs

- Laboratory requisitions for the three specimens collected on 6-9-05 (left and right kidney washings and the bladder wash) and on voided urine sample collected 5-23-05

- specimen processing forms from USLabs for each specimen

- laboratory worksheets for the positive and negative control specimens that were performed concurrently with each of the specimens

- laboratory worksheets for the processed patient samples for each of the samples

Bostwick Laboratory

- Policies and Procedures for medical record procedure and retention schedule for slides and records

- requisitions forms for the two specimens sent (right and left kidney washings)

- insurance information sheets for each specimen

- preliminary result forms for cytology and UroVysion tests on both specimens

- Final report forms for cytology and UroVysion for both specimens

- Billing sheet

- Payment check

9.    My attached Curriculum Vitae contains all of the publications I have authored within the preceding ten years.

10.    I have not testified as an expert at trial or by deposition within the preceding four years.

11.    I am being compensated as an expert witness in this case at the rate of $300.00 per hour.

Dated this the 23rd day of July, 2007.

DR. DAYNNA J. WOLFF, Ph.D.
Director, Clinical Cytogenetics
and Molecular Pathology
Professor, Department of
Pathology and Laboratory
Medicine
Medical University of  South
Carolina
165 Ashley Avenue, Suite 309
Charleston, SC 29425

Daynna J. Wolff, Ph.D.

CURRICULUM VITAE  May 2007

# DAYNNA J. WOLFF, Ph.D.

Home Address: ██████████████
██████████SC██████        Phone:  (843)██████

Office Address: Department of Pathology and Laboratory Medicine
165 Ashley Ave., Suite 309        Phone:  (843) 792-4186
Charleston, SC 29425        Fax:     (843) 792-1248
        Email:   wolffd@musc.edu

Citizenship: United States

## EDUCATION
College of Notre Dame of Maryland, Baltimore, MD        1981 - 1985
    B.A. in Pre-Medical Biology cum laude

University of Maryland at Baltimore, Baltimore, Maryland
Division of Human Genetics, Department of OB/GYN        1985 - 1991
    Ph.D. in Human Genetics
    Thesis: "The origin and meiotic behavior of Robertsonian translocations"
    Thesis advisor: Stuart Schwartz, Ph.D.

## POSTDOCTORAL TRAINING
Stanford University, Stanford, California        1992
Department of Genetics, Postdoctoral fellowship
    Supervisor: Huntington F. Willard, Ph.D.

Case Western Reserve University, Cleveland, Ohio        1992 - 1994
Department of Genetics, Postdoctoral fellowship
    Supervisor: Huntington F. Willard, Ph.D.

University Hospitals of Cleveland, Cleveland, Ohio        1993 - 1995
Center for Human Genetics, Clinical Cytogenetics and Clinical Molecular Genetics fellowship
    Supervisor: Stuart Schwartz, Ph.D.

## BOARD CERTIFICATION

1996        The American Board of Medical Genetics
                Diplomate in Clinical Cytogenetics
                Diplomate in Clinical Molecular Genetics

Daynna J. Wolff, Ph.D.

## FACULTY APPOINTMENTS

| | |
|---|---|
| 1995-1997 | Assistant Professor<br>Department of Genetics<br>Case Western Reserve University |
| 1998 - 2002 | Assistant Professor<br>Department of Pathology and Laboratory Medicine<br>Medical University of South Carolina |
| 2002 - | Associate Professor<br>Department of Pathology and Laboratory Medicine<br>Medical University of South Carolina |

## ADMINISTRATIVE POSITIONS

| | |
|---|---|
| 1995 - 1997 | Assistant Director, Clinical Cytogenetics Laboratory<br>Assistant Director, Clinical Molecular Laboratory<br>Center for Human Genetics, University Hospitals of Cleveland<br>Cleveland, Ohio |
| 1997 - 1998 | Director, Clinical Cytogenetics Laboratory<br>Director, Clinical Molecular Genetics Laboratory<br>Center for Medical Genetics, Shady Grove Hospital<br>Rockville, Maryland |
| 1998 - | Director, Clinical Cytogenetics Laboratory<br>Director, Molecular Pathology Laboratory<br>Medical University of South Carolina Children's Hospital<br>Charleston, South Carolina |
| 1999 - | Director, Residency Training Program in Clinical Cytogenetics and Molecular Pathology<br>Department of Pathology and Laboratory Medicine, MUSC |
| 1999 - | Clinical Coordinator, Joint MUSC/University of Connecticut School of Allied Health Training Program<br>Clinical Cytogenetics Rotation and Molecular Pathology Rotation |
| 2000 - 2003 | Co-director, Second Year Medical School Mechanisms of Disease Course<br>Medical University of South Carolina School of Medicine |
| 2000 - 2003 | Member, Second Year Medical School Curriculum Committee<br>Medical University of South Carolina School of Medicine |

2001 -        Director, Graduate Studies First Year Core Curriculum, Genetics and Genomics
              Course, Medical University of South Carolina College of Graduate Studies

2001 -        Member, Graduate Studies First Year Core Curriculum Committee
              Medical University of South Carolina College of Graduate Studies

2001 - 2004   Director, Graduate Studies Core Curriculum Elective Course
              Medical University of South Carolina College of Graduate Studies

2004 -        Co-Director, Graduate Studies First Year Graduate Student Core Curriculum
              Medical University of South Carolina College of Graduate Studies

## CONSULTANTSHIPS
2001 -        Member, Scientific Advisory Board, Tm Biosciences, Inc. Toronto, Ontario,
              Canada.


## MEMBERSHIP IN PROFESSIONAL/SCIENTIFIC SOCIETIES AND ASSOCIATED COMMITTEE ACTIVITIES

### National Societies
American College of Medical Genetics
1997 -        Fellow, American College of Medical Genetics
1999 – 2000   Member, Strategic Planning Committee
1999 – 2003   Member, Quality Assurance Committee
2000 – 2003   Chair, Cytogenetics Subcommittee, Quality Assurance Committee
2001          Organizer and Co-moderator, Workshop at Annual Meeting, "Guidelines and
              Regulations in the Clinical Genetics Laboratory"
2005 – 2011   Elected Member, ACMG Board of Directors

American Cytogenetics Conference
2005 -        Member
2006          Co-organizer, Biennial conference

American Society of Human Genetics
1986 -        Member, American Society of Human Genetics
2000          Abstract Review Committee

Association of Genetic Technologists
1996 -        Member, Association of Genetic Technologists
2001          Organizer, Annual Regional Meeting

Association of Molecular Pathology

Daynna J. Wolff, Ph.D.

| 1998 - | Member, Association of Molecular Pathology |
| 2001 | Member, Working Group on Connexin 26 Testing |
| 2003 – 2005 | Elected member, Hematopathology representative, Clinical Practice Committee |
| 2003 - 2004 | Chair, Working Group for Quantitative Real-Time PCR for CMV, Clinical Practice Committee |

Cancer and Leukemia Group B (CALBG)

| 1999 - | Cytogenetics Committee |
| 2001 – 2002 | Fluorescence in situ hybridization (FISH) subcommittee |

Centers for Disease Control (CDC)

| 2004- | Member, Resource Committee for Developing Quality Control Materials for Genetic Testing Committee |
| 2004 | Member, Professional Guidance Subcommittee |

College of American Pathologists (CAP)

| 2002 – 2008 | Member, CAP/ACMG Cytogenetics Resource Committee |
| 2003 - | Member, FISH subcommittee of Cytogenetics Resource Committee |

European Cytogenetics Association

| 1997 - | Member, European Cytogenetics Association |

National Committee for Clinical Laboratory Standards (NCCLS)

| 1999 – 2001 | Advisor, Fluorescence in situ hybridization (FISH) standards, 1999 – 2001 |

Southwestern Oncology Group (SWOG)

| 2006 - | Certified member, Cytogeneticist |

Women in Genetics

| 1996 - | Member, Women in Genetics |

**Local Societies**

Southeastern Regional Genetics Group (SERGG)

| 1998 - | Member, SERGG |
| 1998 - | Member, Cytogenetics Committee and Molecular Genetics Committee |
| 2001 - 2003 | Chair, Cytogenetics Committee |
| 2003 | Chair, Annual Meeting Committee, Charleston, SC |

South Carolina Genetics Conclave

| 1998 - | Member, South Carolina Genetics Conclave |
| 2001 | Organizer, Annual Charleston Meeting |

| 1999 - | Member, Women in Medicine and Science |

4

Daynna J. Wolff, Ph.D.

2004 – 2005   Member, South Carolina Cancer Genetics Task Force

**University**
2003 – 2005   Faculty Senate
2003 – 2004   Faculty Senate Communications Committee
2004 – 2005   Faculty Senate Faculty Orientation Task Force
2005          Faculty Senate Representative to the College of Medicine Mentoring Task Force
2004 -        Member, Hollins Cancer Center, Focus Group on Hematologic Disease

## EDITORIAL POSITIONS

Editor-in-Chief, *The Medical Geneticist*
      The Official Newsletter of the American College of  Medical Genetics
Manuscript Reviewer for:
      American Journal of Human Genetics
      American Journal of Medical Genetics
      Clinical Genetics
      Chromosoma
      European Journal of Human Genetics
      Genetic Epidemiology
      Genetics in Medicine
      Human Genetics
      Human Molecular Genetics

## EXTRAMURAL GRANTS

2000 – 2001    "Analysis of the subtelomeric regions of chromosomes in a population of
               children with autism. Principle investigator, 20% effort. Funded by Greenwood
               Genetics Center, $9,500

2001 – 2002    "HER-2/neu Intratumoral heterogeneity in patients with clinically aggressive
               breast cancer - How many tumor blocks should be analyzed by FISH?" Co-
               investigator, 3% effort, Genentech-sponsored grant, Total Direct Costs $66,000

2002 - 2007    "Core C- Human Subjects", Co-Investigator, 10% effort, $581,817 Total Direct
               Costs NIH P50 DC00422-16

2004 – 2006    "A clinical assessment of novel urinary markers for diagnosis and monitoring of
               bladder cancer patients", Co-Principle Investigator, 5% effort, $85,765 Total
               Direct Costs DOD Phase VII , GC-3609-040-43766CM

## INTRAMURAL GRANTS

1999 – 2000    "Assessment of subtelomeric regions of children with autism: A pilot project"

Principal investigator, 25% effort, Department of Pathology & Laboratory
Medicine Research funds, $3500

## INDUSTRY FUNDED PROJECTS

2005-2006    "Development of a cytogenetic application for the Tm Platform"
Principle Investigator, 5% effort, Tm BioScience Inc.
$60,000 direct costs.

## HONORS AND AWARDS

| | |
|---|---|
| 1987-1991 | Pre-doctoral Fellowship Award, Division of Human Genetics, University of Maryland at Baltimore |
| 1990 | Student Presentation Award, Twenty-ninth American Cytogenetic Conference, Lake Tahoe, CA |
| 1991 | Presentation Award, Graduate Student Research Day, University of Maryland at Baltimore |
| 2002 | Outstanding Clinical Education Award for Excellence and Innovation in Clinical Teaching, University of Connecticut School of Allied Health |
| 2003 | Department of Pathology and Laboratory Medicine House Staff Award for Excellence in Resident Education |

## INVITED PRESENTATIONS AND LECTURES

| | |
|---|---|
| 1998 | University of South Carolina Genetics Counseling Program, Invited lecture "Cancer Cytogenetics" |
| 1999 | Annual South Eastern Regional Genetics Conference, Atlanta, Georgia, Invited Symposium Presenter, "Inactivation and Structurally Abnormal X Chromosomes" |
| 1999 | Annual Association for Genetic Technologists Conference, Orlando, FL, Invited Workshop Presenter, "Cytogenetic and molecular analysis of patients with sex chromosome abnormalities" |
| 1999 | University of South Carolina Genetics Counseling Program, Invited lecture "Advanced Cytogenetics" and "Cancer Cytogenetics" |
| 2000 | University of South Carolina Genetics Counseling Program, Invited lecture "Advanced Cytogenetics" and "Cancer Cytogenetics" |
| 2001 | Annual College of Medical Genetics Meeting, Miami, Florida - Invited Workshop speaker, "X/Autosome Translocations and Mosaicism: Clinical Implications" |
| 2001 | Annual Meeting of the Southern Genetics Group, Hilton Head, SC, Invited speaker, "New ACMG FISH Standards and Guidelines" |
| 2001 | University of South Carolina Genetics Counseling Program, Invited lecture "Advanced Cytogenetics" and "Cancer Cytogenetics" |
| 2001 | Department of OB/GYN, University of South Carolina, Columbia, SC, Invited Grand Rounds Presenter, "Sex (Chromosomes) in the City: Clinical Implications of Sex Chromosome Abnormalities" |
| 2002 | Annual College of Medical Genetics Meeting, New Orleans, Co-moderator and Invited Workshop Speaker, "Standards and Guidelines for Fluorescence In Situ |

Daynna J. Wolff, Ph.D.

Hybridization"
2003    Keynote Address, Annual Southeastern Regional Genetic Technologist Meeting, "FISHing for Cancer Cells in Urine"
2004    Association of Molecular Pathology Annual Meeting, Workshop Presenter, "Development and standardization of quantitative real-time PCR assays for CMV"
2004    "Balanced Reciprocal Translocation", Dept OB/GYN Fetal Boards
2005    "Communicating Molecular Pathology Results" CDC Special Workshop
2006    Invited lecture "Clinical Cytogenetics", USC Genetic Counseling Program
2007    Invited Platform Presentation "Genetic Studies of Bladder Cancer" Assoc Molecular Path Annual Meeting, Orlando, FL


## PROFESSIONAL PUBLICATIONS

Peer Reviewed Journal Articles

1. **Wolff, DJ,** Needleman BW, Wasserman SS, and Schwartz S: Spontaneous and clastogen-induced chromosomal breakage in scleroderma. J Rheumatol 18:837-840, 1991.

2. **Wolff DJ,** Ferre M, Raffel LJ and Schwartz S: A prenatally ascertained inherited 18p duplication associated with a normal phenotype. Am J Med Genet 41:319-321, 1991.

3. **Wolff DJ** and Schwartz S: Characterization of Robertsonian translocations by using fluorescence in situ hybridization. Am J Hum Genet 50:174-181, 1992.

4. **Wolff DJ,** Schwartz M, Cohen MM, and Schwartz S: Precision mapping of a de novo 18q duplication using cytogenetic, biochemical, and molecular analyses. Am J Med Genet 46:520-523, 1993.

5. **Wolff DJ** and Schwartz S: The effect of Robertsonian translocation on recombination on chromosome 21. Hum Mol Genet 2:693-699, 1993.

6. Duncan AMV, Macdonald A, Brown CJ, **Wolff DJ,** Willard HF, Sutton B: Characterization of a small supernumerary ring X chromosome by fluorescence in situ hybridization. Am J Med Genet 47:1153-1156, 1993.

7. **Wolff DJ,** Brown CJ, Schwartz S, Duncan AMV, Surti U, Willard HF: Small marker X chromosomes lack the X inactivation center: Implications for karyotype/phenotype correlations. Am J Hum Genet 55:87-95, 1994.

8. Sullivan BA, **Wolff DJ,** Schwartz S: Analysis of centromeric activity in Robertsonian translocations: Implications for a functional acrocentric hierarchy. Chromosoma 103:459-

Daynna J. Wolff, Ph.D.

467, 1994.

9.  Miller AP, Gustashaw K, **Wolff DJ**, Rider SH, Monoco AP, Eble B, Schlessinger D, Gorski J, van Ommen GJ, Weissenbach J, Willard HF: Three genes that escape X chromosome inactivation are clustered within a 6 Mb YAC contig and STS map in Xp11.21-p11.22. Hum Molec Genet 4:731-739, 1995.

10. **Wolff DJ**, Miller AP, VanDyke DL, Schwartz S, Willard HF: Molecular definition of breakpoints associated with human Xq isochromosomes: Implications for mechanisms of formation. Am J Hum Genet 58:154-160, 1996.

11. Micale MA, **Wolff DJ**, Dickerman LH, Redline R, Conroy JM, Schwartz S: Cytogenetic and molecular genetic characterization of trisomy 20 mosaicism in fetal blood and tissue. Prenat Diagn 16:893-897, 1996.

12. Schwartz S, Depinet TW, Leana-Cox J, Isada NB, Karson EM, Park VM, Pasztor LM, Sheppard LC, Stallard R, **Wolff DJ**, Zinn AB, Zurcher VL, Zackowski JL: Sex chromosome markers: Characterization using fluorescence in situ hybridization and review of the literature. Am J Med Genet 71:1-7, 1997.

13. Robin NH, Harari-Sacham A, Schwartz S, **Wolff DJ**: Duplication 14(q24.3q31) in a father and daughter: Delineation of a possible imprinted region. Am J Med Genet 71:361-365, 1997.

14. **Wolff DJ**, Gushashaw K, Zurcher V, Ko L, VanDyke DL, Weiss L, Willard HF, Schwartz S: Deletions in Xq26.3-q27.3 including FMR1 result in a severe phenotype in a male and variable phenotypes in females depending upon the X inactivation pattern. Hum Genet 100:256-262, 1997.

15. James RS, Dalton P, Gustashaw K, **Wolff DJ**, Willard HF, Mitchell C, Jacobs PA: Molecular characterization of isochromosomes of Xq. Ann Hum Genet 61:485-490, 1997.

16. Tumer Z, **Wolff DJ**, Silahtaroglu AN, Orum A, Brondum-Nielsen K: Characterization of a supernumerary small marker X chromosomes in two females with similar phenotypes. Am J Med Genet 76:45-50, 1998

17. **Wolff DJ**, Schwartz S, Montgomery T, Zackowski JL: Random X inactivation in a female with a balanced t(X;9) and an abnormal phenotype. Am J Med Genet, 77:401-404, 1998.

18. White WM, Willard HF, VanDyke DL, **Wolff DJ**: X inactivation spread into autosomal material: Evidence for a difference between autosomal and X chromosomal DNA. Am J Hum Genet 63:20-28. 1998.

8

Daynna J. Wolff, Ph.D.

19. Kumar A, Becker LA, Depinet TW, Haren JM, Kurtz CL, Robin NH, Cassidy SB, **Wolff DJ**, Schwartz S: Molecular characterization and delineation of subtle deletions in de novo "balanced" chromosomal rearrangements. Hum Genet 103:173-178, 1998.

20. Feldman B, Kramer RL, Ebrahim SA, **Wolff DJ**, Evans MI: Prenatal evaluation of a de novo X;9 translocation. Am J Med Genet 85(5):476-8, 1999.

21. Murphy C, Khan T, Karr C, **Wolff DJ.** Direct and overnight cultures of cord blood for chromosomal analysis. J Assoc Genet Technol, 26(2):54-6, 2000.

22. Weng S, Karr CK, Jacobs DF, **Wolff DJ.** An efficient method of fluorescence in situ hybridization: Application on archival G-banded slides. J Assoc Genet Technol, 26(2):62-7, 2000.

23. **Wolff DJ**, Schwartz S, Carrel C. Molecular determination of X inactivation pattern correlates with phenotype in women with a structurally abnormal X chromosome. Genet Med 2:136-141, 2000.

24. Maddalena A, Richards CS, McGinniss MJ, Brothman A, Desnick RJ, Grier RE, Hirsch B, Jacky P, McDowell GA, Popovich B, Watson M, **Wolff DJ**. Technical standards and guidelines for fragile X: the first of a series of disease-specific supplements to the Standards and Guidelines for Clinical Genetics Laboratories of the American College of Medical Genetics. Quality Assurance Subcommittee of the Laboratory Practice Committee. Genet Med 3(3):200-5, 2001.

25. Gray BA, Bent-Williams A, **Wolff DJ**, Zori RT. A non-sex chromosome marker in a patient with an atypical Ullrich-Turner phenotype and mosaicism of 46,X,mar/46,XX. Clin Genet 60:73-76, 2001.

26. **Wolff DJ**, Clifton K, Karr C, Charles J. A Pilot assessment of the subtelomeric regions of children with autism: Detection of a 2q deletion. Genet Med 4:10 – 14, 2002.

27. Nichols DW, **Wolff DJ**, Self S, Metcalf JS, Jacobs D, Kneuper-Hall R, Cate JC. Development of a testing algorithm for determination of HER2 status in patients with breast cancer. Annals Clin Lab Sci, 32:3 – 11, 2002

28. Collins JS, Olson RL, DuPont BR, **Wolff DJ**, Best RG, Stevenson RE. Prevalence of aneuploidies in South Carolina in the 1990s. Genet Med 4:131 – 135, 2002

29. Johnson WH Jr, Yang P, Yang T, Lau YR, Mostella BA, **Wolff DJ**, Roden DM, Woodrow Benson D. Clinical, genetic and biophysical characteristics of a homozygous HERG mutation causing severe neonatal long QT syndrome. Pediatr Res 2003; 53(5):744-8

9

Daynna J. Wolff, Ph.D.

30. Sebastian S, Spitzer SG, Grosso LE, Amos J, Schaefer FV, Lyon E, **Wolff DJ,** Hajianpour A, Taylor AK, Millson A, Stenzel TT. Multicenter Characterization and Validation of the Intron-8 Poly(T) Tract (IVS8-T) Status in 25 Coriell Cell Repository Cystic Fibrosis Reference Cell Lines for Cystic Fibrosis Transmembrane Conductance Regulator (*CFTR*) Gene Mutation Assays. Clin. Chem., Jan 2004; 50: 251 - 254.

31. Cady FM, Muto DN, Ciabeterri G, Johns A, Church KG, **Wolff DJ**. Utility of FISH probe panels for interphase studies of chronic lymphocytic leukemia and multiple myeloma for routine clinical cytogenetics evaluations. J Assoc Genet Tech, 3:77-81, 2004.

32. Christiansen LR, Lage JM, **Wolff DJ**, Pai GS, Harley RA. Mosaic duplication 1(q11q44) in an infant with nephroblastomatosis and mineralization of extraplacental membranes. Pediatr Dev Pathol. 8:115-23, 2005

33. Christiansen L, Allen RA, Dunn T, **Wolff DJ**. A case of infantile AML with MLL-MLL10 fusion caused by insertion of 11q into 10p. Canc Genet Cytogenet, 159:181-183, 2005.

34. Quigley DI, **Wolff DJ**. Cytogenetics caseload and FTE survey summary 2005. J Assoc Genet Tech, 31:59-62, 2005.

35. Laudadio J, Keane TE, Reeves HM, Savage SJ, Hoda RS, Lage JM, **Wolff DJ**. Fluorescence in situ hybridization for detecting transitional cell carcinoma: implications for clinical practice. Brit J Urol, Internat 96:1280-1285, 2005.

36. Chen B, O'Connell CD, Boone DJ, Amos JA, Beck JC, Chan MM, Farkas DH, Lebo RV, Richards CS, Roa BB, Silverman LM, Barton DE, Bejjani BA, Belloni DR, Bernacki SH, Caggana M, Charache P, Dequeker E, Ferreira-Gonzalez A, Friedman KJ, Greene CL, Grody WW, Highsmith WE, Jr., Hinkel CS, Kalman LV, Lubin IM, Lyon E, Payne DA, Pratt VM, Rohlfs E, Rundell CA, Schneider E, Willey AM, Williams LO, Willey JC, Winn-Deen ES, **Wolff DJ.** Developing a sustainable process to provide quality control materials for genetic testing. Genet Med, 7:534-549, 2005.

37. Skorupa A, Metzner-Sadurski J, **Wolff DJ**, Gupta R, Hall RK. HER-2/neu amplified breast cancers in South Carolina. J South Carolina Med Assoc., 101:97-99, 2005.

38. Spector EB, Grody WW, Matteson CJ, Palomaki GE, Bellissimo DB, **Wolff DJ**, Bradley LA, Prior TW, Feldman G, Popovich BW, Watson MS, Richards CS. Technical standards and guidelines: Venous thromboembolism (Factor V Leiden and prothrombin 20210G>A testing): A disease-specific supplement to the standards and guidelines for clinical genetics laboratories. Genet Med. 7:444-453, 2005.

39. Yu J, Kindy MS, Ellis BC, Baatz JE, Peden-Adams M, Ellingham TJ, **Wolff DJ**, Fair PA, Gattoni-Celli S. Establishment of epidermal cell Lines derived from the skin of the Atlantic

bottlenose dolphin (Tursiops Truncatus). The Anatomical Record, Part A, Discoveries in Molecular, Cellular & Evolutionary Biology. 287:1246-55, 2005.

40. Parker R, Reeves H, Sudarshan S, **Wolff D**, Keane T. Abnormal in situ hybridization analysis in collecting duct carcinoma. Urology 66:1110, 2005.

41. Hirsh B, Brothman AR, Jacky PB, Rao KW, **Wolff DJ**. Section E6 of the ACMG technical standards and guidelines: chromosome studies for acquired abnormalities. Genet Med. 7:509-513, 2005.

42. Brothman AR, Schneider NR,, Saikevych I, Cooley LD, Butler MG, Patil S, Mascarello J, Rao K, Dewald G, Park JP, Persons D, **Wolff DJ**, Vance GH. Cytogenetic Heteromorphisms: Survey results and reporting practices of G-band regions that we have pondered for years. Arch Path Lab Med, 130:947-949, 2006.

43. Heaney DL, Flume P, Hamilton L, Lyon E, **Wolff DJ**. Detection of an apparent homozygous 3120G>A cystic fibrosis mutation on a routine carrier screen. J Mol Diag 8:137-40, 2006.

44. Persons DL, Tubbs RR, Cooley LD, Dewald GW, Dowling PK, Du E, Mascarello JT, Rao KW, Wilson KS, **Wolff DJ**, Habegger-Vance G.  HER-2 fluorescence in situ hybridization: results from the survey program of the College of American Pathologists. Arch Pathol Lab Med. 130:325-31, 2006.

45. Graf MD, Christ L,  Mascarello JT,  Mowrey P, Pettenati M, Stetten G, Storto P, Surti U, Van Dyke DL, Vance GH, **Wolff D**, Schwartz S. Redefining the risks for prenatally ascertained supernumary marker chromosomes: A collaborative study. J Med Genet.43:660-4, 2006.

46. Quigley DI, **Wolff DJ**. Pediatric T-cell Acute Lymphoblastic Leukemia with Aberrations of both MLL Loci, Cancer Genetics and Cytogenetics, 168:77-79, 2006.

47. Benz CC, Fedele V, Xu F, Yistra B, Ginzinger B, Yu M, Moore D, Hall RK, **Wolff DJ**, Disis ML, Eppenberger-Castori S, Eppenberger U, Schittulli F, Tommassi S, Paradiso A, Scott GK, Albertson DG. Altered promoter usage characterizes monoallelic transcription arising with ERBB2 amplification in human breast cancers. Genes, Chromosomes & Cancer 45:983-994, 2006.

48. **Wolff DJ,** Bagg A, Cooley AD, Dewald GW, Hirsch BA, Jacky PB, Rao KW, Rao PN. Guidance for fluorescence in situ hybridization (FISH) testing in hematologic disorders. J Mol Diagn. 9:134-43, 2007 and joint publication in Genet Med: in press, 2007.

49. Bilic M, Quigley DI, Stuart RK, **Wolff DJ**.  Jumping translocation of 1q in BCR/ABL-positive acute lymphoblastic leukemia. Cancer Genet Cytogenet. 172:90-91, 2007.

11

Daynna J. Wolff, Ph.D.

50. Quigley DI, Brooker J, **Wolff DJ**. The Prothrombin 20209C>T Sequence Variant: To Test or Not to Test?  J Assoc Med Tech, in press, 2007.

Invited Review Manuscripts

1. **Wolff DJ.** Cytogenetic, molecular analysis helping detect sex chromosome abnormalities: Genetic testing moving from research to clinical labs. Advance for Med Lab Profess 11(14):18 - 23, 1999.

2. **Wolff DJ.** Advances in laboratory evaluation of Turner syndrome and its variants: Beyond cytogenetics studies. Indian J Peds 67:825-830, 2000.

3. Laudadio J, Quigley DI, Tubbs R, **Wolff DJ**. HER2 testing: A review of detection methodologies and their clinical performance. Expert Rev Mol Diagn.7:53-64, 2007.

4. **Wolff DJ**. The Genetics of bladder cancer: A cytogeneticist's perspective. Cytogenet Genome Res, in press, 2007.

Book Chapters

1. **Wolff DJ**, Brothman A, Hirsch B, Jacky P. Clinical Cytogenetics. In, *American College of Medical Genetics Standards and Guidelines for Clinical Genetics Laboratories,* edited by M Watson, www.acmg.net, 2004.

2. **Wolff DJ**, Schwartz S. Clinical Applications of Fluorescence In Situ Hybridization. In, *The Principles of Clinical Cytogenetics, Second Edition,* edited by S.Gerson and M Keagle. Humana Press, Inc., Totowa, NJ, 2005.

3. **Wolff DJ**. Advances in Clinical Cytogenetics. In, *Encyclopedia of Genomics, Proteomics and Bioinformatics,* edited by M Dunn, L Jorde, P Little and S Subramaniam. John Wiley & Sons, Ltd., West Sussex, UK, 2006.

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **DEBRA LOFTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO:** |
| | ) | **3:06-CV-839-WKW** |
| **U.S. LABS - FOUNTAIN VALLEY,** | ) | |
| **INC., and ESOTERIX, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF DR. CHANGJUN YUE, M.D., Ph.D.

1.    My name is Changjun Yue, M.D., Ph.D.  I am over nineteen years of age.  I have personal knowledge of the matters contained in my declaration, and I give this declaration voluntarily and without coercion and under penalty of perjury.

2.    I have attached to my declaration a copy of my expert report that I previously provided in this case.  I have personal knowledge of the information contained in my expert report, such information is true and correct, and I incorporate my expert report herein.

3.    In 2005, at the time Ms. Loftin's FISH specimens were analyzed, Dr. Mariam Rahimzadeh was a Board certified anatomical and clinical pathologist licensed to practice medicine in the State of California.

4.    The excitation light used in the FISH analysis are maintained in accordance with manufacturer's recommendations and I have seen no evidence that the light bulbs utilized with respect to Ms. Loftin's FISH tests were defective or caused any errors in the results.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2nd, 2007.

_____
CHANGJUN YUE, M.D., Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, | ) | |
| INC., and ESOTERIX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## EXPERT REPORT OF DR. CHANGJUN YUE

1.     I have attached to this Report an updated Curriculum Vitae and the information contained therein is correct.   My attached Curriculum Vitae accurately describes my education, work history and expertise.   I am a medical doctor licensed to practice in the states of California and North Carolina.   I am Board certified for clinical and anatomical pathology with a Board certified sub-specialty of hematopathology.   I also have qualified for the molecular genetic pathology Board and that Board certification is now pending.   I am trained and experienced in the field of pathology, including the interpretation of UroVysion FISH tests.   As my attached Curriculum Vitae makes clear, I have practiced in this field for many years.

2.    As a result of my training and experience as reflected on my attached Curriculum Vitae, I am familiar with the standard of care for medical technologists and pathologists for performing and interpreting UroVysion FISH tests, and have been since prior to 2005. The opinions I express in this report are based upon my review of the documents listed herein, as well as my training and experience as a Board certified pathologist.

3.    The UroVysion test utilizes FISH technology, i.e. fluorescence labeled in situ hybridization to enumerate specific chromosome numbers (chromosome ploidy enumeration). UroVysion consists of four color labeled DNA probe sequences homologous to specific target regions on chromosomes 3, 7, 9, and 17. In 2005, the kit was designed to detect aneuploidy for chromosomes 3, 7, 17 and loss of the 9p21 locus in urine specimens from persons with transitional cell carcinoma of the bladder. In 2005 the kit was a non-invasive method designed to aid in diagnosis of bladder carcinoma in patients with hematuria and to help monitoring transitional cell carcinoma recurrence. For this purpose, and at that time, the kit recommended the following positive criteria: equal or more than 4 cells with gains of multiple chromosome **or** equal or more than 12 cells

with homologous loss of 9p21. With these conditions, the kit itself had the following technical characteristics (all quoted from the package insert):

- Reproducibility (hybridization efficiency): 96.2% (95% CI: 89.3% -99.2%).

- Based on 473 cases studies, clinical sensitivity 68.6% (95% CI: 54.1%-80.9%); clinical specificity 77.7% (73.4%-81.6%); accuracy 76.7% (72.7%-80.5%);

- Positive predictive value (PPV): 27.1% (95% CI=19.7%-35.7%); Negative predictive value (NPV): 95.3% (95% CI=92.6%-97.3%) when prevalence =10.8%; However, if bladder cancer prevalence is 1.0%, then PPV=3.1%; NPV=99.6%.

- False positive results are most commonly seen in patients with GU disease.

4.    The UroVysion test is an ancillary test designed to aid in the diagnosis of bladder carcinoma in patients with hematuria and help the monitoring of carcinoma **recurrence**. This test is **not** a ***diagnostic*** method. The results have to be interpreted by experienced or qualified urologists or urological pathologists for further clinical diagnosis or workup.

5.    Positive UroVysion results (an abnormal profile) are not equivalent to a cancer diagnosis; in fact, only a small percentage of patients with positive results will develop cancer. Positive results can be caused by

underlying GU diseases other than cancer. Likewise, negative results can not rule out carcinoma.

6.     The package insert for the test indicates that the reproducibility (hybridization efficiency) of the tests is not 100%, and thus, inter-laboratory variations can occur. Accordingly, a negative result from one laboratory cannot be compared to a positive result from another laboratory. Inter-laboratory variations may be caused by a variety of factors including, but not limited to, sampling variation, sample conditions, changes in the status of underlying diseases and the impact of treatment.

7.     I have reviewed the four U.S. Labs FISH tests at issue in this case. It is my opinion to a reasonable degree of medical certainty, based on my knowledge, training and experience, that the tests were performed in accordance with the standard of care required of medical technologists and pathologists under similar conditions and like surrounding circumstances.

8.     In preparing this report, I have reviewed the following documents:

a.     Right Kidney FISH Report -
Bladder Cancer Detection by Vysis® UroVysion Report, Specimen Processing Form, Test Run Sheet for Multigene Probe Panel HYBRITE, UroVysion Control Score Sheet

b.    Urine FISH Report -
Bladder Cancer Detection by Vysis® UroVysion Report, Specimen Processing Form, Test Run Sheet for Multigene Probe Panel HYBRITE, UroVysion Control Score Sheet

c.    Bladder Wash FISH Report -
Bladder Cancer Detection by Vysis® UroVysion Report, Specimen Processing Form, Test Run Sheet for Multigene Probe Panel HYBRITE, UroVysion Control Score Sheet

d.    Left Kidney FISH Report -
Bladder Cancer Detection by Vysis® UroVysion Report, Specimen Processing Form, Test Run Sheet for Multigene Probe Panel HYBRITE, UroVysion Control Score Sheet

e.    U.S. Labs General Standard Operating Procedures
- UroVysion Specimen Workflow
- UroVysion Case Review
- UroVysion Technologist Training
- UroVysion Ongoing Quality Improvement Policy

f.    Fluorescent Microscope Preventive Maintenance Guidelines

g.    U.S. Labs 2005 FISH Dry Lab Fluorescent Scope Maintenance Logs

h.    Package Insert for Vysis UroVision Bladder Cancer Kit

9.    My attached Curriculum Vita contains all of the publications I have authored within the preceding ten years.

10.    I have not testified as an expert at trial or by deposition within the preceding four years.

11.    I am not being compensated as an expert witness to testify in this case. Rather, I am providing this Report as part of my normal duties. I am employed by U.S. Medical Associates which has an agreement to provide certain pathological services to U.S. Labs. I receive a salary from U.S. Medical Associates.

Dated this the _20th_ day of July, 2007.

_____
CHANGJUN YUE, M.D., Ph.D.

# CURRICULUM VITAE

## CHANGJUN YUE, MD, Ph.D.

4 ████████ CREEK
IRVINE, CA 92612
Tel: 949-████████ (Home)
949-788-9126 (Office)
Email: CHANGYUEMD@YAHOO.COM

## TRAINING IN PATHOLOGY

| | |
|---|---|
| **2001-2002** | **Hematopathology Fellowship,** UCLA Department of Pathology & Lab Medicine, 10833 Le Conte Ave., Los Angeles, CA 90095 |
| **April, 2001** | **Lymphoma Fellowship with Dr. Elaine Jaffe,** NCI, NIH. Washington, DC. |
| **1998-2001** | **Residency Training in AP/CP (including eight months of Hematopathology training),** Department of Pathology, Harbor-UCLA Medical Center, 1000 W. Carson St. Torrance, California 90509. |
| **1980-1983** | **Post-Sophomore Fellowship in Pathology (AP),** Department of Pathology, Second Military Medical University, Shanghai, China. |

## EDUCATION

| | | |
|---|---|---|
| **1992-1997** | **Ph.D.** | University of Southern California, Los Angeles, California Major: Molecular Pharmacology and Toxicology |
| **1984-1987** | **M. S.** | Academy of Military Medical Sciences, Beijing, China Major: New Drug Evaluation |
| **1979-1984** | **M.D.** | Second Military Medical University, Shanghai, China |

## GRADUATE TRAINING

| | |
|---|---|
| **1983-1984** | **Rotating Intern,** Changzheng Hospital, Shanghai, China. |

## CERTIFICATION

**CALIFORNIA MEDICAL LICENSE No: A71827**
**Date Issued: May 25, 2000**

1586622 v1

**NORTH CAROLINA MEDICAL LICENSE No: 2006-00230**
**Date Issued: March 17, 2006**

**The American Board of Pathology Certification in AP/CP:  2002**

**The Hematology Board Certification:  2004**

**ECFMG CERTIFICATE No: 0-545-981-3,**
**Date Issued: October 24, 1996**


## EXPERIENCE

| | |
|---|---|
| **8/2003-Present** | **Hematopathologist and Associate Medical Director, US Labs in Irvine, CA.** Responsibilities include Hematopathology services (bone marrow consults, flow cytometry services, lymphoma consults, immunohistochemistry interpretation), Surgical case consults (majorities are tumor of unknown origin workup) and Molecular services sign-outs (T and B cell gene rearrangements by PCR and FISH studies for translocations) |
| **8/2002-7/2003** | **Staff Hematopathologist, Diagnostic Pathology Medical Group, Inc in Sacramento.** Responsibility includes Hematopathology service (covering seven major hospitals in Sacramento area), surgical pathology and cytopathology service as well as daily frozen and CT- or US- guided biopsy evaluation. |
| **2001-2002** | **Hematopathology fellowship, UCLA Medical Center.** Extensive training on lymph node pathology, bone marrow pathology, flow cytometry, immunohistochemistry and hematology lab training including coagulation studies as well as molecular diagnostic and cytogenetic techniques. |
| **April, 2001** | **Lymphoma Fellowship with Dr. Elaine Jaffe, NCI, NIH. Washington, DC.** Extensive training on general lymph node pathology, nodal and extranodal lymphoma, morphology (about 900 cases were reviewed, studied and signed out), as well as molecular diagnosis (i.e. PCR for T and B cell gene rearrangement, FISH) with data interpretation (about 100 cases studied). |
| **1998-2001** | **Resident of AP/CP, Harbor-UCLA Medical Center, Torrance, CA.** Starting from April 1998 to June 2001, more than 18 months were used for anatomical pathology and 18 months were spent for clinical pathology. Of which **8 months** were contributed for hematopathology training, including lymph node pathology, bone marrow pathology, |

flow cytometry and hematology lab training as well as coagulation studies. Developed very strong skills in morphology, immunohistochemistry and flow cytometry.

**1992-1997**      **Ph.D. graduate student, University of Southern California, Los Angeles, California.**
Research project: Regulation and reorganization of actin filaments by N-acetyl-l-cysteine in bovine aorta endothelial cell growth control. The principal aim of my research was to determine the effects of N-acetyl-cysteine (NAC) on regulation and reorganization of actin filaments in endothelial cells. In particular, the changes in actin filament structure, actin protein translation and gene transcription after NAC treatment and their relation to focal adhesions and endothelial cell cycle progression have been investigated.

**1991-1992**      Assistant Professor of Clinical Pharmacology and Medicine, Academy of Military Medical Sciences, Beijing, China.

**1987-1991**      Resident Physician, Department of Medicine, Academy of Military Medical Sciences, Beijing, China

**1984-1987**      Graduate student, New Drug Evaluation Center, Academy of Military Medical Sciences, Beijing, China.
One year's courses and two years' research on **New Drug Evaluation** from preclinical evaluation to Phase I-IV clinical trial, including Drug Metabolism, Pharmacokinetics, Pharmacodynamics, Principle of Drug Assay, Special Toxicology (Mutagenesis, Carcinogenesis And Teratogenesis Assays), Drug-Drug Interactions and Clinical Trial Design And Conduct as well as New Drug Approval Code. Emphasis on special toxicology and Phase I clinical trial.

**1983-1984**      Rotating Intern, Changzheng Hospital, Shanghai, China.

**1980-1983**      Medical Student Trainee (Post-Sophomore Fellow), Department of Pathology, Second Military Medical University.
Responsibilities include performing autopsies, collecting specimens from Surgical Center for Liver Diseases at Changhai Hospital (in Shanghai), and grossing in and examining the specimens.

## RESEARCH GRANT AND FINANCIAL SUPPORT

**1990-1992**      Cooperated with Dr. Xihe Teng, we received $68,000 research grant from Tropical Disease Research of WHO for supporting the studies on embryo toxicity of Sodium Artesunate (a new antimalaria drug) on rodents and its potential implication in human beings.

**Changjun Yue**

## TEACHING EXPERIENCE

| | |
|---|---|
| **2006- present** | Consulting staff physician for Harbor-UCLA Medical Center, teaching residents. |
| **1992-1993** Lab. | Teaching Assistant (USC) for School of Pharmacy Microbiology Taught basic microbiologic techniques to Pharm. D. students. |
| **1991-1992** | Assistant Professor (Academy of Military Medical Sciences, Beijing, China) for Pharmacology and Toxicology course. |

## HONORS AND AWARDS

| | |
|---|---|
| **1980-1983** | Clinical Research Fellowship Award, Second Military Medical University, Shanghai, China. |
| **1983** | Extraordinary Medical Student Award, Second Military Medical University, Shanghai, China. |
| **1993, 1995** | Fellowships for Graduate Student, University of Southern California, Los Angeles, CA. |
| **2000** | Recognition Award to Contribution to A Project Team Effort by Harbor-UCLA Medical Center Facility Implementation Committee. |

## ACADEMIC AFFILIATION

Member, The American Society for Cell Biology, 1994 to present.
Junior member, College of American Pathologists, 1998-present.
Junior member, United States and Canadian Academy of Pathology, 1999-present.

## ABSTRACTS/PRESENTATIONS

1. **Yue, CJ, Anthony, A, and Lu, G:** THE SUBSTANTIALLY HIGH FREQUENCY AND STRONG CORRELATION OF IGH REARRANGEMENT BY FISH WITH CD38 EXPRESSION BY FLOW CYTOMETRY IN B-CELL CHRONIC LYMPHOCYTIC LEUKEMIA. XIII. Meeting of the European Association for Hematopathology, October 7 - 12, 2006, Hilton Vienna, Austria

2. Yue CJ, Anthony, A and Bolton, H: T CELL MARKER CHANGES IN PERIPHEARL T CELL LYMPHMOA BY FLOW CYTOMETRY ANALYSIS. USCAP 96th Annual Meeting, San Diego, CA, March 24-30, 2007

3. Yue, CJ: **Common Pitfalls in Flow Cytometry Diagnosis**, Teleconference Network of Texas' (TNT), UT Health Science Center at San Antonio, September 19, 2006.

4. Yue, CJ: **The Role of Immunohistochemistry in Tumor Diagnosis,** Grand Rounds at Harbor-UCLA Medical Center; April 29, 2005.

5. Yue, CJ: **Diagnosis and Classification of Thymoma**, Grand Rounds at Harbor-UCLA Medical Center; May 26, 2006.

6. **Yue, CJ**, Hamm-Alvarez, SF and Chan, TM: Cytostatic Effects of NAC on BAECs Maybe Mediated By Changes in Focal Adhesions: Molecular Biology of the Cell. Vol. 6, supplement: 63a, 1995.

7. **Yue, CJ**, Wang, ZQ and Qin, BY: Antimutagenesis of Sodium Artesunate on the Mutations Induced by Thio-TEPA, 5th SEA/WP RMP Program and Abstracts, Beijing, China, p. 347, 1988.

**US PATENT: YUE, CJ, SATYEDEV, R AND ENDLICH, M: DOUBLE-LABELING IMMUNOSTAINING METHOD FOR DIAGNOSING B-CELL LYMPHOMAS,** filed on Friday, July 28, 2006 **(Ref. No. 034702/309853)**

**PUBLICATIONS**

1. Wu, HY, Jeng YY, **Yue CJ**, Chyn KY, Hsueh, WA and Chan, TM: Endothelial-dependent vascular effects of Insulin and Insulin-like growth factor-I in the rat perfused mesenteric artery and aortic ring. Diabetes, Vol. 43, 1027-1032, 1994
2. **Yue, CJ**: Advances in Antimutagenesis Studies, Medical Science Abroad---- Pharmacy volume, Vol. 14(6): 347, 1987.
3. **Yue, CJ**, Wang, ZQ and Qin, BY: Preliminary Examination of Sodium Artesunate as an Anticancer Drug. Bulletin of Acad. Mil. Med. SCI. (2): 73, 1989.
4. **Yue, CJ**, and Teng, XH: Investigations of the Mechanism of the Embryotoxic Effects of Sodium Artesunate. Bulletin of Acad. Mil. Med. Sci. (6): 89, 1989.
5. **Yue, CJ**, Wang, ZQ: Comparative Studies On Mutagenesis And Carcinogenesis of UDMH And MAPO. Bulletin of Acad. Mil. Med. Sci. (3): 107, 1990.
6. **Yue, CJ**, Chen, HB, and Tao, WZ: Pathological Studies on Wilson's disease. Academic Journal of Second Military Medical University. 3(2): 155, 1982.
7. Tao, WZ, Wang, JJ, **Yue, CJ**, and Chen, HB: Pathological Study Of Noncirrhotic Hepatocellular Carcinoma: Its Etiology And Histogenesis. Academic Journal of Second Military Medical University. 5(2): 103, 1984.

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CIVIL ACTION NO.:  3:06-CV-839-WKW

DEBRA LOFTIN,

        Plaintiff,

    vs.

U.S. LABS & FOUNTAIN VALLEY, INC.,

and ESTOTERIX, INC.,

        Defendants.


DEPOSITION OF DEBRA LYNN LOFTIN

        In accordance with Rule 5(d) of

The Alabama Rules of Civil Procedure as

Amended, effective May 15, 1988, I,

Virginia Denese Barrett, am hereby

delivering to Mr. Michael L. Lucas, the

original transcript of the oral testimony

taken on the 9th day of August, 2007, along

with exhibits.

        Please be advised that this is

the same and not retained by the Court

Reporter, nor filed with the Court.

Page 2

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3           EASTERN DIVISION
4    CIVIL ACTION NO.: 3:06-CV-839-WKW
5    DEBRA LOFTIN,
6           Plaintiff,
7    vs.
8    U.S. LABS & FOUNTAIN VALLEY, INC.,
9    and ESTOTERIX, INC.,
10          Defendants.
11
12       S T I P U L A T I O N
13       IT IS STIPULATED AND AGREED by
14   and between the parties through their
15   respective counsel, that the deposition of
16   DEBRA LYNN LOFTIN may be taken before
17   Virginia Denese Barrett, Commissioner, at
18   the offices of Oliver & Treadwell, 129 West
19   Columbus Street, Dadeville, Alabama, on the
20   9th day of August, 2007.
21       IT IS FURTHER STIPULATED AND
22   AGREED that the signature to and the
23   reading of the deposition by the witness is
```

Page 4

```
1              INDEX
2    EXAMINATION BY:          PAGE NUMBER:
3    Mr. Lucas              6
4           EXHIBIT INDEX
5    DEFENDANT'S EXHIBITS:     PAGE NUMBER:
6    1 - Tabulation of Medical Bills    33
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 3

```
1    waived, the deposition to have the same
2    force and effect as if full compliance had
3    been had with all laws and rules of Court
4    relating to the taking of depositions.
5        IT IS FURTHER STIPULATED AND
6    AGREED that it shall not be necessary for
7    any objections except as to form or leading
8    questions, and that counsel for the parties
9    may make objections and assign grounds at
10   the time of the trial, or at the time said
11   deposition is offered in evidence, or prior
12   thereto.
13       IT IS FURTHER STIPULATED AND
14   AGREED that the notice of filing of the
15   deposition by the Commissioner is waived.
16
17
18
19
20
21
22
3
```

Page 5

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3           EASTERN DIVISION
4    CIVIL ACTION NO.: 3:06-CV-839-WKW
5    DEBRA LOFTIN,
6           Plaintiff,
7    vs.
8    U.S. LABS & FOUNTAIN VALLEY, INC.,
9    and ESTOTERIX, INC.,
10          Defendants.
11
12   BEFORE:
13     VIRGINIA DENESE BARRETT, Commissioner
14       OLIVER & TREADWELL, by Mr. Mark
15   Treadwell, 129 West Columbus Street,
16   Dadeville, Alabama  36853, appearing on
17   behalf of the Plaintiff.
18       BURR & FORMAN, by Mr. Michael L.
19   Lucas, 3100 Wachovia Tower, 420 20th Street
20   North, Birmingham, Alabama  35203,
21   appearing on behalf of the Defendant.
22
23
```

Esquire Depositions Services, LLC                    1 800 221-3376

Page 6

1          DEBRA LYNN LOFTIN
2          The witness, having been first
3   duly sworn or affirmed to speak the truth,
4   the whole truth, and nothing but the truth,
5   testified as follows:
6               EXAMINATION
7   BY MR. LUCAS:
8       Q.   Ms. Loftin, would you state
9   your full name, please?
10      A.   Debra Lynn Loftin.
11      Q.   And what's your date of birth?
12      A.   ████ the ████, 1956.
13      Q.   Let me ask you this.  On your
14  middle name Lynn, is that spelled with one
15  or two N's?
16      A.   Two N's.
17      Q.   And what's your place of birth?
18      A.   Anderson, South Carolina.
19      Q.   Is that where you grew up?
20      A.   Yes, it is.
21      Q.   And what's your Social Security
22  number?
23      A.   ██████████

Page 7

1       Q.   And do you have an Alabama
2   driver's license?
3       A.   Yes, I do.
4       Q.   And what's that number?
5       A.   I don't know.  It's not the
6   same.  It's not the same.  If I can read
7   it.  All right.  ████████.
8       Q.   When you said it's not the
9   same, what do you mean?
10      A.   As my Social Security.
11      Q.   Oh, okay.
12      A.   In some places it's the same.
13      Q.   Okay.
14      A.   Like in South Carolina.
15      Q.   All right.  And before you --
16  did you used to live in Georgia before you
17  moved to Alabama?
18      A.   Yes, I did.
19      Q.   Okay.  And when did you move
20  from Georgia to Alabama?
21      A.   December of '04.
22      Q.   And where do you live
3   currently?

Page 8

1       A.   I live in Jacksons Gap,
2   Alabama.
3       Q.   And what's that address?
4       A.   ████████ Drive,
5   36861.
6       Q.   And is that a house?
7       A.   Yes.
8       Q.   Is that a house that you and
9   your husband own or rent?
10      A.   We own it.
11      Q.   Okay.  And how long have you
12  lived at that address in Jacksons Gap?
13      A.   Since December of '04.
14      Q.   And so when you moved from
15  Georgia to Alabama, you moved to this house
16  in Jacksons Gap?
17      A.   Not exactly.
18      Q.   Okay.  Well, tell me exactly,
19  then, what happened.
20      A.   We were living in a camper
21  while we were building our house.
22      Q.   So you had bought a lot in
23  Jacksons Gap?

Page 9

1       A.   Yes.
2       Q.   And you were building your
3   house?
4       A.   Uh-huh.  Yes, sir.
5       Q.   And were you sort of your own
6   contractors?
7       A.   My husband was.
8       Q.   Okay.  And when did you
9   actually move into the house?
10      A.   June of '06.
11      Q.   Was the house completed when
12  you moved in, or was it just partially
13  built?
14      A.   Nearly.  Almost, yeah,
15  complete.
16      Q.   And what type of camper was
17  that you were living in?
18      A.   A thirty-four foot camper.
19      Q.   It was one you would pull
20  behind a vehicle?
21      A.   Yes.
22      Q.   Now, prior to Jacksons Gap, the
23  house and the camper, you lived in Georgia;

Page 10

1  is that correct?
2      A.    That's correct.
3      Q.    And where in Georgia did you
4  live?
5      A.    Newnan, Georgia.
6      Q.    And where is Newnan, Georgia?
7      A.    Cowetta County.
8      Q.    And how long did you live in
9  Newnan, Georgia?
10     A.    '88 of July until December of
11 '04.
12     Q.    So July '88 to December of '04?
13     A.    That's correct.
14     Q.    Is that correct?
15     A.    That's correct.
16     Q.    All right.  And did you live in
17 a house there, too?
18     A.    Yes.
19     Q.    Okay.  And where did you live
20 before Newnan, Georgia?
21     A.    We lived in Fayetteville.
22 Yeah.  Fayetteville, Georgia.  Well, really
23 it was Tyrone, but it was Fayette County.

Page 11

1      Q.    Fayette County, Georgia?
2      A.    Uh-huh.
3      Q.    In Tyrone?
4      A.    Yeah.
5      Q.    And how long did you live
6  there?
7      A.    Let me see.  I've got to think
8  about that.  We lived there for about three
9  years.
10     Q.    Where did you go to high
11 school?
12     A.    Went to high school in
13 Anderson.
14     Q.    Did you graduate from high
15 school?
16     A.    Did I graduate?
17     Q.    Yes, ma'am.
18     A.    I didn't graduate, but I went
19 back to school and got my degree.  When I
20 say degree, I mean my diploma.
21     Q.    GED?
22     A.    Uh-huh.  Went back to high
23 school.

Page 12

1      Q.    All right.  So what was the
2  highest grade you completed in Anderson?
3  Is the name of the school Anderson High
4  School?
5      A.    It was T. L. Hanna.
6      Q.    T. L. Hanna High School.  What
7  was the --
8      A.    Tenth.
9      Q.    Tenth.  And then you got your
10 GED in South Carolina?
11     A.    Georgia.
12     Q.    So through the tenth grade at
13 least you were living in South Carolina?
14     A.    Uh-huh.
15     Q.    Is that correct?
16         MR. TREADWELL:  You've got to say
17     yes or no.
18     A.    Oh, okay.  Let me think.
19 Through tenth grade?  No.  I moved to
20 Georgia in 1980.
21     Q.    Okay.
22     A.    Or '79.  I think it might have
23 been '79.

Page 13

1      Q.    So around 1979 or '80 you moved
2  to Georgia?
3      A.    '79 was.  Yes, sir.
4      Q.    Okay.  Had you finished the
5  tenth grade at Anderson before you moved?
6      A.    Yes.
7      Q.    Okay.  So after you finished
8  tenth grade, you then moved to Georgia?
9      A.    No.
10     Q.    Okay.
11     A.    No.  No.
12     Q.    All right.  I'm just trying to
13 figure out.  You know, you went through
14 about tenth grade of high school?
15     A.    Uh-huh.
16     Q.    Then did you keep living in
17 South Carolina for a while?
18     A.    Yes, I did.  Yes, I did.
19     Q.    And then in '79 or '80 you
20 moved to Georgia?
21     A.    That's correct.
22     Q.    And you got your GED --
23     A.    In Georgia.

Page 14

```
1    Q.    -- in Georgia?
2    A.    Uh-huh.
3    Q.    Is that correct?
4    A.    That's correct.
5    Q.    I'm going to say that a lot
6    just to get the yes and no's, and I'll
7    remind you of that.
8    A.    Okay.
9    Q.    Now, you're currently married?
10   A.    Yes, I am.
11   Q.    And to whom are you married?
12   A.    Terry Loftin.
13   Q.    Is that spelled T-E-R-R-Y?
14   A.    Yes.
15   Q.    All right. And how long have
16   you and Terry Loftin been married?
17   A.    Twenty-four years.
18   Q.    All right. And what was the
19   date of your marriage?
20   A.    July 10th, 1983.
21   Q.    Have you been married to anyone
22   other than Terry Loftin?
23   A.    Yes.
```

Page 15

```
1    Q.    Okay. And who was that?
2    A.    It was -- my mind has gone
3    blank. I was married to Gwyn Herring,
4    H-E-R-R-I-N-G.
5    Q.    Gwyn or Glenn?
6    A.    Gwyn.
7    Q.    Gwyn. Like G-W-E-N?
8    A.    Y-N.
9    Q.    Okay. And when were you
10   married to Gwyn Herring?
11   A.    I was married to him from --
12   let me think. That's been a long time ago,
13   a long time. I've got to count back five
14   years. You know, I don't even remember the
15   date. I'm sorry. But it was -- it was in
16   the mid '70's.
17   Q.    All right. And how did your
18   marriage to Gwyn Herring end?
19   A.    Irreconcilable differences.
20   Q.    I guess --
21   A.    Whatever.
22   Q.    -- divorce?
23   A.    Yeah. Divorce. Yeah.
```

Page 16

```
1    Q.    And that occurred about five
2    years or so before you married Terry
3    Loftin?
4    A.    It was -- it was more than five
5    years, but we were married five years or
6    close to it.
7    Q.    So you and Gwyn were married
8    for about five years?
9    A.    Uh-huh.
10   Q.    Okay. Have you married -- have
11   you been married to anyone else?
12   A.    Yes.
13   Q.    Okay. Who was that?
14   A.    Stanley Wiles.
15   Q.    Could you spell that last name?
16   A.    W-I-L-E-S.
17   Q.    All right. And were you
18   married to Stanley Wiles before you were
19   married to Gwyn Herring?
20   A.    Uh-huh. Five years.
21   Q.    Okay. You were married to
22   Stanley Wiles for five years?
23   A.    Uh-huh.
```

Page 17

```
1    Q.    Is that a yes?
2    A.    I'm sorry. I keep forgetting.
3    Q.    We'll remind you. And about --
4    and let me ask you this. How did your
5    marriage to Stanley Wiles end?
6    A.    Divorce.
7    Q.    And about how many years was it
8    between your divorce from Stanley Wiles and
9    your marriage to Gwyn Herring?
10   A.    About one, maybe two. Two
11   years, I think.
12   Q.    All right. Have you been
13   married to anyone else?
14   A.    Yes.
15   Q.    Okay. And who was that?
16   A.    Johnny Jordan.
17   Q.    Johnny Jordan?
18   A.    Uh-huh.
19   Q.    When were you married to Johnny
20   Jordan?
21   A.    When?
22   Q.    Or how many years?
23   A.    Two.
```

Page 18

1    Q.    Okay.  And how long before you
2  were married to Stanley Wiles were you
3  married to Johnny Jordan?
4    A.    A year.  Yeah.
5    Q.    Do you have a judgment about
6  what year it would have been that you were
7  married to Johnny?
8    A.    '71 to '73.
9    Q.    Did you drop out of school to
10 marry Johnny Jordan?
11   A.    Yes.
12   Q.    And by drop out of school, I
13 meant high school.
14   A.    I did.
15   Q.    Okay.  And did your marriage to
16 Johnny Jordan end by divorce as well?
17   A.    Yes, it did.
18   Q.    And have you been married to
19 anyone else?
20   A.    No.
21   Q.    Are Mr. Herring, Mr. Wiles and
22 Mr. Jordan still living, to your knowledge?
23   A.    That I know.

Page 19

1    Q.    Or do you even know?
2    A.    No.  Mr. Herring has deceased.
3    Q.    Okay.  And when did Mr. Herring
4  die?
5    A.    I can't tell you for certain
6  because I really don't know, but I do know
7  that he -- my mother said he had passed
8  away.
9    Q.    All right.  Now, do you have
10 any children?
11   A.    Yes.
12   Q.    Okay.  And can you tell me the
13 names and ages and where they live?
14   A.    Okay.  Christopher Terry
15 Loftin, age twenty-three.  He's in the Air
16 Force at Shaw Air Force Base in Sumter,
17 South Carolina.
18   Q.    Any other children?
19   A.    No other children.  Unh-unh.
20   Q.    Okay.  And is Christopher Terry
21 Loftin a child of Terry Loftin's and yours?
22   A.    That's correct.
23   Q.    And when did he leave home?

Page 20

1    A.    He graduated in 2002.  Left
2  home October that year.
3    Q.    So in the summer of 2005, the
4  time period I think your complaint
5  concerns?
6    A.    Uh-huh.
7    Q.    He was not living in the home?
8    A.    No, sir.
9    Q.    Chris Loftin is your son, then?
10   A.    That's correct.
11   Q.    Okay.  And you have no other
12 children, correct?
13   A.    No other children.
14   Q.    Do you have any relatives
15 living in Alabama currently besides your
16 husband?
17   A.    Yes.
18   Q.    And who is that?
19   A.    My sister-in-law and
20 brother-in-law, Hildred and Rodney Nixon.
21   Q.    And where do they live?
22   A.    At Dadeville.  Their address is
23 Dadeville, Alabama.

Page 21

1    Q.    And have you talked with them
2  at all about your case or the circumstances
3  that you complained about in your case?
4    A.    No.
5    Q.    Your lawsuit?
6    A.    No.
7    Q.    You wouldn't talk to them when
8  you were going through issues in the summer
9  of 2005?  You wouldn't discuss those with
10 them?
11   A.    They know of the problems I had
12 in 2005.
13   Q.    Okay.  And when you say
14 problems, medical problems?
15   A.    That's correct.
16   Q.    Okay.  Have you had any
17 education since Anderson High School and
18 your GED?
19   A.    Yes.
20   Q.    And what is that?
21   A.    Working within the school
22 systems and going to classes to be
23 certified for my job that I do.

Esquire Depositions Services, LLC          1 800 221-3376

Page 22

1    Q.    Okay.  What type of job is
2   that?
3    A.    I'm a paraprofessional, a
4   teaching assistant.  I support the teachers
5   in the classrooms.
6    Q.    So as part of your job as a
7   teacher's assistant, you've had the sort of
8   education that your employers would provide
9   to you?
10    A.    Yes.  Uh-huh.
11    Q.    Have you ever gone to a school
12   just on your own like a junior college?
13    A.    No.
14    Q.    Technical school or anything
15   like that?
16    A.    No, sir.
17    Q.    Okay.  So all your education
18   after high school has been work related?
19    A.    Work related.  That's correct.
20    Q.    All right.  Now, your husband,
21   Terry Loftin, is he employed?
22    A.    He's retired.
23    Q.    And what is he retired from?

Page 23

1    A.    From Fulton County School
2   System.
3    Q.    And when you say Fulton County,
4   you mean Fulton County, Georgia?
5    A.    That's correct.
6    Q.    And what was his job with the
7   Fulton County, Georgia school system?
8    A.    He was a maintenance
9   supervisor.
10    Q.    And when did he retire?
11    A.    December of '04.
12    Q.    Why did y'all move from Georgia
13   to Alabama in December of '04?
14    A.    We wanted to live on Lake
15   Martin on the lake so he could fish and
16   just --
17    Q.    Is your house on the lake?
18    A.    Yes.
19    Q.    Now, since he's moved to
20   Alabama and been retired, has he done any
21   other work?
22    A.    No.
23    Q.    And he currently doesn't hold

Page 24

1   any job or anything like that?
2    A.    He is currently just working
3   around the house doing, you know, just not
4   anything that he's out making a living or
5   anything like that.
6    Q.    All right.  Some people when
7   they retire may do electrical work or
8   things like that for people for hire.  He's
9   not doing that?
10    A.    He sometimes cuts grass for
11   some people, but not full-time.
12    Q.    All right.  And are you
13   currently employed?
14    A.    Anywhere else?  Yes, I am now.
15    Q.    Okay.
16    A.    Yes.
17    Q.    Where are you employed?
18    A.    Dadeville Elementary.
19    Q.    And are you a teacher's
20   assistant at Dadeville Elementary?
21    A.    Yes, I am.
22    Q.    You said a minute ago you were
23   a paraprofessional?

Page 25

1    A.    Uh-huh.
2    Q.    I'm not familiar with that
3   term.  What does that mean?
4    A.    That means I'm a parapro.  I'm
5   a paraprofessional.  That means I -- that's
6   just the title they give me that I assist.
7   I assist teach.  Like in other words, when
8   I'm in the classroom, if the kids need
9   extra help, I help them.  That's just the
10   title they give you, paraprofessional.
11    Q.    All right.  And that doesn't
12   have to deal with the particular type of
13   child you work with or anything like that?
14    A.    No.  But I work with -- right
15   now I'm working with special ed.
16    Q.    All right.  So you're a
17   teacher's assistant with the special ed
18   class; is that correct?
19    A.    Yes, that's correct.
20    Q.    Okay.  And how long have you
21   been working in that job?
22    A.    At this job I've been there
23   since -- this is my third year.  So I went

7  (Pages 22 to 25)

Page 26

1 to work there in 2005 at the beginning of
2 school.
3     Q.    So is that August of 2005?
4     A.    That's correct.
5     Q.    So after you moved here in
6 December of 2004, this was the first
7 teaching assistant job you had that started
8 at Dadeville Elementary?
9     A.    Yes, it is.
10     Q.    And is that usually how
11 teaching assistant jobs, how you get a job,
12 you start at the school year?
13     A.    Not necessarily.
14     Q.    All right.  You can come in in
15 the middle of the school year, for example?
16     A.    If needed.
17     Q.    Had you applied for a job
18 before this teacher's assistant job at
19 Dadeville Elementary in Alabama?
20     A.    Yes.  I applied for it and got
21 it.  Uh-huh.
22     Q.    I mean, this was your first
23 job you applied for in Alabama?

Page 27

1     A.    That's correct.
2     Q.    Okay.  And you applied to start
3 in August of 2005; is that correct?
4     A.    That's correct.
5     Q.    And you've been working there
6 since, correct?
7     A.    Yes.
8     Q.    When did the school -- when
9 does the elementary school start in August?
10 Is it early August, middle August?  It
11 seems like school starts earlier and
12 earlier to me.
13     A.    August 6th was -- I went to
14 work August 6th this week, and the kids --
15 this was their first day today.
16     Q.    Okay.
17     A.    August 9th.
18     Q.    And is that consistent with
19 what you've done since 2005?
20     A.    Yes.
21         MR. TREADWELL:  Although the
22         dates may be different.
23     Q.    A few days off or something?

Page 28

1     A.    Yeah.
2     Q.    Now, before you moved from
3 Georgia to Alabama, did you work as a [1]
4 teacher's assistant as well?
5     A.    Yes.
6     Q.    And what school system did you
7 work?
8     A.    Cowetta County.
9     Q.    How do you spell that county?
10     A.    C-O-W-E-T-T-A, Cowetta.
11     Q.    How long have you worked as a
12 teacher's assistant?
13     A.    Where?  In Cowetta?
14     Q.    Just been doing that job.
15     A.    Seventeen years.
16     Q.    And did you have a type of work
17 you did before you were a teacher's
18 assistant?
19     A.    I was a housewife, mother.
20     Q.    And then when your child got to
21 a certain age, you started working as a
22 teacher's assistant; is that correct?
23     A.    That's correct.

Page 29

1     Q.    Have you -- at Dadeville
2 Elementary, do you have benefits that are
3 provided for you such as medical benefits?
4     A.    Yes.
5     Q.    Health insurance, that type
6 thing?
7     A.    Yes.
8     Q.    Are you currently a member of
9 any type of club or organization, group,
10 union, anything like that?
11     A.    No.
12     Q.    Are you a member of the AEA?
13     A.    Oh, yeah.  I forgot.  Yes, I
14 am.
15     Q.    Is your husband a member of any
16 particular club, group, organization,
17 Kiwanas Club, anything like that?
18     A.    No, sir.
19     Q.    Have you ever filed a lawsuit
20 against anyone before?
21     A.    No, sir.
22     Q.    Have you ever been sued by
23 anyone before?

8  (Pages 26 to 29)

Esquire Depositions Services, LLC                1 800 221-3376

Page 30

1     A.     No, sir.
2     Q.     Have you ever given a
3  deposition before?
4     A.     No, sir.
5     Q.     Have you ever been convicted of
6  a crime before?
7     A.     No, sir.
8     Q.     Have you ever been arrested
9  before other than when you were like a
10  minor?
11     A.     Yes, sir.
12     Q.     Okay.  And what was that for?
13     A.     Gwyn got arrested, and I was
14  pulled in, also, when he was arrested.
15     Q.     All right.  Was that in the mid
16  '70's?  You said you were married to him I
17  think maybe in the mid '70's.
18     A.     Probably around -- probably
19  about, yeah, probably late '70's or
20  something.  It was in the '70's.
21     Q.     And what type of crime was it?
22     A.     He got arrested for drugs.
23     Q.     For trafficking in drugs?

Page 31

1     A.     I think.  Yeah.  That's what I
2  -- I'm pretty sure that's what it was.  But
3  I was in the house when he was arrested, so
4  I was arrested, also.
5     Q.     Have you ever filed for
6  bankruptcy?
7     A.     Never.
8     Q.     Has your husband ever filed for
9  bankruptcy?
10     A.     Never.
11     Q.     Do you have a history of having
12  used any illegal drugs?
13     A.     No.
14     Q.     The treatment that you received
15  in 2005 from Dr. Bauer --
16     A.     Uh-huh.
17     Q.     -- was that covered by medical
18  insurance?
19     A.     Yes.
20     Q.     And as I understand your
21  records which have been produced in this
22  case, there's certain visits you made to
23  Dr. Bauer and certain treatments and

Page 32

1  procedures you underwent in that summer of
2  2005; is that correct?
3     A.     Yes, there is.
4     Q.     And --
5     A.     Or was.
6     Q.     And all of that was paid for by
7  insurance; is that correct?
8     A.     Not --
9     Q.     Okay.  Did you or your husband
10  have to pay for any of it?
11     A.     We paid for some of it.  Some
12  of it.  We have paid some out-of-pocket
13  expense.
14     Q.     Do you have a judgment about
15  what out-of-pocket expense you've paid?
16     A.     I can't give you a top dollar.
17  I just can't come up with it off the top of
18  my head.  But we have paid as far as
19  prescriptions, and we've paid for like I
20  had to go buy stuff from Wal-Mart, that
21  kind of thing.  And I have paid some of my
22  medical bills.
23        MR. TREADWELL:  I've got a number

Page 33

1        if you want.  I mean, it's
2        kind of a B.
3     MR. LUCAS:  That would be great.
4     MR. TREADWELL:  It's about
5        seventy-nine hundred
6        dollars.  And let me say out
7        of that seventy-nine
8        hundred, that includes some
9        Rite Aid bills.  But
10        probably -- and I can tell
11        you that not all of those
12        Rite Aid bills would be
13        related to the claims in
14        this lawsuit.
15     MR. LUCAS:  Let me just mark this
16        as Defendant's Exhibit 1.
17     (Whereupon Defendant's Exhibit 1
18        was marked for identification
19        and attached to the original
20        transcript.)
21     Q.     And as I understand it,
22  Defendant's Exhibit 1 is a tabulation of
23  medical bills and expenses you would have

9  (Pages 30 to 33)

Page 34

1 incurred related to your medical treatment
2 in the summer of 2005; is that correct?
3    A.    That's correct.
4    Q.    All right. Have you been
5 treated by Dr. Bauer other than in the
6 summer of 2005?
7    A.    No. You mean since then?
8    Q.    Right.
9    A.    Yes. I have gone to him since
10 then.
11    Q.    So it's just been follow-up
12 checkups, or have you had complaints that
13 would cause you to go to him?
14    A.    Complaints, problems with my
15 bladder.
16    Q.    Okay. And who is Dr. Karen
17 Mockler?
18    A.    She's my primary physician.
19    Q.    And did you first see her in
20 April of '05?
21    A.    That's correct.
22    Q.    And how did you come to see
23 her?

Page 35

1    A.    I went to her because I was
2 having some problems with going to the
3 bathroom and some pain, having pain, also,
4 in the lower part of the stomach.
5    Q.    Were you referred to
6 Dr. Mockler, or did you get her name out of
7 the phone book? How did you get hooked up
8 with her?
9    A.    Name out of the phone book.
10    Q.    And did Dr. Mockler refer you
11 to Dr. Bauer?
12    A.    That's correct.
13    Q.    You've had -- and when you went
14 to Dr. Mockler, it's because you were
15 having bladder problems; is that correct?
16    A.    I went to her because I was
17 having problems with pain.
18    Q.    So you had pain in your lower
19 abdomen?
20    A.    Pain to go to the -- I was
21 having discomfort in the lower abdomen and
22 also problems of going -- urinating or
.3 going to the bathroom.

Page 36

1    Q.    The problems you had urinating,
2 was it a problem of frequency where you
3 would have to constantly go to the
4 bathroom, or was it a problem of being
5 unable to urinate?
6    A.    I have to think back. I've had
7 those problems, and I've just got to
8 remember if that was the date. Probably it
9 was due to the fact that I was burning,
10 having some burning pain and having some
11 problems, probably frequency, too, because
12 I remember that happening.
13    Q.    And when you say frequency, you
14 mean going frequently?
15    A.    Yes.
16    Q.    Okay. Had you previously had
17 discomfort in your lower abdomen?
18    A.    Before that time?
19    Q.    Right.
20    A.    Yes.
21        MR. TREADWELL: That relates to
22           urinary problems or just
23           anything?

Page 37

1    Q.    Discomfort in your lower
2 abdomen?
3    A.    Yes.
4    Q.    And have you previously had
5 problems with frequency of urination?
6    A.    Yes.
7    Q.    And have you had a burning pain
8 sensation associated with urination in the
9 past?
10    A.    Yes.
11    Q.    Are you currently taking any
12 kind of anti-depressant medicine?
13    A.    Yes, I am.
14    Q.    And what is that?
15    A.    Zoloft.
16    Q.    All right. And how long have
17 you been taking Zoloft?
18    A.    Let's see. Probably -- I know
19 at least five years. Probably at least
20 that.
21    Q.    Let me ask you this. In a note
22 that Dr. Mockler's office provided us dated
23 April 25th, 2005, it references that you

Page 38

1  had just stopped Zoloft last week and were
2  crying and emotionally upset. Do you have
3  a recollection of that?
4      A.    I did try to go off of it. And
5  I did. Yes. And I tried to go off of it
6  cold turkey, and you don't do that.
7      Q.    So before you saw Dr. Mockler,
8  you had been taking Zoloft and had tried to
9  discontinue taking it cold turkey?
10     A.    Before I saw her?
11     Q.    Right.
12     A.    No.
13     Q.    Okay. Okay. Had you quit
14  taking Zoloft before you saw Dr. Mockler in
15  April of '05?
16     A.    No.
17     Q.    Okay. So you saw Dr. Mockler
18  before you quit taking Zoloft?
19     A.    No. I did not see Dr. Mockler
20  before I took Zoloft.
21     Q.    Okay. You started taking
22  Zoloft about five years ago; is that
23  correct?

Page 39

1      A.    At least. At least that long
2  ago.
3      Q.    And was that for depression?
4      A.    The doctor said that it was for
5  depression.
6      Q.    All right. And was the doctor
7  who prescribed this to you a psychiatrist?
8      A.    No, sir.
9      Q.    General doctor?
10     A.    General internist, family
11  physician.
12     Q.    Family physician. All right.
13  And you continued taking Zoloft until some
14  time period, correct?
15     A.    I'm still on it.
16     Q.    All right. And was there a
17  time period when you quit taking Zoloft
18  cold turkey and had some issues?
19     A.    For three years.
20     Q.    All right. And when was that?
21     A.    I don't remember.
22     Q.    Okay. If Dr. Mockler's Medical
3  Park Family Practice April 25th note

Page 40

1  references that you had stopped Zoloft last
2  week and emotionally were not doing well,
3  would you have reason to disagree with that
4  date?
5      A.    If she has that, no. Unh-unh.
6      Q.    You would agree?
7      A.    I would agree if it's down what
8  she said.
9      Q.    All right. And then you
10  started taking it again and you haven't had
11  any since?
12     A.    Haven't had any problem since.
13     Q.    Okay. Have you ever been
14  treated by a psychiatrist?
15     A.    No.
16     Q.    Have you ever been treated by a
17  psychologist?
18     A.    No.
19     Q.    Have you taken or been
20  prescribed any medication for depression or
21  any other type of mental illness other than
22  Zoloft?
23     A.    Yes.

Page 41

1      Q.    Okay. And what is that?
2      A.    I took Paxil to begin with.
3      Q.    Did you have any type of
4  adverse reaction to the Paxil?
5      A.    Yes.
6      Q.    And so then you were switched
7  to the Zoloft?
8      A.    That's correct.
9      Q.    Have you over the course of
10  your lifetime had a difficulty with certain
11  types of medications? Have you experienced
12  a lot of adverse reaction to various
13  medications?
14     A.    Yes, I do. I do.
15     Q.    And so prescribing or finding a
16  medication that will work for you that
17  won't cause an adverse reaction is not
18  easy, is it?
19     A.    No. It's not easy.
20     Q.    And have you always had that
21  type of adverse reaction to medications?
22     A.    Not always.
23     Q.    When did that start? Would it

11  (Pages 38 to 41)

Page 42

1  encompass the majority of your adult life?
2      A.    Yes.
3      Q.    Have you previously experienced
4  problems with chest pain?
5      A.    Acid reflux.
6      Q.    And have you had a history of
7  having acid reflux?
8      A.    Occasionally.  Not -- not -- I
9  mean, it's not frequent.
10      Q.    Have you had a history of
11  having pelvic pain?
12      A.    Yes.
13      Q.    How long have you experienced
14  that history of pelvic pain?
15      A.    Since the early '90's.
16      Q.    Is the pelvic pain just a
17  condition that you started experiencing, or
18  was there a particular event that you
19  attribute it to?
20      A.    I'm not quite understanding
21  what you're trying to ask.
22      Q.    Well, for example, if I trip
23  and fall and break my arm, there's an event

Page 43

1  that caused me to break my arm.  Sometimes
2  I just get sick and I don't know what
3  causes it.  And so I'm guessing is there
4  anything in your mind, a specific event
5  that caused you to have pelvic pain?
6      A.    No.  There's not anything.
7      Q.    All right.  Do you still
8  experience pelvic pain from time to time?
9      A.    Yes, I do.
10      Q.    What do you do for it when you
11  experience pelvic pain?
12      A.    I take Tylenol to see if that
13  will relieve it.  Then I go get a bladder
14  wash from Dr. Bauer.
15      MR. TREADWELL:  When you answer
16          the question about pelvic
17          pain, that's the whole
18          pelvis.  I don't know if
19          he's asking you about pelvic
20          pain with the bladder in the
21          pelvis because that's where
22          it is.  But if you want to
23          distinguish between bladder

Page 44

1          or urinary tract events or
2          just the pelvis in general.
3          I mean, she'll do the best
4          she can, obviously.  And I'm
5          not trying to derail
6          anybody, but, you know, I
7          know you've had other --
8          you've had adhesions and
9          you've had all kind of stuff
10          going on.
11      A.    I've had a bunch of stuff in
12  there.
13      Q.    In your lower body?
14      A.    Yes.
15      Q.    GI.  Okay.  And you've had
16  various bladder issues; is that correct?
17      A.    On and off, uh-huh.
18      Q.    How long have you had the
19  bladder issues?
20      A.    On and off since early '90's.
21      Q.    And describe for me what type
22  of bladder issue you've had.
23      A.    Burning, urinary tract

Page 45

1  infections.  I've had where I couldn't
2  urinate properly, not able to go like I
3  should.
4      Q.    Have you had swelling of your
5  abdomen in the past?
6      A.    Yes.
7      Q.    And that would be associated
8  with your bladder issues?
9      A.    Yes, it would.  Most certainly.
10      Q.    And have you experienced blood
11  in your urine?
12      A.    Yes.
13      Q.    How long have you had that
14  issue?
15      A.    Early '90's.
16      Q.    Since the early '90's?
17      A.    Yes.  That's correct.
18      Q.    All right.  Have you had
19  diarrhea?
20      A.    Yes.
21      Q.    And rectal bleeding?
22      A.    Yes.
23      Q.    And is that since the early

Page 46

1  '90's as well?
2      A.   No.
3      Q.   Okay.  When did you start
4  having the problems with rectal bleeding
5  and diarrhea?
6      A.   Probably mid '90's.
7      Q.   Have you ever had a gall
8  bladder problem?
9      A.   It's not there.  It's been
10 removed.
11     Q.   When was your gall bladder
12 removed?
13     A.   I think it was 1994.  That's a
14 guess.  I just think it was that year.
15         MR. TREADWELL:  Don't guess.
16         Just give a good answer, but
17         don't guess.
18         THE WITNESS:  Okay.
19     Q.   It's your best judgment that
20 give or take a few years it was around '94?
21     A.   That's correct.
22     Q.   All right.  Have you ever had
23 any contact with a company called Lab M.D.?

Page 47

1      A.   I don't -- I don't know.
2      Q.   Have you ever had any contact
3  or communication with a company called
4  Boswick Laboratories?
5      A.   Not that I know of.
6      Q.   Have you ever had any contact
7  or communication with a company called
8  U. S. Labs Fountain Valley, Inc.?
9      A.   I think that was the lab that
10 did my test.
11     Q.   All right.  The FISH test?
12     A.   That's correct.
13     Q.   All right.  But I guess my
14 question is have you ever had any contact
15 or communication with them?
16     A.   Verbally?
17     Q.   Verbally or in writing?
18     A.   No.
19     Q.   Other than a report a doctor
20 might show you?
21     A.   No, sir.
22     Q.   So you've never talked to any
3  U. S. Labs employee, for example?

Page 48

1      A.   No, I haven't.
2      Q.   And with respect to another
3  company, Estoterix, Inc., have you ever
4  talked to any Estoterix, Inc., employee?
5      A.   No, sir.
6      Q.   In the summer of 2005, a test
7  referred to as a FISH test was performed on
8  you.  Well, let me rephrase that.  In the
9  summer of 2005, let me ask you this.
10 There's some FISH reports that have been
11 produced in this case.  Did you ever see
12 these FISH reports, or did your doctor ever
13 show them to you, or did he just tell you
14 about them?
15     A.   Told me about them.
16     Q.   All right.  So the actual
17 documentation of the FISH reports that were
18 provided from U. S. Labs and from Bostwick
19 Laboratories you never reviewed; is that
20 correct?
21     A.   I looked at something, but I
22 don't know if it was that.  I don't know.
23     Q.   If you did look at them, you

Page 49

1  can't remember; is that fair?
2      A.   That's fair because I just -- I
3  just don't know what you're talking about.
4      Q.   All right.  So whatever you
5  were told about a FISH report or result was
6  something that your physician, Dr. Bauer,
7  told you?
8      A.   That's correct.
9      Q.   And would it be correct to say
10 that you don't know how a FISH report is
11 created, what a FISH analysis is?
12     A.   (Witness shaking head in the
13 negative.)
14     Q.   Is that correct?
15     A.   Yes.
16     Q.   Okay.  Let me ask you.  I think
17 these are the names of some people who have
18 previously provided health care to you.
19     A.   Uh-huh.
20     Q.   And I wanted to go over their
21 names and make sure that's correct.
22     A.   Yes.
23     Q.   Dr. Couch and Dr. Bristol,

13  (Pages 46 to 49)

Page 50

1  Urological Association in Tennessee. Do
2  their names mean anything to you?
3      A.    No, sir.
4      Q.    A Dr. Stegielman in Newnan,
5  Georgia?
6      A.    That's correct.
7      Q.    Newnan, Georgia?
8      A.    Newnan.
9      Q.    And what type of doctor was he?
10      A.    My gynecologist.
11      Q.    And how long was he your
12  gynecologist?
13      A.    The whole time I was in Newnan,
14  that I lived in Newnan.
15      Q.    Which was?
16      A.    Probably sixteen years,
17  seventeen. About sixteen, I think.
18      Q.    All right. And Dr. Finnerty
19  and Dr. Burson, do those ring a bell to you
20  at all in Newnan, Georgia?
21      A.    No.
22      Q.    F-I-N-N-E-R-T-Y?
23      A.    Unh-unh. Well, I have to know

Page 51

1  what kind of doctor.
2      Q.    All right. Who was your --
3  Dr. James Michael Smith, does that name
4  ring a bell to you?
5      A.    That was my primary care
6  physician.
7      Q.    And would your primary care
8  physician refer you to certain specialists
9  when you were having problems?
10      A.    Yes, he did.
11      Q.    All right. Do you know a
12  Dr. McLoyd here in Alexander City?
13      A.    Yes.
14      Q.    Okay.
15          MR. TREADWELL: Dr. McCloud.
16      Q.    McCloud. I'm sorry. And did
17  he treat you for maybe a snoring or
18  breathing issue?
19      A.    Yes, he was. Uh-huh.
20      Q.    Okay. What type of treatment
21  did he provide for you?
22      A.    He didn't give me any
3  medication. He did a sleep test that was

Page 52

1  negative.
2      Q.    Were you having some difficulty
3  sleeping?
4      A.    A little bit of snoring.
5      Q.    And when did you visit with
6  Dr. McCloud?
7      A.    It was last -- last year, I
8  think, but I don't know exactly the month.
9      Q.    Was it after your treatment by
10  Dr. Bauer in the summer of 2005?
11      A.    Yes, it was.
12      Q.    Currently are you seeing any
13  physicians or medical providers besides
14  Dr. Mockler and her office or Dr. Bauer?
15      A.    No, I'm not.
16      Q.    Now, when you first went in to
17  see Dr. Mockler, you were having these
18  issues you told us about. Burning pain?
19      A.    Uh-huh.
20      Q.    Frequency, problem urinating
21  and discomfort in the lower abdomen; is
22  that correct?
23      A.    That's correct.

Page 53

1      Q.    And then you went to see -- she
2  referred you to Dr. Bauer; is that correct?
3      A.    That's correct.
4      Q.    When you saw Dr. Bauer, I see
5  here it says in his note, chief complaint,
6  blood in her urine and lower abdominal
7  pain?
8      A.    Uh-huh.
9      Q.    Is that your recollection of
10  what you were complaining about?
11      A.    That's correct.
12      Q.    All right. Just tell me what
13  happened when you saw Dr. Bauer, what
14  complaints you were raising to him and what
15  kind of procedures you were going through
16  in that summer of 2005.
17      A.    I went to him because
18  Dr. Mockler said I need to see a
19  specialist. I went to him because of the
20  blood in the urine. And she was concerned
21  because of the amount of blood in the
22  urine. And then he did a test, and he did
23  it there in the office. And then I had to

Page 54

1  wait for the results and go back to see
2  him.
3      Q.    How long did you wait for the
4  results before you went back to see him?
5      A.    Not -- probably a week, if not
6  less. It was pretty soon.
7      Q.    Do you even remember what type
8  of test this was he did in his office?
9      A.    If I'm not mistaken, he did a
10 test where he did a swab test from, you
11 know, going up in the bladder, that type of
12 test.
13     Q.    All right. And then did you go
14 back to see what the results were?
15     A.    I did.
16     Q.    Tell me what happened then.
17     A.    Okay. He told me that they
18 came back, that they were abnormal.
19     Q.    All right. Did you ask him
20 what that meant?
21     A.    He didn't have to. Just from
22 the look on his face and -- he said that it
23 meant that I might have cancer. And I

Page 55

1  cried.
2      Q.    Was this on your second visit
3  to Dr. Bauer?
4      A.    Uh-huh. Yes.
5      Q.    Is that correct?
6      A.    That's correct.
7      Q.    Okay. So on the first visit,
8  he did the swab --
9      A.    The test.
10     Q.    -- procedure?
11     A.    Yeah. The test. Uh-huh.
12     Q.    Swabbed some samples from your
13 urinary tract?
14     A.    To send off to have it tested.
15     Q.    All right. And the second time
16 you saw him, you came back to find out the
17 results of the test?
18     A.    That's correct.
19     Q.    And he told you that they were
20 abnormal and that meant you might have
21 cancer, correct?
22     A.    That's correct.
23     Q.    And you were emotional and

Page 56

1  cried; is that correct?
2      A.    That's correct.
3      Q.    And what else happened that
4  visit?
5      A.    I fell apart and I had to ask
6  him to get my husband because it was a
7  shock to -- I've never heard that before.
8  It was a shock.
9      Q.    Okay. And you had driven
10 yourself to Dr. Bauer's office that day?
11     A.    My husband and I. I don't know
12 if he drove or I drove. One of us did.
13     Q.    All right. You'd gone
14 together?
15     A.    Yes.
16     Q.    Okay. But you were in the
17 office by yourself with Dr. Bauer when he
18 told you about the abnormal result?
19     A.    Yes, I was. When he told me
20 that, yes.
21     Q.    All right. And so then you
22 sent somebody to go get your husband?
23     A.    He was in a waiting room.

Page 57

1      Q.    Okay. And did he come in with
2  you?
3      A.    He -- yes, he did. Comfort me.
4      Q.    And then what else happened in
5  that visit?
6      A.    He just told us that there
7  needed to be some further testing done to
8  rule out cancer and to make sure that --
9  so, you know, that there's -- in other
10 words, he wanted to test further to see if
11 there was anything to the test. He was
12 just telling me that we have to test
13 further.
14     Q.    All right. Okay. So you
15 understood that -- or you didn't understand
16 him as telling you you had cancer, correct?
17     A.    He didn't tell me I had cancer.
18 He says we have to check. That's when he
19 scheduled me for outpatient.
20     Q.    Okay. Scheduled you for some
21 outpatient procedures?
22     A.    That's correct.
23     Q.    All right. And were those

Page 58

1    conducted at Russell Medical Center?
2        A.    That's correct.
3        Q.    Okay.  How long after the
4    second visit was it before you did these
5    outpatient procedures?
6        A.    I can't remember the days, but
7    it was very soon.
8        Q.    All right.
9        A.    I told him I wanted it done
10   right away.
11       Q.    Do you recall anything else
12   Dr. Bauer said to you this second visit?
13       A.    Just that he had to follow up
14   on -- you know, on the results.  He had to
15   see -- test further because it could mean
16   that -- it could mean something.  He was
17   just wanting to make sure that -- you know,
18   that it wasn't cancer.
19       Q.    He wanted to do further testing
20   to try to make sure you didn't have cancer?
21       A.    That's correct.
22       Q.    And that's what he communicated
23   to you?

Page 59

1        A.    Well, he -- the test results
2    came back abnormal, and he said he had to
3    go do further testing to see if, you know
4    -- just to check it out and see if there
5    was cancer and where it was at.
6        Q.    All right.
7        A.    That's what he had to do.
8        Q.    All right.  Is there anything
9    else he said or that happened during that
10   visit that you can recall?
11       A.    No.  Because I -- I remember I
12   was upset and I wanted to leave.
13       Q.    Okay.  Were you taking Zoloft
14   at this point in time?
15       A.    Yes, I was.  Uh-huh.
16       Q.    Okay.  Then did you and your
17   husband leave and go home?
18       A.    We went home and --
19       Q.    And then these outpatient
20   procedures, what do you recollect about
21   those?
22       A.    Going into the hospital.  I had
3    to be there that morning, and then I went

Page 60

1    in and, you know, was outpatient.  I went
2    home the same day.  He did a biopsy of the
3    bladder.
4        Q.    Do you recall anything else
5    about the procedures?
6        A.    No, because they knock you out.
7    I mean, once you're in there, you don't
8    know anything after they knock you out.
9        Q.    All right.  You had
10   anesthesia --
11       A.    Yes, I did.
12       Q.    -- for him to conduct those
13   procedures?
14       A.    Yes.
15       Q.    All right.  Do you recall
16   anything he may have said to you before the
17   procedures?
18       A.    He just tried to calm me down.
19       Q.    Okay.
20       A.    Because I was a little -- you
21   know, a little nervous.
22       Q.    All right.  And how did he try
23   to calm you down?

Page 61

1        A.    Just tell me that everything
2    was going to be okay.
3        Q.    Okay.  Then what happened after
4    -- next, I guess I would say, after these
5    outpatient procedures?
6        A.    Okay.  I got -- he called.  I
7    had to make another appointment.  Well, he
8    set up another appointment for me to come
9    back in.
10       Q.    Was that to go over the results
11   of those procedures?
12       A.    That's correct.
13       Q.    And do you have a recollection
14   about how long that was after you went
15   through those procedures?
16       A.    I really couldn't tell you
17   exactly if it was a week or two weeks
18   because of it being back in 2005.
19       Q.    But whatever Dr. Bauer's
20   records show in that regard would be
21   correct, wouldn't it?
22       A.    That would be correct, yes.
23       Q.    Okay.  And so did you come back

Page 62

1  to see Dr. Bauer after those outpatient
2  procedures?
3      A.    Yes, I did. I did.
4      Q.    And what took place on that
5  occasion?
6      A.    He told me that these also came
7  back abnormal.
8      Q.    What else occurred? What was
9  said during that meeting?
10     A.    I know I had to go through
11 another outpatient procedure again, and he
12 said he wanted to put stents in my kidneys
13 so he could retrieve a specimen or biopsy.
14     Q.    So the earlier procedures that
15 had been performed had not involved the use
16 of stents in your kidneys?
17     A.    It was the second procedure in
18 the hospital.
19     Q.    Okay. And you had the one swab
20 procedure in his office, correct?
21     A.    Uh-huh. Yes. I'm sorry.
22     Q.    And then you had the one -- the
23 first outpatient procedure?

Page 63

1      A.    Yes.
2      Q.    And then he tells you, These
3  results are abnormal as well, so there's
4  some more procedures we need to do?
5      A.    That's correct.
6      Q.    All right. At that time, did
7  he tell you, Hey, you have cancer or you
8  don't have cancer?
9      A.    No.
10     Q.    Okay. What did he say in that
11 regard, if anything?
12     A.    He wanted to go and do some
13 further testing because of the test results
14 that came back with the bladder, and he
15 wanted to see if there was cancer in the
16 kidneys. So that's when he said he needed
17 to put stents in to be able to retrieve the
18 biopsies.
19     Q.    All right. So after the
20 abnormal -- after the first outpatient
21 procedure when you came back and he told
22 you the results, he communicated --
23 Dr. Bauer communicated to you that he

Page 64

1  needed to do some further testing, correct?
2      A.    That's correct.
3      Q.    And that was to determine
4  whether or not you might have cancer in
5  your kidneys?
6      A.    That's correct.
7      Q.    And he didn't tell you whether
8  you did or didn't have cancer. He just
9  said he needed to do some more tests to
10 determine that?
11     A.    That's correct.
12     Q.    Okay. And what else took place
13 on that visit with Dr. Bauer that you can
14 recall when you were learning about the
15 results of the outpatient procedures?
16     A.    I just had to go to the
17 hospital and get the -- what is it called
18 when you have to go in and register? You
19 know what I'm talking about.
20     Q.    Did you go straight from that
21 meeting with Dr. Bauer to the hospital?
22     A.    Yes. Uh-huh.
23     Q.    Did you know that was going to

Page 65

1  be a possibility when you came to his
2  office that day?
3      A.    No, I did not.
4      Q.    All right. So you weren't --
5  you hadn't packed a bag or anything?
6      A.    Oh, no. No. No.
7      Q.    Okay. All right. So you went
8  straight from his office to the hospital to
9  register for your stay, correct?
10     A.    So I could go ahead and get it
11 out of the way so I wouldn't miss more
12 work.
13     Q.    Okay. Well, I was going to ask
14 you why you went straight from his office
15 to the hospital. But you wanted to get it
16 knocked out so you didn't miss work?
17     A.    That's correct.
18     Q.    Were you working at the time?
19     A.    You know, no, I wasn't. I
20 don't know what I was thinking. No. I
21 wasn't working then. I wasn't working.
22 No. I'm thinking about when I had some
23 other -- no. Unh-unh. I wasn't working

Page 66

1  then.
2      Q.    All right.  You just wanted to
3  get it done as soon as you could?
4      A.    Well, his office is right there
5  at the hospital.  You just walk straight a
6  few steps to get to the hospital.
7      Q.    Right.
8      A.    And it's more convenient to do
9  it that way than it is to go home and have
10 to turn around and come back.
11     Q.    All right.  And when you went
12 from his office to register in the
13 hospital, did you then stay in the hospital
14 for some period of time, or did you just go
15 home?
16     A.    I went home.
17     Q.    Okay.  So you were just
18 registering getting ready for some more
19 procedures?
20     A.    Yes.  Yes.  That's correct.
21     Q.    Okay.
22     A.    They have to do -- they had to
23 do some blood work and that kind of stuff

Page 67

1  before you have the procedures done.
2      Q.    All right.  So then was your
3  next visit with Dr. Bauer when you had the
4  stents put in your kidneys?
5      A.    Yes, it was.
6      Q.    All right.  And do you have a
7  recollection about how much time elapsed
8  between your meeting with him and when you
9  had that done?
10     A.    No, I don't.
11     Q.    Okay.  Well, tell me what
12 happened when you went in for that
13 procedure.  Did you and your husband go in
14 the hospital together?
15     A.    Yes, we did.
16     Q.    All right.  And what happened?
17 Tell me about it.
18     A.    I went in and --
19     Q.    Best you remember, because you
20 went under anesthesia.
21     A.    I was more nervous this time
22 because of the fact that I'd had two
23 already abnormal, so I was really nervous

Page 68

1  this time.  And I was really crying when
2  they rolled me out to the -- to get me
3  ready for surgery -- I mean, for the
4  outpatient procedure.  And he came back
5  there and talked to me.  And I said -- I
6  remember telling him, Dr. Bauer, this is my
7  life.  Please figure out what's wrong with
8  me.  I was just so upset, and he was trying
9  to calm me down because I'd had two
10 previous ones that were abnormal and I was
11 praying to God that this one would come
12 back okay.  And I said, Whatever.  Just
13 please make sure everything is done
14 correctly, exactly.  I mean, I don't want
15 any -- we talked about that before, you
16 know, I was taken back.
17     Q.    Okay.  And I assume you believe
18 in the power of prayer, don't you?
19     A.    Very much.  Yes, I do.
20     Q.    How much -- well, let me ask
21 you this.  Did you stay in the hospital
22 overnight on this occasion?
23     A.    Not that night.

Page 69

1      Q.    Okay.  So this was outpatient
2  as well?
3      A.    Yes, it was.
4      Q.    Okay.  And you went under
5  anesthesia again?
6      A.    Uh-huh.
7      Q.    Is that correct?
8      A.    That's correct.
9      Q.    And did you also have scheduled
10 a follow-up visit where you were going to
11 come back to visit with Dr. Bauer to find
12 out about the results of this procedure?
13     A.    Yes, I did.  I was scheduled
14 for a follow-up visit.
15     Q.    All right.  And did you then go
16 to that follow-up visit?
17     A.    Yes.  But I had to talk to him
18 before the follow-up visit.
19     Q.    All right.  And what did you
20 have to talk to him about before the
21 follow-up visit?
22     A.    I was in excrutiating pain with
23 the stents.  When I say excruciating, I

Page 70

1    mean unbearable pain where I was calling
2    him throughout the week that I had the
3    stents in begging for something for pain.
4        Q.    So you had the stents in for a
5    week?
6        A.    A week.
7        Q.    And the pain was unbearable for
8    you?
9        A.    Yes. I couldn't sit up. I
10   couldn't lay down. I couldn't find any
11   position comfortable.
12       Q.    And you were calling Dr. Bauer
13   saying I need something for the pain?
14       A.    Something. I wanted something
15   done because it was so painful.
16       Q.    All right. And what did he
17   respond or how did he respond?
18       A.    I was taking pain medicine
19   around the clock. And it was like -- I
20   want to say it was Vicodin. I can't
21   remember. I think it was. But I was
22   taking it like every four hours and about
23   the third hour, I'd notice that it was --

Page 71

1    the pain would start back excruciating
2    again. It would not even last four hours.
3        Q.    So for this pain, you were
4    taking some type of medication?
5        A.    Yes, I was.
6        Q.    Okay. And your recollection is
7    it was Vicodin?
8        A.    I think so. He -- I think he
9    prescribed not just one. I think he was
10   trying different ones. But I can't
11   remember. Vicodin I remember.
12       Q.    Did you have any adverse
13   reaction to any of those medications?
14       A.    No. Other than just wanting
15   the pain to go away. No, I didn't.
16       Q.    And so did he do anything other
17   than just prescribe this medication to you
18   during that week?
19       A.    No. Just the medication.
20       Q.    All right. And then did you
21   come back to his office?
22       A.    Yes, I did.
23       Q.    Do you remember what day of the

Page 72

1    week it was?
2        A.    Wait a minute. I've got to
3    think. I may. I have to think about it.
4    Honestly, I can't think or remember because
5    I was in so much pain.
6        Q.    And tell me what happened when
7    you returned to his office on that
8    occasion.
9        A.    I had a friend drive me because
10   I couldn't drive. My best friend drove me
11   to the office.
12       Q.    Where was your husband at that
13   time?
14       A.    He was working on our house.
15       Q.    Okay. Had he been -- had he
16   taken you to the doctor on the other
17   occasions?
18       A.    Once.
19       Q.    One time he did?
20       A.    Yes. He took me the time that
21   I told you about before where I got him out
22   of the waiting room.
23       Q.    The first time you heard some

Page 73

1    results were abnormal?
2        A.    No. I drove myself.
3        Q.    Okay.
4        A.    I think I did. All I know was
5    that he just took me once.
6        Q.    One time he took you?
7        A.    Yeah. And my friend offered to
8    drive me the next time because she knew I
9    couldn't drive.
10       Q.    And who was your friend?
11       A.    Patty Walker.
12       Q.    So she drove you to Dr. Bauer's
13   office on that occasion?
14       A.    That's correct.
15       Q.    After the stents?
16       A.    While the stents were still in.
17            (Brief interruption)
18       Q.    All right. Ms. Loftin, we were
19   talking about when you -- after you had the
20   stents placed and input. You kept them
21   there for about a week?
22       A.    They were there a week, uh-huh.
23       Q.    And then you went back to see

19 (Pages 70 to 73)

Page 74

```
 1    Dr. Bauer?
 2        A.    That's correct.  I think that
 3    was on a Friday, too.  I'm pretty sure it
 4    was.
 5        Q.    And tell me what occurred on
 6    that visit.
 7        A.    He -- I went in and he's got a
 8    little room in the back that -- where he
 9    does his little procedures.  I went back
10    there, and the nurse was there and he took
11    the stents out.  They were fairly long.
12    Pretty long stents.  I mean, they were.
13        Q.    About how long?
14        A.    I'm thinking they looked like
15    they were that -- they were long.  They
16    were very long.  About this long probably
17    (indicating).
18        Q.    And when you say this long,
19    you've got your hands showing me would you
20    say you're estimating about around two
21    feet?
22        A.    They were.  They were long.
23    Bigger than I thought they would be.
```

Page 75

```
 1        Q.    All right.  So he removed the
 2    stents; is that correct?
 3        A.    Both of them.
 4        Q.    All right.  And then what
 5    happened?
 6        A.    He told me that if I had any
 7    pain, it would happen within twenty minutes
 8    of taking them out.  And he said, You are
 9    going to feel like -- it's going to be
10    excruciating.  He said, You'll know.  He
11    said, If you have that, it will be like the
12    kind of pain you have with kidney stones,
13    which I've never had.  But he said, Get to
14    the emergency room.  So that's what he told
15    me.
16        Q.    So he said if you felt this
17    excruciating pain, to come to the emergency
18    room?
19        A.    Yes.  He said, Don't even come
20    to the office.  Go straight to the
21    emergency room.
22        Q.    All right.  And at that time
23    did he communicate anything to you about
```

Page 76

```
 1    the results of the procedure he had done?
 2        A.    No.  I can't remember if he did
 3    or not.  I was just glad to get the stents
 4    out.  I don't know if he did.  It seems
 5    like he did.  I do remember -- I remember
 6    while I was in the hospital he did tell me,
 7    but I was in so much pain.  I can't
 8    remember if he told me.  I was just glad to
 9    get them out.  But I think he did.  I can't
10    say for certain.
11        Q.    All right.  Once the stents
12    were removed --
13        A.    Yes.
14        Q.    -- did you subsequently
15    experience some excruciating pain?
16        A.    About halfway home.
17        Q.    All right.
18        A.    About ten minutes down the
19    road.
20        Q.    How far is it from your house
21    to the hospital?
22        A.    I'd say twenty minutes.
23        Q.    All right.  And so when you
```

Page 77

```
 1    were halfway home?
 2        A.    Uh-huh.
 3        Q.    About ten minutes?
 4        A.    It was around about ten, ten or
 5    fifteen minutes.
 6        Q.    All right.  You felt that pain?
 7        A.    I felt something uncomfortable
 8    and it felt weird, but the longer it
 9    lasted, the more pain it was.  I mean, it
10    was just getting more severe.
11        Q.    So what did you do?
12        A.    I told Patty, I said, Patty, I
13    don't know what's going on, but there's
14    something going on in the lower part of my
15    stomach and it doesn't feel right.  I said,
16    I think you need to go ahead and turn
17    around.  So we turned around, and by the
18    time we got to the emergency room, it was
19    severe.  It was bad.  Because I was -- I
20    was crying and I couldn't even walk hardly.
21        Q.    When you said it was severe,
22    you're referring to your pain?
23        A.    Yes.  The pain was very severe.
```

Page 78

1    Q.    All right. And so then you
2  went into the emergency room?
3    A.    Yes. I was -- I went in and
4  Patty stayed with me --
5    Q.    Okay.
6    A.    -- until my husband got there.
7    Q.    And what happened then?
8    A.    They called Dr. Bauer's office
9  and told him that I was over there. And
10 they admitted me. And I was admitted to
11 the hospital, and he told them what to give
12 me, I guess. They didn't give me anything,
13 though, until I got up to the floor. But
14 they took me in then.
15    Q.    When they gave you something,
16 was it pain medication?
17    A.    It was. I think it was --
18 yeah. I'm pretty sure it was.
19    Q.    What do you --
20    A.    I think it might have been
21 morphine, but I can't tell you for sure.
22 But I think it was.
23    Q.    And do you remember seeing

Page 79

1  Dr. Bauer then?
2    A.    Yes. He came in to see me that
3  afternoon.
4    Q.    All right. And what took place
5  then?
6    A.    He just said that, you know, my
7  -- what -- what he hoped wouldn't happen
8  happened.
9    Q.    Which was what?
10    A.    About the pain that I had from
11 the stents being removed.
12    Q.    All right. And how long did
13 you stay in the hospital?
14    A.    On that occasion five days.
15    Q.    And was that because of the
16 pain you were experiencing?
17    A.    It was the pain, but it was
18 also because I could not go to the -- I
19 could not urinate at all. My kidneys shut
20 down completely.
21    Q.    And what treatment were you
22 being provided during these five days?
23    A.    All right. They would come in

Page 80

1  and catheterize me. That helped some with
2  the pain, but I was having bladder spasms,
3  severe bladder spasms. They'd give me
4  shots for pain to help alleviate that pain.
5  I think that might have been the morphine
6  they were giving me for the pain. I was --
7  it seemed like they did a -- I want to say
8  they did some kind of Lidocaine or some
9  kind of something other to numb me up in my
10 bladder. I remember them putting some kind
11 of solution. And that helped, too. That
12 helped with the pain.
13    Q.    So you were having pain and you
14 were experiencing --
15    A.    I could not go to the bathroom.
16 I couldn't urinate.
17    Q.    So you had the pain. You
18 couldn't urinate?
19    A.    Uh-huh.
20    Q.    And you were experiencing
21 bladder spasms?
22    A.    Yes. The bladder spasms were
23 worse than having labor pains.

Page 81

1    Q.    And were there any other
2  symptoms that you were experiencing?
3    A.    Just some nausea from the pain.
4  I was sick at my stomach. And I remember
5  that happening because the pain was so bad.
6    Q.    And did this pain and the
7  issues you were facing relieve themselves
8  before you were discharged from the
9  hospital?
10    A.    The bladder spasms were better.
11 The -- I had to learn how to -- he told me
12 that was like -- he told me, he said,
13 Ms. Loftin, you're better. Like on about
14 the fourth day he came in and told me I was
15 better. He's says, but I'm keeping you
16 here because you're having to be
17 catheterized to go to the bathroom. And I
18 looked at him and I -- my son was home on
19 leave at the time, and he was fixing to go
20 overseas for a year. And I said, Well, is
21 there any way I can learn how to do this
22 myself. I said, I really want to go home
23 and spend a few days with him before he

Esquire Depositions Services, LLC          1 800 221-3376

Page 82

1    goes overseas. So he said yes. So I
2    stayed up all night awake with the nurses,
3    them training me and teaching me how to
4    catheterize myself so that I could go home
5    and be with my son a few days before he
6    left.
7        Q.    And so you learned how to do
8    your catheterization?
9        A.    Yes. It was hard, but I
10   learned.
11       Q.    All right. And you were
12   discharged from the hospital?
13       A.    Uh-huh.
14       Q.    Is that correct?
15       A.    That's correct.
16       Q.    All right. And your son was in
17   the Air Force?
18       A.    Yes. He was home, and he was
19   fixing to leave.
20       Q.    And he was going overseas to
21   where?
22       A.    South Korea.
23       Q.    And he was going to be there

Page 83

1    for a year?
2        A.    Let's see. It was in July.
3    Yes.
4        Q.    So was he -- has he come back
5    from South Korea?
6        A.    Yeah. He's in the States now.
7        Q.    And he's in South Carolina?
8        A.    Yes. Sumter.
9        Q.    Okay. And so when you went
10   home, were you able to perform your self
11   catheterization?
12       A.    Yes, I did.
13       Q.    All right. And did you have
14   any other problems other than the
15   difficulty of urniation?
16       A.    Yes, I did. I had bladder
17   spasms --
18       Q.    All right.
19       A.    -- that were still going on
20   pretty -- I had them a good bit during the
21   day. I would say maybe four or five a day
22   I'd have. But I was taking the Vicodin.
23   Even then I was taking Vicodin.

Page 84

1        Q.    When did the bladder spasms
2    relieve themselves?
3        A.    I can't remember. Let's see.
4        Q.    Do you remember about how long
5    a period of time you went through when you
6    had these bladder spasms?
7        A.    It was -- it was more than a
8    week or so. I mean, they gradually got
9    better, but I had them for a while. I just
10   can't remember how long I had them.
11       Q.    Ball park figure, a week or two
12   after you came home from the hospital?
13       A.    Probably at least a month.
14       Q.    Okay. All right. And how long
15   was it that you had to continue self
16   catheterization?
17       A.    One month at home before it got
18   to where I could stop it.
19       Q.    All right.
20       A.    I charted everything as far as,
21   you know, I had to let them know if I was
22   going enough and the amount.
23       Q.    Took a chart of what you were

Page 85

1    drinking and eating?
2        A.    Input, output, yes.
3        Q.    And you provided that to
4    Dr. Bauer?
5        A.    Yes, I did.
6        Q.    All right. And so after about
7    a month after you had the stents removed,
8    did your problems all relieve themselves?
9        A.    Not all of them, but it got
10   better.
11       Q.    Okay.
12       A.    Better.
13       Q.    What problems did you continue
14   to have after that?
15       A.    I was not -- my energy level,
16   it took a lot out of me as far as being
17   able to get up and go outside and walk,
18   that kind of thing, of being able to just
19   have my normal, you know, like everyday
20   feeling, you know, like my health was
21   before. It just took a little bit, a while
22   before I bounced back.
23       Q.    Now, in August of 2005, you

Page 86

1  started your job as a teacher assistant at
2  the elementary school; is that correct?
3      A.   That's correct.
4      Q.   Were these issues still present
5  when you started your job as a teacher's
6  assistant?
7      A.   I got better.  Thank the Lord,
8  I got better two weeks before the
9  interview.  That's when I was able to get
10 up and start walking outside and doing
11 things.
12     Q.   Two weeks before your interview
13 for your job as a teacher's assistant, you
14 got better?
15     A.   Yes.
16     Q.   Okay.  And so when you went for
17 your interview, you were okay?
18     A.   I was doing much better.  I
19 wouldn't say I was a hundred percent, but I
20 was doing so much better that, you know, I
21 was feeling pretty good when I went.  But
22 not a hundred percent.
23     Q.   All right.  And how long before

Page 87

1  you started your teaching position did you
2  go for that interview?
3      A.   Oh, that was -- the interview
4  was on a Friday.  Anyway, it was one week.
5  One week.
6      Q.   One week?
7      A.   Yes.
8      Q.   All right.  So you had the
9  interview, and then a week later you
10 started your teaching assistant position?
11     A.   Uh-huh.  That's correct.
12     Q.   Okay.
13     A.   I'm sorry.
14     Q.   And were you a hundred percent
15 by the time you started teaching?
16     A.   Not exactly, but I was able to
17 work.  I mean, it was -- I'm not going to
18 say I felt great right when school started,
19 but I was well enough to go back to work.
20     Q.   How long was it until you felt
21 great?
22     A.   Probably about a month or two
23 into the school year.  That's when I really

Page 88

1  felt like everything was coming back like
2  should be.
3      Q.   Have you had any problems since
4  with your bladder?
5      A.   Yes.
6      Q.   What problems have you
7  experienced with your bladder?
8      A.   I've had to go get I think -- I
9  don't know if it's two or three bladder
10 washes.  I went -- I can't remember the
11 last time, but I went last year before
12 school was out.
13     Q.   And when you go to get a
14 bladder wash, why are you doing that?
15     A.   To -- what it does is helps
16 with my pain that I'm having in my bladder.
17     Q.   Okay.  I guess my question was
18 you were experiencing pain in your bladder,
19 correct?
20     A.   Uh-huh.
21     Q.   And you called the doctor and
22 he would schedule you for the bladder wash?
23     A.   That's correct.

Page 89

1      Q.   And then that would relieve the
2  pain that you were experiencing in your
3  bladder?
4      A.   It would help a lot.  Yes.
5      Q.   And have you had that type of
6  bladder problem most of your adult life?
7      A.   When you say pain like that,
8  not -- no.  Not most of the adult life.
9      Q.   How long have you experienced
10 those type of bladder problems?
11     A.   I would say -- this kind of
12 bladder pain that I've had, that I'm
13 experiencing that comes now, probably I
14 would say about the last year or so.
15     Q.   Okay.
16     A.   Maybe two.  I had problems with
17 my bladder in Georgia, but it's -- it's a
18 different kind of problem now than it was
19 in Georgia.
20     Q.   Would it be fair to say you had
21 similar problems with your bladder before,
22 but it's a little bit different, the pain
23 you're experiencing?

Page 90

1    A.    Yes.  It's a different kind of
2  pain.
3    Q.    Okay.  I mean, you had problems
4  with your bladder before you were
5  experiencing pain as well?
6    A.    Uh-huh.
7    Q.    Is that correct?
8    A.    That's correct.  I'm sorry.
9    Q.    What other problems have you
10  had since let's say August of 2005 with
11  your bladder, if any?
12    A.    Just the pain and the bloating.
13  You know, sometimes I have bloating.
14    Q.    And have you had any problems
15  with your kidney since August of 2005?
16    A.    No.  No.
17    Q.    Okay.  Have you had any
18  problems with burning during urination --
19    A.    Some.
20    Q.    -- since 2005?
21    A.    I think I have at least once
22  with the burning.
23    Q.    Is that any different than what

Page 91

1  you were experiencing when you were in
2  Georgia, for example?
3    A.    Probably.  It's probably the
4  same type of pain with the burning type,
5  yes.  Probably the same.
6    Q.    Have you seen any physicians
7  between August of 2005 and today other than
8  Dr. Bauer and Dr. Mockler and the other
9  doctors who might be at her practice?
10    A.    That one doctor.
11    Q.    The snoring doctor?
12    A.    Yeah.
13    Q.    Okay.
14    A.    Yeah.
15    Q.    I don't guess he'd like us
16  calling him the snoring doctor.  But
17  Dr. McCloud?
18    A.    Yeah.  He's the snoring doctor.
19    Q.    Okay.  Anyone else?
20    A.    No.
21    Q.    Okay.  Did Dr. Bauer ever
22  discuss with you why any of the results
23  came back abnormal?

Page 92

1    A.    No.  He didn't tell me why they
2  came back.  He just said they came back
3  abnormal.
4    Q.    But he didn't give you any --
5  at the -- when you found out, I guess you
6  said you remember in the hospital maybe or
7  possibly before you went in the hospital
8  when the stents were removed, you found out
9  that the most recent procedures were not
10  abnormal, correct?
11    A.    I found out while I was in the
12  hospital.
13    Q.    While you were in the hospital?
14    A.    That's correct.  Because that's
15  -- if I'm not mistaken, like I said, I was
16  in a lot of pain.  He told us that while I
17  was in the hospital.
18    Q.    All right.  And when he told
19  you that, did you or your husband ask,
20  Well, why were the others abnormal and this
21  one normal?
22    A.    Can you repeat that again?
23    Q.    Well, when Dr. Bauer told you

Page 93

1  -- let me start over.  When you were in the
2  hospital because of the pain from the
3  removal of the kidney stents --
4    A.    Uh-huh.
5    Q.    -- Dr. Bauer communicated to
6  you that the most recent procedures had
7  come back normal; is that correct?
8    A.    He sure did.  He told us that,
9  yeah.
10    Q.    And did he tell you that
11  cleared you from having cancer?
12    A.    Yes, he did.
13    Q.    All right.  And did you or your
14  husband say, Well, why were the other ones
15  abnormal and this one came back normal?
16    A.    Yes, we did.  We questioned
17  that.
18    Q.    Tell me what you said in that
19  regard.
20    A.    What I said?
21    Q.    Right.
22    A.    I just wanted to know why, you
23  know, three tests came back abnormal three

Page 94

1  times. And then he sends it to another lab
2  and it came back out of both kidneys it was
3  okay, that it was normal, the test was.
4  And I just -- I was asking him why. How
5  could that happen?
6    Q.  And what did he say?
7    A.  He couldn't give me an
8  explanation. I mean, he didn't know.
9    Q.  All right. When you said three
10 tests, are you talking -- do you know which
11 particular tests, what the name of the
12 tests are that you're referring to?
13   A.  I just know I had three tests
14 that were abnormal. I don't know what -- I
15 don't know. See, I'm not one that knows
16 the medical terms. I just know that it was
17 three tests.
18   Q.  All right. And did your
19 husband ever have any discussions with
20 Dr. Bauer about why some tests came back
21 with an abnormal profile and some didn't?
22   A.  He did, but I don't -- I wasn't
23 present.

Page 95

1    Q.  All right. Has your husband
2  had any medical conditions? Well, let me
3  ask you this. Did your husband have some
4  heart problems at some point in time?
5    A.  Yes, he did.
6    Q.  And when was that?
7    A.  He had a heart attack in
8  November of 2005.
9    Q.  All right. And so he had an
10 actual heart attack?
11   A.  He had a heart attack in 2005.
12   Q.  And where was he treated for
13 that?
14   A.  Russell.
15   Q.  Okay. And has he recovered
16 from that?
17   A.  Yes.
18   Q.  Was he undergoing any type of
19 medical issues during the summer of 2005
20 when all of these procedures were going on?
21   A.  No.
22   Q.  Okay. Have you had any other
3  illnesses, diseases of any type since

Page 96

1  August of 2005?
2    A.  No.
3    Q.  You've told me about the
4  bladder issues. Anything else?
5    A.  Other than just sinus. Like a
6  cold. I'd go to Dr. Mockler. You know how
7  you get the congestion. That's all.
8    Q.  Okay. What are you contending
9  that the defendants did wrong?
10   A.  I just -- I'm curious. I mean,
11 I want to know why the tests came back not
12 just once or twice but three times with
13 abnormal readings.
14   Q.  How are you claiming that
15 you've been injured in this case or hurt or
16 damaged?
17   A.  I went through three biopsies,
18 which I was cut. And I don't -- I really
19 don't like having to be cut on at all
20 because it causes scar tissue for one
21 thing. And, also, the pain was -- my whole
22 summer from May until right before school
23 started, I was in the bed. I could not --

Page 97

1  I did not come out of that camper. I was
2  in the bed. And I was in excruciating pain
3  to the point of where I cried a lot. And
4  it was just -- it's hard to explain. It
5  was just a horrible time being told that
6  you've got cancer and having to pass that
7  information on to your mother and your son
8  and your husband. It was just not a -- it
9  was not a fun time at all. It was just --
10 it was a part of my life I'd like to forget
11 about.
12   Q.  Were you actually told you had
13 cancer?
14   A.  He said that there was a great
15 possibility.
16   Q.  Who said that?
17   A.  Well, he was just saying that
18 the tests came --
19     MR. TREADWELL: He didn't say
20       what. He said who said
21       that.
22   A.  Who said that?
23   Q.  Yes.

Esquire Depositions Services, LLC              1 800 221-3376

Page 98

1        MR. TREADWELL:  Who said that?
2        A.    Dr. Bauer said there was a
3    possibility.
4        Q.    All right.  And when did he
5    tell you that?
6        A.    Because that was in the office
7    when he told me that he had to, you know --
8        Q.    Do further tests?
9        A.    Uh-huh.  He said there was a
10    possibility.
11        Q.    That you could have cancer?
12        A.    And he was concerned because
13    the tests kept coming back and he couldn't
14    ignore the tests.
15        MR. LUCAS:  All right.  Let's
16        take a break for a minute.
17        (Brief recess)
18        Q.    Ms. Loftin, when you went to
19    have the stents removed, was that at a time
20    when that procedure had been regularly
21    scheduled?
22        A.    Yes, it was.  It was a
23    scheduled office visit.

Page 99

1        Q.    So it wasn't that you were
2    asking to have them removed early or
3    anything of that nature?
4        A.    Dr. Bauer informed me I'd have
5    to have them in for a week and then be back
6    in there exactly a week later.
7        Q.    To get them removed?
8        A.    Uh-huh.
9        Q.    All right.  Are you familiar
10    with a procedure called Rimso, R-I-M-S-O,
11    procedure?
12        A.    Yes, I am.
13        Q.    Do you know what that's for?
14        A.    It's a bladder wash.
15        Q.    All right.  Do you have any
16    documents to produce in this case or have
17    you produced your documents to your
18    attorney?
19        A.    Mr. Treadwell has everything.
20        Q.    Okay.  What does Chris Loftin
21    know about your case, if anything?
22        A.    He was home and saw me in pain
23    through some of it, through the -- when I

Page 100

1    came home from the hospital and had the
2    bladder spasms, he was there.
3        Q.    And how many days was he there?
4        A.    I'm trying to remember when he
5    went out.  Let's see.  He had to leave like
6    the first or second week of July.  He had
7    to leave to go overseas.  And I remember I
8    was in the hospital on his birthday.  So it
9    wasn't that long.  His birthday was June
10    25th.  So it was just, you know, maybe a
11    week or so.  Maybe a week and a half there.
12        Q.    All right.  Were you living in
13    a camper?
14        A.    Yes.
15        Q.    Or in a house at that time?
16        A.    The camper.
17        Q.    Still in the camper?
18        A.    Uh-huh.
19        Q.    All right.  Did he ever go to
20    the doctor with you?
21        A.    No, sir.
22        Q.    And your husband, the only time
23    he went to the doctor with you was on that

Page 101

1    one occasion?
2        A.    That I remember.
3        Q.    Okay.  Did he come visit you
4    while you were in the hospital for a week?
5        A.    My husband?
6        Q.    Right.
7        A.    My husband, yes.
8        Q.    How often did he come visit
9    you?
10        A.    Every day.
11        Q.    All right.
12        A.    My son also visited me, too.
13        Q.    In the hospital?
14        A.    Yes, sir.
15        Q.    All right.  Did they talk with
16    Dr. Bauer when they visited you?
17        A.    My husband did.
18        Q.    Okay.  Did your husband ever
19    communicate to you anything that Dr. Bauer
20    told him about your condition or these
21    tests or anything of that nature?
22        A.    He talked to me about what he
23    -- you know, why he was asking -- well,

26  (Pages 98 to 101)



Page 102

1    yeah. He talked to me some. But to tell
2    you the truth, I can't remember word for
3    word because I was on a lot of medication.
4    I was taking morphine.
5        Q.    Do you remember anything?
6        A.    I wouldn't want to say because
7    I was so out of it.
8            MR. LUCAS: All right. That's
9                all the questions I have at
10               this time. Thank you.
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 103

1            CERTIFICATE
2
3    STATE OF ALABAMA
4    ELMORE COUNTY
5
6            I hereby certify that the above
7    and foregoing deposition was taken down by
8    me in stenotype and the questions and
9    answers thereto were transcribed by means
10   of computer-aided transcription, and that
11   the foregoing represents a true and correct
12   transcript of the testimony given by said
13   witness upon said hearing.
14           I further certify that I am
15   neither of counsel, nor of kin to the
16   parties to the action, nor am I in anywise
17   interested in the result of said cause.
18
19
20    _____
21    VIRGINIA DENESE BARRETT
22    MY COMMISSION EXPIRES 5/23/11
23

## A

**abdomen** 35:19,21
36:17 37:2 45:5
52:21
**abdominal** 53:6
**able** 45:2 63:17
83:10 85:17,18
86:9 87:16
**abnormal** 54:18
55:20 56:18 59:2
62:7 63:3,20
67:23 68:10 73:1
91:23 92:3,10,20
93:15,23 94:14,21
96:13
**acid** 42:5,7
**action** 1:4 2:4 5:4
103:16
**actual** 48:16 95:10
**address** 8:3,12
20:22
**adhesions** 44:8
**admitted** 78:10,10
**adult** 42:1 89:6,8
**adverse** 41:4,12,17
41:21 71:12
**advised** 1:21
**AEA** 29:12
**affirmed** 6:3
**afternoon** 79:3
**age** 19:15 28:21
**ages** 19:13
**ago** 15:12 24:22
38:22 39:2
**agree** 40:6,7
**AGREED** 2:13,22
3:6,14
**ahead** 65:10 77:16
**Aid** 33:9,12
**Air** 19:15,16 82:17
**Alabama** 1:2,14
2:2,19 5:2,16,20
7:1,17,20 8:2,15
20:15,23 23:13,20
26:19,23 28:3
103:3
**Alexander** 51:12

**alleviate** 80:4
**Amended** 1:15
**amount** 53:21
84:22
**analysis** 49:11
**Anderson** 6:18
11:13 12:2,3 13:5
21:17
**anestehsia** 67:20
**anesthesia** 60:10
69:5
**answer** 43:15 46:16
**answers** 103:9
**anti-depressant**
37:12
**anybody** 44:6
**Anyway** 87:4
**anywise** 103:16
**apart** 56:5
**appearing** 5:16,21
**applied** 26:17,20
26:23 27:2
**appointment** 61:7
61:8
**April** 34:20 37:23
38:15 39:23
**arm** 42:23 43:1
**arrested** 30:8,13,14
30:22 31:3,4
**asking** 43:19 94:4
99:2 101:23
**assign** 3:9
**assist** 25:6,7
**assistant** 22:4,7
24:20 25:17 26:7
26:11,18 28:4,12
28:18,22 86:1,6
86:13 87:10
**associated** 37:8
45:7
**Association** 50:1
**assume** 68:17
**attached** 33:19
**attack** 95:7,10,11
**attorney** 99:18
**attribute** 42:19
**August** 1:19 2:20
26:3 27:3,9,10,10

27:13,14,17 85:23
90:10,15 91:7
96:1
**awake** 82:2

## B

**B** 33:2
**back** 11:19,22
15:13 36:6 54:1,4
54:14,18 55:16
59:2 61:9,18,23
62:7 63:14,21
66:10 68:4,12,16
69:11 71:1,21
73:23 74:8,9 83:4
85:22 87:19 88:1
91:23 92:2,2 93:7
93:15,23 94:2,20
96:11 98:13 99:5
**bad** 77:19 81:5
**bag** 65:5
**Ball** 84:11
**bankruptcy** 31:6,9
**Barrett** 1:16 2:17
5:13 103:21
**Base** 19:16
**bathroom** 35:3,23
36:4 80:15 81:17
**Bauer** 31:15,23
34:5 35:11 43:14
49:6 52:10,14
53:2,4,13 55:3
56:17 58:12 62:1
63:23 64:13,21
67:3 68:6 69:11
70:12 74:1 79:1
85:4 91:8,21
92:23 93:5 94:20
98:2 99:4 101:16
101:19
**Bauer's** 56:10
61:19 73:12 78:8
**bed** 96:23 97:2
**begging** 70:3
**beginning** 26:1
**behalf** 5:17,21
**believe** 68:17
**bell** 50:19 51:4

**benefits** 29:2,3
**best** 44:3 46:19
67:19 72:10
**better** 81:10,13,15
84:9 85:10,12
86:7,8,14,18,20
**Bigger** 74:23
**bills** 4:6 32:22 33:9
33:12,23
**biopsies** 63:18
96:17
**biopsy** 60:2 62:13
**Birmingham** 5:20
**birth** 6:11,17
**birthday** 100:8,9
**bit** 52:4 83:20
85:21 89:22
**bladder** 34:15
35:15 43:13,20,23
44:16,19,22 45:8
46:8,11 54:11
60:3 63:14 80:2,3
80:10,21,22 81:10
83:16 84:1,6 88:4
88:7,9,14,16,18
88:22 89:3,6,10
89:12,17,21 90:4
90:11 96:4 99:14
100:2
**blank** 15:3
**bleeding** 45:21 46:4
**bloating** 90:12,13
**blood** 45:10 53:6
53:20,21 66:23
**body** 44:13
**book** 35:7,9
**Bostwick** 48:18
**Boswick** 47:4
**bought** 8:22
**bounced** 85:22
**break** 42:23 43:1
98:16
**breathing** 51:18
**Brief** 73:17 98:17
**Bristol** 49:23
**brother-in-law**
20:20
**building** 8:21 9:2

**built** 9:13
**bunch** 44:11
**burning** 36:9,10
37:7 44:23 52:18
90:18,22 91:4
**BURR** 5:18
**Burson** 50:19
**buy** 32:20

## C

**called** 46:23 47:3,7
61:6 64:17 78:8
88:21 99:10
**calling** 70:1,12
91:16
**calm** 60:18,23 68:9
**camper** 8:20 9:16
9:18,23 97:1
100:13,16,17
**cancer** 54:23 55:21
57:8,16,17 58:18
58:20 59:5 63:7,8
63:15 64:4,8
93:11 97:6,13
98:11
**care** 49:18 51:5,7
**Carolina** 6:18 7:14
12:10,13 13:17
19:17 83:7
**case** 21:2,3 31:22
48:11 96:15 99:16
99:21
**catheterization**
82:8 83:11 84:16
**catheterize** 80:1
82:4
**catheterized** 81:17
**cause** 34:13 41:17
103:17
**caused** 43:1,5
**causes** 43:3 96:20
**Center** 58:1
**certain** 19:5 28:21
31:22,23 41:10
51:8 76:10
**certainly** 45:9
**CERTIFICATE**
103:1

certified 21:23
certify 103:6,14
chart 84:23
charted 84:20
check 57:18 59:4
checkups 34:12
chest 42:4
chief 53:5
child 19:21 25:13
28:20
children 19:10,18
19:19 20:12,13
Chris 20:9 99:20
Christopher 19:14
19:20
circumstances 21:2
City 51:12
Civil 1:4,14 2:4 5:4
claiming 96:14
claims 33:13
class 25:18
classes 21:22
classroom 25:8
classrooms 22:5
cleared 93:11
clock 70:19
close 16:6
club 29:9,16,17
cold 38:6,9 39:18
96:6
college 22:12
Columbus 2:19
5:15
come 26:14 32:17
34:22 57:1 61:8
61:23 66:10 68:11
69:11 71:21 75:17
75:19 79:23 83:4
93:7 97:1 101:3,8
comes 89:13
Comfort 57:3
comfortable 70:11
coming 88:1 98:13
COMMISSION
103:22
Commissioner 2:17
3:15 5:13
communicate

75:23 101:19
communicated
58:22 63:22,23
93:5
communication
47:3,7,15
company 46:23
47:3,7 48:3
complained 21:3
complaining 53:10
complaint 20:4
53:5
complaints 34:12
34:14 53:14
complete 9:15
completed 9:11
12:2
completely 79:20
compliance 3:2
computer-aided
103:10
concerned 53:20
98:12
concerns 20:5
condition 42:17
101:20
conditions 95:2
conduct 60:12
conducted 58:1
congestion 96:7
consistent 27:18
constantly 36:3
contact 46:23 47:2
47:6,14
contending 96:8
continue 84:15
85:13
continued 39:13
contractors 9:6
convenient 66:8
convicted 30:5
correct 10:1,2,13
10:14,15 12:15
13:21 14:3,4
19:22 20:10,12
21:15 22:19 23:5
25:18,19 26:4
27:1,3,4,6 28:22

28:23 32:2,7 34:2
34:3,21 35:12,15
38:23 39:14 41:8
44:16 45:17 46:21
47:12 48:20 49:8
49:9,14,21 50:6
52:22,23 53:2,3
53:11 55:5,6,18
55:21,22 56:1,2
57:16,22 58:2,21
61:12,21,22 62:20
63:5 64:1,2,6,11
65:9,17 66:20
69:7,8 73:14 74:2
75:2 82:14,15
86:2,3 87:11
88:19,23 90:7,8
92:10,14 93:7
103:11
correctly 68:14
Couch 49:23
counsel 2:15 3:8
103:15
count 15:13
county 10:7,23
11:1 23:1,3,4,7
28:8,9 103:4
course 41:9
Court 1:1,22,23 2:1
3:3 5:1
covered 31:17
Cowetta 10:7 28:8
28:10,13
created 49:11
cried 55:1 56:1
97:3
crime 30:6,21
crying 38:2 68:1
77:20
curious 96:10
currently 7:23 14:9
20:15 23:23 24:2
24:13 29:8 37:11
52:12
cut 96:18,19
cuts 24:10
C-O-W-E-T-T-A
28:10

| | D | |
|---|---|---|
Dadeville 2:19 5:16
20:22,23 24:18,20
26:8,19 29:1
Daine 8:4
damaged 96:16
date 6:11 14:19
15:15 36:8 40:4
dated 37:22
dates 27:22
day 1:19 2:20 27:15
56:10 60:2 65:2
71:23 81:14 83:21
83:21 101:10
days 27:23 58:6
79:14,22 81:23
82:5 100:3
deal 25:12
Debra 1:5,12 2:5
2:16 5:5 6:1,10
deceased 19:2
December 7:21
8:13 10:10,12
23:11,13 26:6
Defendant 5:21
defendants 1:10
2:10 5:10 96:9
Defendant's 4:5
33:16,17,22
degree 11:19,20
delivering 1:17
Denese 1:16 2:17
5:13 103:21
deposition 1:12
2:15,23 3:1,11,15
30:3 103:7
depositions 3:4
depression 39:3,5
40:20
derail 44:5
describe 44:21
determine 64:3,10
diarrhea 45:19
46:5
die 19:4
differences 15:19
different 27:22

71:10 89:18,22
90:1,23
difficulty 41:10
52:2 83:15
diploma 11:20
disagree 40:3
discharged 81:8
82:12
discomfort 35:21
36:17 37:1 52:21
discontinue 38:9
discuss 21:9 91:22
discussions 94:19
diseases 95:23
distinguish 43:23
DISTRICT 1:1,2
2:1,2 5:1,2
DIVISION 1:3 2:3
5:3
divorce 15:22,23
17:6,8 18:16
doctor 39:4,6,9
47:19 48:12 50:9
51:1 72:16 88:21
91:10,11,16,18
100:20,23
doctors 91:9
documentation
48:17
documents 99:16
99:17
doing 24:3,9 28:14
40:2 86:10,18,20
88:14
dollar 32:16
dollars 33:6
Dr 31:15,23 34:5
34:16 35:6,10,11
35:14 37:22 38:7
38:14,17,19 39:22
43:14 49:6,23,23
50:4,18,19 51:3
51:12,15 52:6,10
52:14,14,17 53:2
53:4,13,18 55:3
56:10,17 58:12
61:19 62:1 63:23
64:13,21 67:3

68:6 69:11 70:12
73:12 74:1 78:8
79:1 85:4 91:8,8
91:17,21 92:23
93:5 94:20 96:6
98:2 99:4 101:16
101:19
**drinking** 85:1
**drive** 8:4 72:9,10
73:8,9
**driven** 56:9
**driver's** 7:2
**drop** 18:9,12
**drove** 56:12,12
72:10 73:2,12
**drugs** 30:22,23
31:12
**due** 36:9
**duly** 6:3
**D-A-I-N-E** 8:4

—————————
**E**
—————————
**earlier** 27:11,12
62:14
**early** 27:10 42:15
44:20 45:15,16,23
99:2
**EASTERN** 1:3 2:3
5:3
**easy** 41:18,19
**eating** 85:1
**ed** 25:15,17
**education** 21:17
22:8,17
**effect** 3:2
**effective** 1:15
**elapsed** 67:7
**electrical** 24:7
**elementary** 24:18
24:20 26:8,19
27:9 29:2 86:2
**ELMORE** 103:4
**emergency** 75:14
75:17,21 77:18
78:2
**emotional** 55:23
**emotionally** 38:2
40:2

**employed** 22:21
24:13,17
**employee** 47:23
48:4
**employers** 22:8
**encompass** 42:1
**energy** 85:15
**estimating** 74:20
**Estoterix** 1:9 2:9
5:9 48:3,4
**event** 42:18,23 43:4
**events** 44:1
**everyday** 85:19
**evidence** 3:11
**exactly** 8:17,18
52:8 61:17 68:14
87:16 99:6
**EXAMINATION**
4:2 6:6
**example** 26:15
42:22 47:23 91:2
**excruciating** 69:23
71:1 75:10,17
76:15 97:2
**excrutiating** 69:22
**Exhibit** 4:4 33:16
33:17,22
**exhibits** 1:20 4:5
**expense** 32:13,15
**expenses** 33:23
**experience** 43:8,11
76:15
**experienced** 41:11
42:3,13 45:10
88:7 89:9
**experiencing** 42:17
79:16 80:14,20
81:2 88:18 89:2
89:13,23 90:5
91:1
**EXPIRES** 103:22
**explain** 97:4
**explanation** 94:8
**extra** 25:9

—————————
**F**
—————————
**face** 54:22
**facing** 81:7

**fact** 36:9 67:22
**fair** 49:1,2 89:20
**fairly** 74:11
**fall** 42:23
**familiar** 25:2 99:9
**family** 39:10,12,23
**far** 32:18 76:20
84:20 85:16
**Fayette** 10:23 11:1
**Fayetteville** 10:21
10:22
**feel** 75:9 77:15
**feeling** 85:20 86:21
**feet** 74:21
**fell** 56:5
**felt** 75:16 77:6,7,8
87:18,20 88:1
**fifteen** 77:5
**figure** 13:13 68:7
84:11
**filed** 1:23 29:19
31:5,8
**filing** 3:14
**find** 55:16 69:11
70:10
**finding** 41:15
**finished** 13:4,7
**Finnerty** 50:18
**first** 6:2 26:6,22
27:15 34:19 52:16
55:7 62:23 63:20
72:23 100:6
**fish** 23:15 47:11
48:7,10,12,17
49:5,10,11
**five** 15:13 16:1,4,5
16:8,20,22 37:19
38:22 79:14,22
83:21
**fixing** 81:19 82:19
**floor** 78:13
**follow** 58:13
**follows** 6:5
**follow-up** 34:11
69:10,14,16,18,21
**foot** 9:18
**force** 3:2 19:16,16
82:17

**foregoing** 103:7,11
**forget** 97:10
**forgetting** 17:2
**forgot** 29:13
**form** 3:7
**FORMAN** 5:18
**found** 92:5,8,11
**Fountain** 1:8 2:8
5:8 47:8
**four** 70:22 71:2
83:21
**fourth** 81:14
**frequency** 36:2,11
36:13 37:5 52:20
**frequent** 42:9
**frequently** 36:14
**Friday** 74:3 87:4
**friend** 72:9,10 73:7
73:10
**full** 3:2 6:9
**full-time** 24:11
**Fulton** 23:1,3,4,7
**fun** 97:9
**further** 2:21 3:5,13
57:7,10,13 58:15
58:19 59:3 63:13
64:1 98:8 103:14
**F-I-N-N-E-R-T-Y**
50:22

—————————
**G**
—————————
**gall** 46:7,11
**Gap** 8:1,12,16,23
9:22
**GED** 11:21 12:10
13:22 21:18
**general** 39:9,10
44:2
**Georgia** 7:16,20
8:15 9:23 10:3,5,6
10:9,20,22 11:1
12:11,20 13:2,8
13:20,23 14:1
23:4,7,12 28:3
50:5,7,20 89:17
89:19 91:2
**getting** 66:18 77:10
**GI** 44:15

**give** 25:6,10 32:16
46:16,20 51:22
78:11,12 80:3
92:4 94:7
**given** 30:2 103:12
**giving** 80:6
**glad** 76:3,8
**Glenn** 15:5
**go** 11:10 32:20
34:13 35:20 36:3
38:4,5 43:13 45:2
49:20 54:1,13
56:22 59:3,17
61:10 62:10 63:12
64:16,18,20 65:10
66:9,14 67:13
69:15 71:15 75:20
77:16 79:18 80:15
81:17,19,22 82:4
85:17 87:2,19
88:8,13 96:6
100:7,19
**God** 68:11
**goes** 82:1
**going** 14:5 21:8,22
35:2,22,23 36:14
44:10 53:15 54:11
59:22 61:2 64:23
65:13 69:10 75:9
75:9 77:13,14
82:20,23 83:19
84:22 87:17 95:20
**good** 46:16 83:20
86:21
**grade** 12:2,12,19
13:5,8,14
**gradually** 84:8
**graduate** 11:14,16
11:18
**graduated** 20:1
**grass** 24:10
**great** 33:3 87:18,21
97:14
**grew** 6:19
**grounds** 3:9
**group** 29:9,16
**guess** 15:20 46:14
46:15,17 47:13

61:4 78:12 88:17
91:15 92:5
**guessing** 43:3
**Gwyn** 15:3,5,6,7,10
15:18 16:7,19
17:9 30:13
**gynecologist** 50:10
50:12
**G-W-E-N** 15:7

**H**

**half** 100:11
**halfway** 76:16 77:1
**hands** 74:19
**Hanna** 12:5,6
**happen** 75:7 79:7
94:5
**happened** 8:19
53:13 54:16 56:3
57:4 59:9 61:3
67:12,16 72:6
75:5 78:7 79:8
**happening** 36:12
81:5
**hard** 82:9 97:4
**head** 32:18 49:12
**health** 29:5 49:18
85:20
**heard** 56:7 72:23
**hearing** 103:13
**heart** 95:4,7,10,11
12:3,6 13:14
18:13 21:17 22:18
**highest** 12:2
**Hildred** 20:20
**hire** 24:8
**history** 31:11 42:6
42:10,14
**hold** 23:23

**home** 19:23 20:2,7
59:17,18 60:2
66:9,15,16 76:16
77:1 81:18,22
82:4,18 83:10
84:12,17 99:22
100:1
**Honestly** 72:4
**hooked** 35:7
**hoped** 79:7
**horrible** 97:5
**hospital** 59:22
62:18 64:17,21
65:8,15 66:5,6,13
66:13 67:14 68:21
76:6,21 78:11
79:13 81:9 82:12
84:12 92:6,7,12
92:13,17 93:2
100:1,8 101:4,13
**hour** 70:23
**hours** 70:22 71:2
**house** 8:6,8,15,21
9:3,9,11,23 10:17
23:17 24:3 31:3
72:14 76:20
100:15
**housewife** 28:19
**hundred** 33:5,8
86:19,22 87:14
**hurt** 96:15
**husband** 8:9 9:7
20:16 22:20 29:15
31:8 32:9 56:6,11
56:22 59:17 67:13
72:12 78:6 92:19
93:14 94:19 95:1
95:3 97:8 100:22
101:5,7,17,18
**H-E-R-R-I-N-G**
15:4

**I**

**identification**
33:18
**ignore** 98:14
**illegal** 31:12
**illness** 40:21

**illnesses** 95:23
**includes** 33:8
**incurred** 34:1
**INDEX** 4:1,4
**indicating** 74:17
**infections** 45:1
**information** 97:7
**informed** 99:4
**injured** 96:15
**input** 73:20 85:2
**insurance** 29:5
31:18 32:7
**interested** 103:17
**internist** 39:10
**interruption** 73:17
**interview** 86:9,12
86:17 87:2,3,9
**involved** 62:15
**Irreconcilable**
15:19
**issue** 44:22 45:14
51:18
**issues** 21:8 39:18
44:16,19 45:8
52:18 81:7 86:4
95:19 96:4

**J**

**Jacksons** 8:1,12,16
8:23 9:22
**James** 51:3
**January** 6:12
**job** 21:23 22:1,6
23:6 24:1 25:21
25:22 26:7,11,17
26:18,23 28:14
86:1,5,13
**jobs** 26:11
**Johnny** 17:16,17
17:19 18:3,7,10
18:16
**Jordan** 17:16,17,20
18:3,10,16,22
**judgment** 18:5
32:14 46:19
**July** 10:10,12 14:20
83:2 100:6
**June** 9:10 100:9

**junior** 22:12

**K**

**Karen** 34:16
**keep** 13:16 17:2
**keeping** 81:15
**kept** 73:20 98:13
**kidney** 75:12 90:15
93:3
**kidneys** 62:12,16
63:16 64:5 67:4
79:19 94:2
**kids** 25:8 27:14
**kin** 103:15
**kind** 32:21 33:2
37:12 44:9 51:1
53:15 66:23 75:12
80:8,9,10 85:18
89:11,18 90:1
**Kiwanas** 29:17
**knew** 73:8
**knock** 60:6,8
**knocked** 65:16
**know** 7:5 13:13
15:14 18:23 19:1
19:6,6 21:11 24:3
37:18 43:2,18
44:6,7 47:1,5
48:22,22 49:3,10
50:23 51:11 52:8
54:11 56:11 57:9
58:14,17 59:3
60:1,8,21 62:10
64:19,23 65:19,20
68:16 73:4 75:10
76:4 77:13 79:6
84:21,21 85:19,20
86:20 88:9 90:13
93:22,23 94:8,10
94:13,14,15,16
96:6,11 98:7
99:13,21 100:10
101:23
**knowledge** 18:22
**knows** 94:15
**Korea** 82:22 83:5

**L**

**L** 1:17 2:12 5:18
12:5,6
**lab** 46:23 47:9 94:1
**labor** 80:23
**Laboratories** 47:4
48:19
**Labs** 1:8 2:8 5:8
47:8,23 48:18
**lake** 23:14,15,17
**lasted** 77:9
**late** 30:19
**laws** 3:3
**lawsuit** 21:5 29:19
33:14
**lay** 70:10
**leading** 3:7
**learn** 81:11,21
**learned** 82:7,10
**learning** 64:14
**leave** 19:23 59:12
59:17 81:19 82:19
100:5,7
**left** 20:1 82:6
**let's** 37:18 83:2
84:3 90:10 98:15
100:5
**level** 85:15
**license** 7:2
**Lidocaine** 80:8
**life** 42:1 68:7 89:6,8
97:10
**lifetime** 41:10
**little** 52:4 60:20,21
74:8,9 85:21
89:22
**live** 7:16,22 8:1
10:4,8,16,19 11:5
19:13 20:21 23:14
**lived** 8:12 9:23
10:21 11:8 50:14
**living** 8:20 9:17
12:13 13:16 18:22
20:7,15 24:4
100:12
**Loftin** 1:5,12 2:5
2:16 5:5 6:1,8,10
14:12,16,22 16:3
19:15,21 20:9

22:21 73:18 81:13
98:18 99:20
**Loftin's** 19:21
**long** 8:11 10:8 11:5
14:15 15:12,13
18:1 25:20 28:11
37:16 39:1 42:13
44:18 45:13 50:11
54:3 58:3 61:14
74:11,12,13,15,16
74:16,18,22 79:12
84:4,10,14 86:23
87:20 89:9 100:9
**longer** 77:8
**look** 48:23 54:22
**looked** 48:21 74:14
81:18
**Lord** 86:7
**lot** 8:22 14:5 41:12
85:16 89:4 92:16
97:3 102:3
**lower** 35:4,18,21
36:17 37:1 44:13
52:21 53:6 77:14
**Lucas** 1:17 4:3 5:19
6:7 33:3,15 98:15
102:8
**Lynn** 1:12 2:16 6:1
6:10,14

_____ **M** _____

**maintenance** 23:8
**majority** 42:1
**making** 24:4
**mark** 5:14 33:15
**marked** 33:18
**marriage** 14:19
15:18 17:5,9
18:15
**married** 14:9,11,16
14:21 15:3,10,11
16:2,5,7,10,11,18
16:19,21 17:13,19
18:2,3,7,18 30:16
**marry** 18:10
**Martin** 23:15
**ma'am** 11:17
**McCloud** 51:15,16

52:6 91:17
**McLoyd** 51:12
**mean** 7:9 11:20
23:4 25:3 26:22
33:1 34:7 36:14
42:9 44:3 50:2
58:15,16 60:7
68:3,14 70:1
74:12 77:9 84:8
87:17 90:3 94:8
96:10
**means** 25:4,5 103:9
**meant** 18:13 54:20
54:23 55:20
**medical** 4:6 21:14
29:3 31:17 32:22
33:23 34:1 39:22
52:13 58:1 94:16
95:2,19
**medication** 40:20
41:16 51:23 71:4
71:17,19 78:16
102:3
**medications** 41:11
41:13,21 71:13
**medicine** 37:12
70:18
**meeting** 62:9 64:21
67:8
**member** 29:8,12,15
**mental** 40:21
**Michael** 1:17 5:18
51:3
**mid** 15:16 30:15,17
46:6
**middle** 1:2 2:2 5:2
6:14 26:15 27:10
**mind** 15:2 43:4
**minor** 30:10
**minute** 24:22 72:2
98:16
**minutes** 75:7 76:18
76:22 77:3,5
**mistaken** 54:9
92:15
**Mockler** 34:17 35:6
35:10,14 38:7,14
38:17,19 52:14,17

53:18 91:8 96:6
**Mockler's** 37:22
39:22
**month** 52:8 84:13
84:17 85:7 87:22
**morning** 59:23
**morphine** 78:21
80:5 102:4
**mother** 19:7 28:19
97:7
**move** 7:19 9:9
23:12
**moved** 7:17 8:14,15
9:12 12:19 13:1,5
13:8,20 23:19
26:5 28:2
**M.D** 46:23

_____ **N** _____

**N** 2:12
**name** 6:9,14 12:3
16:15 35:6,9 51:3
94:11
**names** 19:13 49:17
49:21 50:2
**nature** 99:3 101:21
**nausea** 81:3
**Nearly** 9:14
**necessarily** 26:13
**necessary** 3:6
**need** 25:8 53:18
63:4 70:13 77:16
**needed** 26:16 57:7
63:16 64:1,9
**negative** 49:13 52:1
**neither** 103:15
**nervous** 60:21
67:21,23
**never** 31:7,10
47:22 48:19 56:7
75:13
**Newnan** 10:5,6,9
10:20 50:4,7,8,13
50:14,20
**night** 68:23 82:2
**Nixon** 20:20
**normal** 85:19 92:21
93:7,15 94:3

**North** 5:20
**note** 37:21 39:23
53:5
**notice** 3:14 70:23
**November** 95:8
**no's** 14:6
**numb** 80:9
**number** 4:2,5 6:22
7:4 32:23
**nurse** 74:10
**nurses** 82:2
**N's** 6:15,16

_____ **O** _____

**O** 2:12
**objections** 3:7,9
**obviously** 44:4
**occasion** 62:5 68:22
72:8 73:12 79:14
101:1
**Occasionally** 42:8
**occasions** 72:17
**occurred** 16:1 62:8
74:5
**October** 20:2
**offered** 3:11 73:7
**office** 37:22 52:14
53:23 54:8 56:10
56:17 62:20 65:2
65:8,14 66:4,12
71:21 72:7,11
73:13 75:20 78:8
98:6,23
**offices** 2:18
**Oh** 7:11 12:18
29:13 65:6 87:3
**okay** 7:11,13,19
8:11,18 9:8 10:19
12:18,21 13:4,7
13:10 14:8 15:1,9
16:10,13,21 17:15
18:1,15 19:3,12
19:14,20 20:11
21:13,16 22:1,17
24:15 25:20 27:2
27:16 30:12 32:9
34:16 36:16 38:13
38:13,17,21 39:22

40:13 41:1 44:15
46:3,18 49:16
51:14,20 54:17
55:7 56:9,16 57:1
57:14,20 58:3
59:13,16 60:19
61:2,3,6,23 62:19
63:10 64:12 65:7
65:13 66:17,21
67:11 68:12,17
69:1,4 71:6 72:15
73:3 78:5 83:9
84:14 85:11 86:16
86:17 87:12 88:17
89:15 90:3,17
91:13,19,21 94:3
95:15,22 96:8
99:20 101:3,18
**Oliver** 2:18 5:14
**once** 60:7 72:18
73:5 76:11 90:21
96:12
**ones** 68:10 71:10
93:14
**oral** 1:18
**organization** 29:9
29:16
**original** 1:18 33:19
**outpatient** 57:19,21
58:5 59:19 60:1
61:5 62:1,11,23
63:20 64:15 68:4
69:1
**output** 85:2
**outside** 85:17 86:10
**out-of-pocket**
32:12,15
**overnight** 68:22
**overseas** 81:20 82:1
82:20 100:7

_____ **P** _____

**P** 2:12
**packed** 65:5
**PAGE** 4:2,5
**paid** 32:6,11,12,15
32:18,19,21
**pain** 35:3,3,17,18

35:20 36:10 37:7
42:4,11,14,16
43:5,8,11,17,20
52:18 53:7 69:22
70:1,3,7,13,18
71:1,3,15 72:5
75.7,12,17 76:7
76:15 77:6,9,22
77:23 78:16 79:10
79:16,17 80:2,4,4
80:6,12,13,17
81:3,5,6 88:16,18
89:2,7,12,22 90:2
90:5,12 91:4
92:16 93:2 96:21
97:2 99:22
**painful** 70:15
**pains** 80:23
**parapro** 25:4
**paraprofessional**
22.3 24:23 25:5
25:10
**park** 39:23 84:11
**part** 22:6 35:4
77:14 97:10
**partially** 9:12
**particular** 25:12
29:16 42:18 94:11
**parties** 2:14 3:8
103:16
**pass** 97:6
**passed** 19:7
**Patty** 73:11 77:12
77:12 78:4
**Paxil** 41:2,4
**pay** 32:10
**pelvic** 42:11,14,16
43:5,8,11,16,19
**pelvis** 43:18,21
44:2
**people** 24:6,8,11
49:17
**percent** 86:19,22
87:14
**perform** 83:10
**performed** 48:7
62:15
**period** 20:4 39:14

39:17 66:14 84:5
**phone** 35:7,9
**physician** 34:18
39:11,12 49:6
51:6,8
**physicians** 52:13
91:6
**place** 6:17 62:4
64:12 79:4
**placed** 73:20
**places** 7:12
**Plaintiff** 1:6 2:6 5:6
5:17
**please** 1:21 6:9
68:7,13
**point** 59:14 95:4
97:3
**position** 70:11 87:1
87:10
**possibility** 65:1
97:15 98:3,10
**possibly** 92:7
**power** 68:18
**practice** 39:23 91:9
**prayer** 68:18
**praying** 68:11
**prescribe** 71:17
**prescribed** 39:7
40:20 71:9
**prescribing** 41:15
**prescriptions** 32:19
**present** 86:4 94:23
**pretty** 31:2 54:6
74:3,12 78:18
83:20 86:21
**previous** 68:10
**previously** 36:16
37:4 42:3 49:18
**primary** 34:18 51:5
51:7
**prior** 3:11 9:22
**probably** 30:18,18
30:19 33:10 36:8
36:11 37:18,19
46:6 50:16 54:5
74:16 84:13 87:22
89:13 91:3,3,5
**problem** 36:2,4

40:12 46:8 52:20
89:6,18
**problems** 21:11,14
21:14 34:14 35:2
35:15,17,22 36:1
36:7,11,22 37:5
42:4 46:4 51:9
83:14 85:8,13
88:3,6 89:10,16
89:21 90:3,9,14
90:18 95:4
**procedure** 1:14
55:10 62:11,17,20
62:23 63:21 67:13
68:4 69:12 76:1
98:20 99:10,11
**procedures** 32:1
53:15 57:21 58:5
59:20 60:5,13,17
61:5,11,15 62:2
62:14 63:4 64:15
66:19 67:1 74:9
92:9 93:6 95:20
**produce** 99:16
**produced** 31:21
48:11 99:17
**profile** 94:21
**properly** 45:2
**provide** 22:8 51:21
**provided** 29:3
37:22 48:18 49:18
79:22 85:3
**providers** 52:13
**psychiatrist** 39:7
40:14
**psychologist** 40:17
**pull** 9:19
**pulled** 30:14
**put** 62:12 63:17
67:4
**putting** 80:10

_____
**Q**
**question** 43:16
47:14 88:17
**questioned** 93:16
**questions** 3:8 102:9
103:8

**quit** 38:13,18 39:17
**quite** 42:20

_____
**R**
**raising** 53:14
**reaction** 41:4,12,17
41:21 71:13
**read** 7:6
**reading** 2:23
**readings** 96:13
**ready** 66:18 68:3
**really** 10:22 19:6
61:16 67:23 68:1
81:22 87:23 96:18
**reason** 40:3
**recall** 58:11 59:10
60:4,15 64:14
**received** 31:14
**recess** 98:17
**recollect** 59:20
**recollection** 38:3
53:9 61:13 67:7
71:6
**records** 31:21
61:20
**recovered** 95:15
**rectal** 45:21 46:4
**refer** 35:10 51:8
**references** 37:23
40:1
**referred** 35:5 48:7
53:2
**referring** 77:22
94:12
**reflux** 42:5,7
**regard** 61:20 63:11
93:19
**register** 64:18 65:9
66:12
**registering** 66:18
**regularly** 98:20
**related** 22:18,19
33:13 34:1
**relates** 36:21
**relating** 3:4
**relatives** 20:14
**relieve** 43:13 81:7
84:2 85:8 89:1

**remember** 15:14
36:8,12 39:21
49:1 54:7 58:6
59:11 67:19 68:6
70:21 71:11,11,23
72:4 76:2,5,5,8
78:23 80:10 81:4
84:3,4,10 88:10
92:6 100:4,7
101:2 102:2,5
**remind** 14:7 17:3
**removal** 93:3
**removed** 46:10,12
75:1 76:12 79:11
85:7 92:8 98:19
99:2,7
**rent** 8:9
**repeat** 92:22
**rephrase** 48:8
**report** 47:19 49:5
49:10
**Reporter** 1:23
**reports** 48:10,12,17
**represents** 103:11
**respect** 48:2
**respective** 2:15
**respond** 70:17,17
**result** 49:5 56:18
103:17
**results** 54:1,4,14
55:17 58:14 59:1
61:10 63:3,13,22
64:15 69:12 73:1
76:1 91:22
**retained** 1:22
**retire** 23:10 24:7
**retired** 22:22,23
23:20
**retrieve** 62:13
63:17
**returned** 72:7
**reviewed** 48:19
**right** 7:7,15 10:16
12:1 13:12 14:15
14:18 15:17 16:17
17:12 19:9 22:20
24:6,12 25:11,14
25:16 26:14 30:15

34:4,8 36:19
37:16 38:11 39:6
39:12,16,20 40:9
43:7 45:18 46:22
47:11,13 48:16
49:4 50:18 51:2
51:11 53:12 54:13
54:19 55:15 56:13
56:21 57:14,23
58:8,10 59:6,8
60:9,15,22 63:6
63:19 65:4,7 66:2
66:4,7,11 67:2,6
67:16 69:15,19
70:16 71:20 73:18
75:1,4,22 76:11
76:17,23 77:6,15
78:1 79:4,12,23
82:11,16 83:13,18
84:14,19 85:6
86:23 87:8,18
92:18 93:13,21
94:9,18 95:1,9
96:22 98:4,15
99:9,15 100:12,19
101:6,11,15 102:8
**Rimso** 99:10
**ring** 50:19 51:4
**Rite** 33:9,12
**road** 76:19
**Rodney** 20:20
**rolled** 68:2
**room** 56:23 72:22
74:8 75:14,18,21
77:18 78:2
**rule** 1:13 57:8
**rules** 1:14 3:3
**Russell** 58:1 95:14
**R-I-M-S-O** 99:10

**S**
**S** 2:12 47:8,23
48:18
**samples** 55:12
**saw** 38:7,10,14,17
53:4,13 55:16
99:22
**saying** 70:13 97:17

**says** 53:5 57:18
81:15
**scar** 96:20
**schedule** 88:22
**scheduled** 57:19,20
69:9,13 98:21,23
**school** 11:11,12,15
11:19,23 12:3,4,6
13:14 18:9,12,13
21:17,21 22:11,14
22:18 23:1,7 26:2
26:12,15 27:8,9
27:11 28:6 86:2
87:18,23 88:12
96:22
**second** 55:2,15
58:4,12 62:17
100:6
**Security** 6:21 7:10
**see** 11:7 34:19,22
37:18 38:19 43:12
48:11 52:17 53:1
53:4,18 54:1,4,14
57:10 58:15 59:3
59:4 62:1 63:15
73:23 79:2 83:2
84:3 94:15 100:5
**seeing** 52:12 78:23
**seen** 91:6
**self** 83:10 84:15
**send** 55:14
**sends** 94:1
**sensation** 37:8
**sent** 56:22
**set** 61:8
**seventeen** 28:15
50:17
**seventy-nine** 33:5,7
**severe** 77:10,19,21
77:23 80:3
**shaking** 49:12
**Shaw** 19:16
**she'll** 44:3
**shock** 56:7,8
**shots** 80:4
**show** 47:20 48:13
61:20
**showing** 74:19

**shut** 79:19
**sick** 43:2 81:4
**signature** 2:22
**similar** 89:21
**sinus** 96:5
**sir** 9:4 13:3 20:8
22:16 29:18,21
30:1,4,7,11 39:8
47:21 48:5 50:3
100:21 101:14
**sister-in-law** 20:19
**sit** 70:9
**sixteen** 50:16,17
**sleep** 51:23
**sleeping** 52:3
**Smith** 51:3
**snoring** 51:17 52:4
91:11,16,18
**Social** 6:21 7:10
**solution** 80:11
**somebody** 56:22
**son** 20:9 81:18 82:5
82:16 97:7 101:12
**soon** 54:6 58:7 66:3
**sorry** 15:15 17:2
51:16 62:21 87:13
90:8
**sort** 9:5 22:7
**South** 6:18 7:14
12:10,13 13:17
19:17 82:22 83:5
83:7
**spasms** 80:2,3,21
80:22 81:10 83:17
84:1,6 100:2
**speak** 6:3
**special** 25:15,17
**specialist** 53:19
**specialists** 51:8
**specific** 43:4
**specimen** 62:13
**spell** 16:15 28:9
**spelled** 6:14 14:13
**spend** 81:23
**Stanley** 16:14,18
16:22 17:5,8 18:2
**start** 26:12 27:2,9
41:23 46:3 71:1

86:10 93:1
**started** 26:7 28:21
38:21 40:10 42:17
86:1,5 87:1,10,15
87:18 96:23
**starts** 27:11
**state** 6:8 103:3
**States** 1:1 2:1 5:1
83:6
**stay** 65:9 66:13
68:21 79:13
**stayed** 78:4 82:2
**Stegielman** 50:4
**stenotype** 103:8
**stents** 62:12,16
63:17 67:4 69:23
70:3,4 73:15,16
73:20 74:11,12
75:2 76:3,11
79:11 85:7 92:8
93:3 98:19
**steps** 66:6
**STIPULATED**
2:13,21 3:5,13
**stomach** 35:4 77:15
81:4
**stones** 75:12
**stop** 84:18
**stopped** 38:1 40:1
**straight** 64:20 65:8
65:14 66:5 75:20
**Street** 2:19 5:15,19
**stuff** 32:20 44:9,11
66:23
**subsequently** 76:14
**sued** 29:22
**summer** 20:3 21:8
32:1 34:2,6 48:6,9
52:10 53:16 95:19
96:22
**Sumter** 19:16 83:8
**supervisor** 23:9
**support** 22:4
**sure** 31:2 49:21
57:8 58:17,20
68:13 74:3 78:18
78:21 93:8
**surgery** 68:3

**swab** 54:10 55:8
62:19
**Swabbed** 55:12
**swelling** 45:4
**switched** 41:6
**sworn** 6:3
**symptoms** 81:2
**system** 23:2,7 28:6
**systems** 21:22

**T**
**T** 2:12,12 12:5,6
**tabulation** 4:6
33:22
**take** 43:12 46:20
98:16
**taken** 1:19 2:16
40:19 68:16 72:16
103:7
**talk** 21:7 69:17,20
101:15
**talked** 21:1 47:22
48:4 68:5,15
101:22 102:1
**talking** 49:3 64:19
73:19 94:10
**teach** 25:7
**teacher** 86:1
**teachers** 22:4
**teacher's** 22:7
24:19 25:17 26:18
28:4,12,17,22
86:5,13
**teaching** 22:4 26:7
26:11 82:3 87:1
87:10,15
**Technical** 22:14
**tell** 8:18 19:5,12
33:10 48:13 53:12
54:16 57:17 61:1
61:16 63:7 64:7
67:11,17 72:6
74:5 76:6 78:21
92:1 93:10,18
98:5 102:1
**telling** 57:12,16
68:6
**tells** 63:2

**ten** 76:18 77:3,4,4
**Tennessee** 50:1
**tenth** 12:8,9,12,19
  13:5,8,14
**term** 25:3
**terms** 94:16
**Terry** 14:12,16,22
  16:2 19:14,20,21
  22:21
**test** 47:10,11 48:6,7
  51:23 53:22 54:8
  54:10,10,12 55:9
  55:11,17 57:10,11
  57:12 58:15 59:1
  63:13 94:3
**tested** 55:14
**testified** 6:5
**testimony** 1:18
  103:12
**testing** 57:7 58:19
  59:3 63:13 64:1
**tests** 64:9 93:23
  94:10,11,12,13,17
  94:20 96:11 97:18
  98:8,13,14 101:21
**Thank** 86:7 102:10
**thereto** 3:12 103:9
**They'd** 80:3
**thing** 29:6 32:21
  85:18 96:21
**things** 24:8 86:11
**think** 11:7 12:18,22
  15:12 17:11 20:4
  30:17 31:1 36:6
  46:13,14 47:9
  49:16 50:17 52:8
  70:21 71:8,8,9
  72:3,3,4 73:4 74:2
  76:9 77:16 78:17
  78:20,22 80:5
  88:8 90:21
**thinking** 65:20,22
  74:14
**third** 25:23 70:23
**thirty-four** 9:18
**thought** 74:23
**three** 11:8 39:19
  88:9 93:23,23

94:9,13,17 96:12
  96:17
**time** 3:10,10 15:12
  15:13 20:4 36:18
  39:14,17 43:8,8
  50:13 55:15 59:14
  63:6 65:18 66:14
  67:7,21 68:1
  72:13,19,20,23
  73:6,8 75:22
  77:18 81:19 84:5
  87:15 88:11 95:4
  97:5,9 98:19
  100:15,22 102:10
**times** 94:1 96:12
**tissue** 96:20
**title** 25:6,10
**today** 27:15 91:7
**told** 48:15 49:5,7
  52:18 54:17 55:19
  56:18,19 57:6
  58:9 62:6 63:21
  72:21 75:6,14
  76:8 77:12 78:9
  78:11 81:11,12,14
  92:16,18,23 93:8
  96:3 97:5,12 98:7
  101:20
**top** 32:16,17
**Tower** 5:19
**tract** 44:1,23 55:13
**trafficking** 30:23
**training** 82:3
**transcribed** 103:9
**transcript** 1:18
  33:20 103:12
**transcription**
  103:10
**Treadwell** 2:18
  5:14,15 12:16
  27:21 32:23 33:4
  36:21 43:15 46:15
  51:15 97:19 98:1
  99:19
**treat** 51:17
**treated** 34:5 40:14
  40:16 95:12
**treatment** 31:14

34:1 51:20 52:9
  79:21
**treatments** 31:23
**trial** 3:10
**tried** 38:5,8 60:18
**trip** 42:22
**true** 103:11
**truth** 6:3,4,4 102:2
**try** 38:4 58:20
  60:22
**trying** 13:12 42:21
  44:5 68:8 71:10
  100:4
**turkey** 38:6,9 39:18
**turn** 66:10 77:16
**turned** 77:17
**twenty** 75:7 76:22
**Twenty-four** 14:2
**twenty-three** 19:15
**twice** 96:12
**two** 6:15,16 17:10
  17:10,23 61:17
  67:22 68:9 74:20
  84:11 86:8,12
  87:22 88:9 89:16
**Tylenol** 43:12
**type** 9:16 22:1
  25:12 28:16 29:5
  29:9 30:21 40:21
  41:3,21 44:21
  50:9 51:20 54:7
  54:11 71:4 89:5
  89:10 91:4,4
  95:18,23
**types** 41:11
**Tyrone** 10:23 11:3
**T-E-R-R-Y** 14:13

**U**

**U** 2:12 47:8,23
  48:18
**uh-huh** 9:4 11:2,22
  12:14 13:15 14:2
  16:9,20,23 17:18
  20:6 22:10 25:1
  26:21 31:16 44:17
  49:19 51:19 52:19
  53:8 55:4,11

59:15 62:21 64:22
  69:6 73:22 77:2
  80:19 82:13 87:11
  88:20 90:6 93:4
  98:9 99:8 100:18
**unable** 36:5
**unbearable** 70:1,7
**uncomfortable**
  77:7
**undergoing** 95:18
**understand** 31:20
  33:21 57:15
**understanding**
  42:20
**understood** 57:15
**underwent** 32:1
**Unh-unh** 19:19
  40:5 50:23 65:23
**union** 29:10
**UNITED** 1:1 2:1
  5:1
**upset** 38:2 59:12
  68:8
**urinary** 36:22 44:1
  44:23 55:13
**urinate** 36:5 45:2
  79:19 80:16,18
**urinating** 35:22
  36:1 52:20
**urination** 37:5,8
  90:18
**urine** 45:11 53:6,20
  53:22
**urniation** 83:15
**Urological** 50:1
**use** 62:15
**usually** 26:10
**U.S** 1:8 2:8 5:8

**V**

**Valley** 1:8 2:8 5:8
  47:8
**various** 41:12
  44:16
**vehicle** 9:20
**Verbally** 47:16,17
**Vicodin** 70:20 71:7
  71:11 83:22,23

**Virginia** 1:16 2:17
  5:13 103:21
**visit** 52:5 55:2,7
  56:4 57:5 58:4,12
  59:10 64:13 67:3
  69:10,11,14,16,18
  69:21 74:6 98:23
  101:3,8
**visited** 101:12,16
**visits** 31:22
**vs** 1:7 2:7 5:7

**W**

**Wachovia** 5:19
**wait** 54:1,3 72:2
**waiting** 56:23
  72:22
**waived** 3:1,15
**walk** 66:5 77:20
  85:17
**Walker** 73:11
**walking** 86:10
**Wal-Mart** 32:20
**want** 33:1 43:22
  68:14 70:20 80:7
  81:22 96:11 102:6
**wanted** 23:14 49:20
  57:10 58:9,19
  59:12 62:12 63:12
  63:15 65:15 66:2
  70:14 93:22
**wanting** 58:17
  71:14
**wash** 43:14 88:14
  88:22 99:14
**washes** 88:10
**wasn't** 58:18 65:19
  65:21,21,23 94:22
  99:1 100:9
**way** 65:11 66:9
  81:21
**week** 27:14 38:1
  40:2 54:5 61:17
  70:2,5,6 71:18
  72:1 73:21,22
  84:8,11 87:4,5,6,9
  99:5,6 100:6,11
  100:11 101:4

weeks 61:17 86:8
  86:12
weird 77:8
went 11:12,18,22
  13:13 25:23 27:13
  35:1,13,16 52:16
  53:1,17,19 54:4
  59:18,23 60:1
  61:14 65:7,14
  66:11,16 67:12,18
  67:20 69:4 73:23
  74:7,9 78:2,3 83:9
  84:5 86:16,21
  88:10,11 92:7
  96:17 98:18 100:5
  100:23
weren't 65:4
West 2:18 5:15
We'll 17:3
we've 32:19
Wiles 16:14,18,22
  17:5,8 18:2,21
witness 2:23 6:2
  46:18 49:12
  103:13
word 102:2,3
words 25:7 57:10
work 22:18,19
  23:21 24:7 25:13
  25:14 26:1 27:14
  28:3,7,16 41:16
  65:12,16 66:23
  87:17,19
worked 28:11
working 21:21 24:2
  25:15,21 27:5
  28:21 65:18,21,21
  65:23 72:14
worse 80:23
wouldn't 21:7,9
  61:21 65:11 79:7
  86:19 102:6
writing 47:17
wrong 68:7 96:9
W-I-L-E-S 16:16

**Y**

yeah 9:14 10:22

11:4 15:23,23
18:4 28:1 29:13
30:19 31:1 55:11
73:7 78:18 83:6
91:12,14,18 93:9
102:1
year 18:4,6 20:2
  25:23 26:12,15
  46:14 52:7 81:20
  83:1 87:23 88:11
  89:14
years 11:9 14:17
  15:14 16:2,5,5,8
  16:20,22 17:7,11
  17:22 28:15 37:19
  38:22 39:19 46:20
  50:16
y'all 23:12
Y-N 15:8

**Z**

Zoloft 37:15,17
  38:1,8,14,18,20
  38:22 39:13,17
  40:1,22 41:7
  59:13

**0**

04 7:21 8:13 10:11
  10:12 23:11,13
05 34:20 38:15
06 9:10

**1**

1 4:6 33:16,17,22
10th 14:20
108 8:4
129 2:18 5:15
15 1:15
1956 6:12
1979 13:1
1980 12:20
1983 14:20
1988 1:15
1994 46:13

**2**

20th 5:19

2002 20:1
2004 26:6
2005 20:3 21:9,12
  26:1,3 27:3,19
  31:15 32:2 34:2,6
  37:23 48:6,9
  52:10 53:16 61:18
  85:23 90:10,15,20
  91:7 95:8,11,19
  96:1
2007 1:19 2:20
  ████ 6:12
25th 37:23 39:23
  100:10
████████ 6:23

**3**

3:06-CV-839-W...
  1:4 2:4 5:4
3100 5:19
33 4:6
35203 5:20
36853 5:16
36861 8:5

**4**

420 5:19

**5**

5(d) 1:13
5/23/11 103:22

**6**

6 4:3
6th 27:13,14

**7**

70's 15:16 30:16,17
  30:19,20
71 18:8
73 18:8
7728142 7:7
79 12:22,23 13:3,19

**8**

80 13:1,19
88 10:10,12

**9**

9th 1:19 2:20 27:17
90's 42:15 44:20
  45:15,16 46:1,6
94 46:20

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 4

**U S  L A B S**
The New Measure

| | | | |
|---|---|---|---|
| **Patient Name:** | Loftin, Debra L | **Collection Date:** | 05/23/2005 |
| **Ordering Physician:** | Bauer M.D., Brad | **Received Date:** | 05/25/2005 |
| **Ordering Facility:** | LabMD | **Report Date:** | 05/27/2005  3:54:20PM |
| **Medical Record #:** | NOT GIVEN | **US Labs Ref. #:** | AGU05-002338 |
| **Specimen ID #:** | Not Given | **Page:** | 1 of 1 |
| **Date Of Birth, Age:** | ▮▮▮▮  49 years old | **Sex:** | F |

## Fluorescence *in situ* Hybridization (FISH) Report
## Bladder Cancer Detection by Vysis® UroVysion*

**Specimen:**             Urine

**Indication for Study:**   UROVYSION

**Result:**               ABNORMAL PROFILE



**Interpretation:**

The Vysis UroVysion™ Bladder Cancer FISH assay was performed on a representative sampling of analyzable cells of this patient's urine. A review of the entire specimen slide revealed aneuploidy of chromosomes 3,7 and 17.

FISH detection of chromosomes 3,7 or 17 aneuploidy and/or deletion of chromosome 9p21 are associated with urothelial carcinoma.

The results of this assay should be used as a noninvasive method to monitor urothelial carcinoma. These findings should be interpretated in association with other clinical and pathological findings.

nuc ish 3cen(D3Z1x4),7cen(D7Z1x5),9p21(p16x6),17cen(D17Z1x3)

Positive FISH results in the absence of other signs or symptoms of bladder cancer recurrence may be evidence of other urinary tract related cancers, e.g., ureter, urethra, renal and/or prostate in males, and further patient follow-up is justified

The Vysis® Bladder Cancer Recurrence assay has been approved by the U.S. Food & Drug Administration for voided urine samples from patients with transitional cell carcinoma of the bladder.

Electronically signed by Changjun Yue, M.D., Ph.D. on 05/27/05 at US Labs

Changjun Yue, M.D., Ph.D.

Associate Medical Director

LabMD
1117 Perimeter Center West
Atlanta, GA 30338

Entered & Released
D: 5/28/05
Time 1200
Initials GH

**US LABS**
2601 Campus Drive  Irvine  California 92612
949 450 0145 TEL  949 450 0147 FAX
800 710 1800 Client Services
www.uslabs.net

6/2/05 25% pt advised to keep appt Mon. 6/6/05 — kkwets, n

PLTF 00029

D. Loftin v. U.S. Labs

US LABS
The New Measure

James _ Thompson, M.D., Ph.D., Medical Director
CLIA I.D. # 05D0923321 CAP # 68447-01

Patient Name: Loftin, Debra L                    Collection Date: 06/07/2005

No.
Not

#:

US LABS
The New Measure

James _ .hompson, M.D., Ph.D., Medical Director
CLIA I.D. # 05D0923321 CAP # 68447-01

| | | | |
|---|---|---|---|
| **Patient Name:** | Loftin, Debra L | **Collection Date:** | 06/07/2005 |
| **Ordering Physician:** | Bauer M.D., Brad | **Received Date:** | 06/09/2005 |
| **Ordering Facility:** | LabMD | **Report Date:** | 06/11/2005  6:35:51PM |
| **Medical Record #:** | NOT GIVEN | **US Labs Ref. #:** | AGU05-002612 |
| **Specimen ID #:** | Not Given | **Page:** | 1 of 1 |
| **Date Of Birth, Age:** | 49 years old | **Sex:** | F |

## Fluorescence *in situ* Hybridization (FISH) Report
## Bladder Cancer Detection by Vysis® UroVysion*

**Specimen:**            **Bladder Wash**

**Indication for Study:**   **UROVYSION**

**Result:**              **ABNORMAL PROFILE**



**Interpretation:**

The Vysis UroVysion™ Bladder Cancer FISH assay was performed on a representative sampling of analyzable cells of this patient's bladder wash. A review of the entire specimen slide revealed aneuploidy of chromosomes 3,7 and 17.

FISH detection of chromosomes 3,7 or 17 aneuploidy and/or deletion of chromosome 9p21 are associated with urothelial carcinoma.

The results of this assay should be used as a noninvasive method to monitor urothelial carcinoma. These findings should be interpreted in association with other clinical and pathological findings.

nuc ish 3cen(D3Z1x4),7cen(D7Z1x4),9p21(p16x4),17cen(D17Z1x3)

Positive FISH results in the absence of other signs or symptoms of bladder cancer recurrence may be evidence of other urinary tract related cancers, e.g., ureter, urethra, renal and/or prostate in males, and further patient follow-up is justified.

The Vysis® Bladder Cancer Recurrence assay has been approved by the U.S. Food & Drug Administration for voided urine samples from patients with transitional cell carcinoma of the bladder.

Electronically signed by Mariam Rahimzadeh M.D. on 06/11/05 at US Labs

Mariam Rahimzadeh M.D.

**Associate Medical Director**

LabMD
1117 Perimeter Center West
Atlanta, GA 30338

US LABS
2601 Campus Drive  Irvine, California 92612
949.450.0145 TEL  949.450.0147 FAX
800.710.1800 Client Services
www.uslabs.net

PLTF 00031
D. Loftin v. U.S. Labs


**US LABS**
The New Measure

James A. Thompson, M.D., Ph.D., Medical Director
CLIA I.D. # 05D0923321 CAP # 68447-01

| | | | |
|---|---|---|---|
| **Patient Name:** | Loftin, Debra L | **Collection Date:** | 06/07/2005 |
| **Ordering Physician:** | Bauer M.D., Brad | **Received Date:** | 06/09/2005 |
| **Ordering Facility:** | LabMD | **Report Date:** | 06/11/2005  6:36:14PM |
| **Medical Record #:** | NOT GIVEN | **US Labs Ref. #:** | AGU05-002613 |
| **Specimen ID #:** | Not Given | **Page:** | 1  of  1 |
| **Date Of Birth, Age:** | ▉▉▉▉▉  49 years old | **Sex:** | F |

## Fluorescence *in situ* Hybridization (FISH) Report

## Bladder Cancer Detection by Vysis® UroVysion*

| | |
|---|---|
| **Specimen:** | **Left Kidney** |
| **Indication for Study:** | **UROVYSION** |
| **Result:** | **ABNORMAL PROFILE** |



**Interpretation:**

The Vysis UroVysion™ Bladder Cancer FISH assay was performed on a representative sampling of analyzable cells of this patient's left kidney. A review of the entire specimen slide revealed aneuploidy of chromosomes 3,7 and 17.

FISH detection of chromosomes 3,7 or 17 aneuploidy and/or deletion of chromosome 9p21 are associated with urothelial carcinoma.

The results of this assay should be used as a noninvasive method to monitor urothelial carcinoma. These findings should be interpretated in association with other clinical and pathological findings.

nuc ish 3cen(D3Z1x6),7cen(D7Z1x6),9p21(p16x4),17cen(D17Z1x4)

Positive FISH results in the absence of other signs or symptoms of bladder cancer recurrence may be evidence of other urinary tract related cancers, e.g., ureter, urethra, renal and/or prostate in males, and further patient follow-up is justified.

The Vysis® Bladder Cancer Recurrence assay has been approved by the U.S. Food & Drug Administration for voided urine samples from patients with transitional cell carcinoma of the bladder.

Electronically signed by Mariam Rahimzadeh M.D. on 06/11/05 at US Labs

Mariam Rahimzadeh M.D.
Associate Medical Director

LabMD
1117 Perimeter Center West
Atlanta, GA 30338

DFTS 00036
D. Loftin v. U.S. Labs

**US LABS**
2601 Campus Drive  Irvine, California 92812
949.450.0145 TEL  949.450 0147 FAX
800.710.1800 Client Services
www.uslabs.net



MA328937-25245

# U S L A B S
### The New Measure

James ~. Thompson M.D., Ph.D. Medical Director
CLIA I.D. # 05D0923321 CAP # 68447-01

| | | | |
|---|---|---|---|
| Patient Name: | Loftin, Debra L | Collection Date: | 06/07/2005 |
| Ordering Physician: | Bauer M.D., Brad | Received Date: | 06/09/2005 |
| Ordering Facility: | LabMD | Report Date: | 06/11/2005   6:35:14PM |
| Medical Record #: | NOT GIVEN | US Labs Ref. #: | AGU05-002616 |
| Specimen ID #: | Not Given | Page: | 1 of 1 |
| Date Of Birth, Age: | ▇▇▇▇   49 years old | Sex: | F |

## Fluorescence *in situ* Hybridization (FISH) Report
## Bladder Cancer Detection by Vysis® UroVysion*

**Specimen:**      **Right Kidney**

**Indication for Study:**      **UROVYSION**

**Result:**      **ABNORMAL PROFILE**



**Interpretation:**

The Vysis UroVysion™ Bladder Cancer FISH assay was performed on a representative sampling of analyzable cells of this patient's right kidney. A review of the entire specimen slide revealed aneuploidy of chromosomes 3,7 and 17.

FISH detection of chromosomes 3,7 or 17 aneuploidy and/or deletion of chromosome 9p21 are associated with urothelial carcinoma.

The results of this assay should be used as a noninvasive method to monitor urothelial carcinoma. These findings should be interpreted in association with other clinical and pathological findings.

nuc ish 3cen(D3Z1x8),7cen(D7Z1x7),9p21(p16x7),17cen(D17Z1x7)

Positive FISH results in the absence of other signs or symptoms of bladder cancer recurrence may be evidence of other urinary tract related cancers, e.g., ureter, urethra, renal and/or prostate in males, and further patient follow-up is justified.

The Vysis® Bladder Cancer Recurrence assay has been approved by the U.S. Food & Drug Administration for voided urine samples from patients with transitional cell carcinoma of the bladder.

Electronically signed by Mariam Rahimzadeh M.D. on 06/11/05 at US Labs

Mariam Rahimzadeh M.D.

Associate Medical Director

LabMD
1117 Perimeter Center West
Atlanta, GA 30338

US LABS
2601 Campus Drive  Irvine, California 92612
949.450.0145 TEL  949.450.0147 FAX
800.710.1800 Client Services
www.uslabs.net

PLTF 00030
D. Loftin v. U.S. Labs

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 5

## BOSTWICK LABORATORIES™

4355 Innslake Dr. Richmond, VA 23060
Phone 866-816-4793  Fax 804-545-9725  www.bostwicklaboratories.com

SPECIMEN INFORMATION

C05-0101-0008360

Date Collected:  06/17/2005
Date Received:  06/21/2005
Date Reported:  06/22/2005

### PATIENT INFORMATION

| | |
|---|---|
| Name: | **Debra L Loftin** |
| SSN: | |
| Date of Birth: | Sex:   Female |
| Requisition #: | 1008589 |

Age:   49

Clinical Info:  Rt Kidney- Bilateral ureteroscopy.

### PHYSICIAN INFORMATION

Brad  Bauer, M.D.
Bauer Urology Clinic
125 Alison Drive, Suite 2
Alexander City,  AL 35011
Phone:   (256) 215-3601
Fax:      (256) 215-3602

### GROSS DESCRIPTION

2 slides prepared by the concentration method for Papanicolaou and hematoxylin/eosin stains (multi stains).

Specimen Type: Right Renal Wash

Gross Description:
(A)   Color: Light Green
      Volume: 45 ml
      Clarity: Slightly Cloudy

### DIAGNOSIS

**RIGHT RENAL WASH, CYTOLOGY:**

☐ Malignant    Negative for malignancy. Red blood cells.
☐ Suspicious
☐ Atypia
■ Negative
☐ Other

### UROVYSION

**UroVysion Results (200 cells reviewed):**

☐ Positive    **Negative Chromosome Pattern: Diploid. These results support the light**
■ Negative    **microscopic impression (see comment).**

COMMENT: The UroVysion Bladder Cancer Recurrence Test is designed to detect malignant urothelial cells with aneuploidy for chromosomes 3, 7, 17, and loss of the 9p21 locus, via fluorescence in situ hybridization (FISH) in urine specimens. The UroVysion Test is positive if 4 or more cells with gains of 2 or more chromosomes 3, 7, or 17 in the same cell, or 12 or more cells with no 9p21 signals, are detected. This positivity gives an overall sensitivity of 81% and a specificity of 96% for detection of urothelial carcinoma. The test is negative if less than 4 cells with polysomy, or less than 12 cells with 9p21 deletion are detected on one slide with a sufficient number of cells (Halling KC, King W, Sokolova IA, et al. A comparison of cytology and fluorescence in situ hybridization for the detection of urothelial carcinoma.  J Urol. 2000 Nov; 164(5): 1768-75).

PLTF 00027
D. Loftin v. U.S. Labs

_Arja W. Maberry_
**Arja Maberry, M.D. Pathologist**

**BOSTWICK LABORATORIES**

4355 Innslake Dr. Richmond, VA 23060
Phone 866-816-4793  Fax  804-545-9725  www.bostwicklaboratories.com

SPECIMEN INFORMATION
Date Collected: 06/17/2005
Date Received: 06/21/2005
Date Reported: 06/22/2005

**C05-0101-0008364**

### PATIENT INFORMATION

Name:   **Debra L Loftin**
SSN:
Date of Birth:
Requisition #:   1008614

Sex:   Female
Age:   49

Clinical Info: Lt. Kidney - Bilateral ureteroscopy.

### PHYSICIAN INFORMATION

Brad Bauer, M.D.
Bauer Urology Clinic
125 Alison Drive, Suite 2
Alexander City, AL 35011
Phone:   (256) 215-3601
Fax:   (256) 215-3602

### GROSS DESCRIPTION

2 slides prepared by the concentration method for Papanicolaou and hematoxylin/eosin stains (multi stains).

Specimen Type: Renal Wash

Gross Description:
(A)   Color: Light Green
      Volume: 40 ml
      Clarity: Hazy

### DIAGNOSIS

**RENAL WASH, CYTOLOGY:**

☐ Malignant
☐ Suspicious
☐ Atypia
☑ Negative
☐ Other

Negative for malignancy. Red blood cells.

### UROVYSION

**UroVysion Results (200 cells reviewed):**

☐ Positive
☑ Negative

**Negative Chromosome Pattern: Diploid. These results support the light microscopic impression (see comment).**

COMMENT: The UroVysion Bladder Cancer Recurrence Test is designed to detect malignant urothelial cells with aneuploidy for chromosomes 3, 7, 17, and loss of the 9p21 locus, via fluorescence in situ hybridization (FISH) in urine specimens. The UroVysion Test is positive if 4 or more cells with gains of 2 or more chromosomes 3, 7, or 17 in the same cell, or 12 or more cells with no 9p21 signals, are detected. This positivity gives an overall sensitivity of 81% and a specificity of 96% for detection of urothelial carcinoma. The test is negative if less than 4 cells with polysomy, or less than 12 cells with 9p21 deletion are detected on one slide with a sufficient number of cells (Halling KC, King W, Sokolova IA, et al. A comparison of cytology and fluorescence in situ hybridization for the detection of urothelial carcinoma.  J Urol. 2000 Nov; 164(5): 1768-75).

PLTF 00028
D. Loftin v. U.S. Labs

**Arja Maberry, M.D. Pathologist**

Page 1 of 1

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 6

IN THE   UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION


DEBRA LOFTIN,                    )

       Plaintiff,            )

V.                               )

                                )

U.S. LABS-FOUNTAIN VALLEY,        )   CV 3:06-CV-838-WKW

INC., AND ESOTERIX, INC.,         )

                                )

       Defendants.           )


TELEPHONIC DEPOSITION OF:

CHANGJUN YUE, M.D., PH.D.

September 7, 2007, 12:30 p.m.




**EDMONDSON**

Reporting & Video, Inc.

2119 3rd Avenue North, Suite 205
Birmingham, Alabama 35203

**CONDENSED TRANSCRIPT**

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

## Page 2

```
 1        S T I P U L A T I O N S
 2        IT IS STIPULATED AND AGREED, by and
 3   between the parties through their respective
 4   counsel, that the deposition of:
 5        CHANGJUN YUE, M.D., Ph.D.
 6   may be taken before Lisa Bailey, CCR, Notary
 7   Public, State at Large, at Burr & Forman, 3100
 8   Wachovia Tower, 420 North 20th Street,
 9   Birmingham, Alabama, on September 7, 2007
10   commencing at approximately 12:30 p.m.
11        IT IS FURTHER STIPULATED AND AGREED
12   that the signature to and reading of the
13   deposition by the witness is not waived, the
14   deposition to have the same force and effect
15   as if full compliance had been had with all
16   laws and rules of Court relating to the taking
17   of depositions.
18        IT IS FURTHER STIPULATED AND AGREED that
19   it shall not be necessary for any objections
20   to be made by counsel to any questions, except
21   as to form or leading questions, and that
22   counsel for the parties may make objections
23   and assign grounds at the time of the trial,
24   or at the time said deposition is offered in
25   evidence, or prior thereto.
```

## Page 3

```
 1        A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4   Mark Allen Treadwell, Attorney
 5   OLIVER-TREADWELL
 6   129 West Columbus Street
 7   Dadeville, Alabama  36953
 8
 9   FOR THE DEFENDANT:
10   Michael Lucas, Attorney
11   BURR & FORMAN
12   3100 Wachovia Tower
13   420 North 20th Street
14   Birmingham, Alabama  35203
15
16
17   Court Reporter:
18     Lisa Bailey, CCR
19     EDMONDSON REPORTING & VIDEO, INC.
20     2119 3rd Avenue North, Suite 205
21     Birmingham, AL  35203
22
23
24
25
```

## Page 4

```
 1           EXAMINATION INDEX
 2   BY MR. TREADWELL          5
 3
 4           EXHIBIT INDEX
 5
 6   Plaintiff's
 7   1   Defendant's Bates stamp 75      14
 8       through 82
 9
10   2   Defendant's Bates stamp 75      14
11       through 82 (retyped)
12   3   U.S. Labs reference number      27
13       AGU05-002338
14
15   4   U.S. Labs reference number      28
16       AGU05-002338 result sheet
17   5   Bates stamp 50 through 55       38
18   6   Reference number AGU05-02613      40
19   7   AGU05-2612                 46
20
21
22
23
24
25
```

## Page 5

```
 1        I, Lisa Bailey, a court reporter of
 2   Birmingham, Alabama, and a Notary Public for
 3   the State of Alabama at large, acting as
 4   commissioner, certify that on September 7,
 5   2007 pursuant to Rules of Civil Procedure and
 6   the foregoing stipulation of counsel, there
 7   came before me at Burr & Forman, Birmingham,
 8   Alabama, Changjun Yue, M.D., Ph.D., witness in
 9   the above cause, for oral examination,
10   whereupon the following proceedings were had:
11
12        CHANGJUN YUE, M.D., Ph.D.
13   being first duly sworn, was examined and
14   testified as follows:
15
16           EXAMINATION
17   BY MR. TREADWELL:
18        Q.  Dr. Yue, I'm Mark Allen Treadwell.
19   I represent Ms. Loftin in this lawsuit that's
20   been filed. I'm going to ask you some
21   questions about your background and more
22   specifically your job function with U.S. Labs
23   and also with regard to particular matters
24   made the basis of this lawsuit.
25        A.  Okay.
```

2 (Pages 2 to 5)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

**Page 6**

1    Q. If I ask you a question that you
2 don't understand, just ask me to repeat it or
3 rephrase it.
4    A. All right.
5    Q. Otherwise, I'll assume you're
6 answering the question exactly as asked. If
7 you need to take  a break, if you need to
8 confer with Mr. Lucas, just let me know and
9 we'll take a pause.
10    A. Okay.
11    Q. Who is James A. Thompson, M.D.,
12 Ph.D.?
13    A. He was our former medical director.
14    Q. Who serves in that role currently?
15    A. Currently it's Jeff Savala.
16    Q. Would you spell his last name?
17    A. S-A-V-A-L-A.
18    Q. Dr. Yue, how long have you been
19 employed with U.S. Labs?
20        Let me ask you this. What is the
21 name of the company you work for?
22    A. The company actually we work for is
23 called U.S. Medical Associates because in
24 California the law prohibits, you know,
25 commercial lab hire M.D.

**Page 7**

1    Q. Do you provide consulting services
2 or medical services for a company known as
3 U.S. Labs Fountain Valley, Inc.?
4    A. Fountain Valley Inc., correct. It
5 should be Irvine.
6    Q. Irvine?
7    A. Yes.
8    Q. I guess do you -- so you're not an
9 employee of U.S. Labs Irvine, Inc., correct?
10    A. Correct.
11    Q. And you are an employee of U.S.
12 Medical Labs --
13    A. U.S. Medical Associates. This
14 group are of the pathologists that are working
15 here.
16    Q. And apparently there's some
17 contractual arrangement between U.S. Medical
18 Associates and U.S. Labs for y'all to provide
19 medical and pathological consulting services
20 for that company; is that correct?
21    A. Correct.
22    Q. But you actually get paid by U.S.
23 Medical Associates; is that correct?
24    A. Correct.
25    Q. Dr. Savala, did I say that

**Page 8**

1 correctly?
2    A. Yes.
3    Q. Is he an employee of U.S. Medical
4 Associates?
5    A. Yes.
6    Q. Is he an employee of U.S. Labs
7 Irvine, Inc., if you know?
8    A. No. He shouldn't, because in
9 California you cannot be an employee of the
10 company.
11    Q. The medical technicians or
12 technologists that perform work for U.S. Labs,
13 do they actually work for U.S. Labs, or do
14 they work for U.S. Medical Associates?
15    A. They work for U.S. Labs.
16    Q. Do you have, as a consulting
17 pathologist working for U.S. Medical
18 Associates, have any supervisory role to play
19 over those technologists working for U.S.
20 Labs?
21    A. Yes, we do.
22    Q. You supervise their work; is that
23 correct?
24    A. Yes.
25    Q. And you have the responsibility for

**Page 9**

1 making sure that their work is performed in
2 accordance with standard practices and
3 procedures for pathological consulting
4 laboratories; that would be correct?
5    A. Yes.
6    Q. Describe for me what your other job
7 functions are as a consulting physician
8 pathologist for U.S. Labs.
9    A. Say it again. I'm sorry.
10    Q. Can you tell me what your job
11 responsibilities are as a consulting physician
12 pathologist --
13    A. Oh, my job. I am a board certified
14 anatomic pathologist in both anatomic
15 pathology and clinical pathology with a
16 subspecialty in hematopathology.
17    Q. Hematopathology?
18    A. Right. Mainly dealing with the --
19 because this lab is the biggest lab in this
20 nation dealing with flow cytometry [phonetic]
21 for the diagnosis of lymphoma leukemia. So
22 I'm -- my subspecialty is hematopathology.
23 And also I have a subspecialty of the
24 molecules, genetics pathology. I'm going to
25 take the board exam in the coming September

3 (Pages 6 to 9)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 10

1 25th.
2      Q. Let me stop you there, Doctor. And
3 I'm not trying to be funny, but I've read your
4 resume and it's impressive. Now, what I'm
5 asking is what do you do in terms of your job
6 in supervising the technologists and the
7 technicians that work for U.S. Labs?
8      A. Here we mainly find both consult
9 cases and also we -- actually the lab SOP
10 procedure, they have a separate system to
11 monitor the technicians.
12      As a medical group we only join
13 them and provide them with, you know, the
14 medical parts. So because there was a
15 technical part and a medical parts, we just
16 want, you know, every procedure -- both the
17 SOP so that's basically the role of medical
18 director's job. And we staff pathologists
19 just want to make sure, you know, they provide
20 the data to us correct and make sense and is
21 clinically sound.
22      Q. Do you have any responsibility for
23 training technicians and technologists, you
24 yourself?
25      A. I don't do it.

Page 11

1      Q. Who does?
2      A. The training system, there's the
3 lab has a separate supervisor and they have
4 their own hierarchy system. And they have
5 their separate certification system.
6      Q. Okay. Doctor, as I understand --
7      MR. TREADWELL: And Mr. Lucas,
8 correct me if I'm wrong -- we're not calling
9 him as a 30(b)6 so he can't answer any
10 questions on behalf of U.S. Labs. Would that
11 be correct?
12      MR. LUCAS: Yeah, he might can
13 answer any questions you want. But, I mean,
14 we're just putting him up individually.
15      MR. TREADWELL: I understand.
16 BY MR. TREADWELL:
17      Q. Dr. Yue, let me ask you this. You
18 have some experience with Fluorescence In Situ
19 Hybridization studies?
20      A. Yes.
21      Q. And the analysis of those studies
22 and the interpretation and compiling results
23 of those type studies?
24      A. Yes.
25      Q. And that is a service or a

Page 12

1 diagnostic -- excuse me, that would be a
2 laboratory test that's been performed by U.S.
3 Labs?
4      MR. LUCAS: Object to the form.
5 But you can answer.
6      Q. Go ahead.
7      A. Yes.
8      Q. And as part of U.S. Labs performing
9 those tests, it utilizes a product called
10 Vysis UroVysion; is that correct?
11      A. Yes, UroVysion. Yes.
12      Q. Are you familiar with the UroVysion
13 test protocol?
14      A. Yes.
15      Q. And have you had an opportunity
16 either in preparation for this deposition or
17 just as part of your general medical practice
18 to understand and study the testing procedures
19 and protocol as prescribed by the manufacturer
20 of the Vysis UroVysion system?
21      A. Yes.
22      MR. TREADWELL: Mr. Lucas, I
23 guess the best way to do this is when I start
24 getting to these exhibits, I'll just refer to
25 them as y'all's Bates stamp markings. Does he

Page 13

1 have copies of them?
2      MR. LUCAS: You're referring to,
3 like, the test reports? He has copies of them
4 we can probably just tell --
5      Dr. Yue, if we're going to refer
6 to the test reports, the FISH test reports, is
7 there a number, or would you just like us to
8 say like right kidney and a date, or what
9 would be the best way to do that?
10      THE WITNESS: There is a U.S. Lab
11 reference number starting with HEU 05.
12      MR. LUCAS: Okay.
13 BY MR. TREADWELL:
14      Q. Doctor, let me ask you some general
15 questions about the test protocol.
16      A. Okay.
17      Q. And I'm going to refer to a
18 document provided to me by Mr. Lucas' office.
19 And I'm going to be looking at Defendant's
20 Bates stamp numbers 83 through 124.
21      MR. LUCAS: I think that you
22 would know that as the package insert.
23      THE WITNESS: Okay.
24      MR. LUCAS: Now, do you have
25 that?

4 (Pages 10 to 13)

Page 14

1       THE WITNESS: The package insert,
2 yeah.
3       MR. LUCAS: What he has may be in
4 a different format than what you have.
5 BY MR. TREADWELL:
6       Q. Let me tell you what I've got,
7 Dr. Yue. I've got what appears to me to be
8 the actual packet insert, which is Defendant's
9 Bates stamp 75 through 82. And I'm going to
10 mark that as Plaintiff's Exhibit Number 1.
11       (Plaintiff's Exhibit Number 1
12       was marked for identification.)
13       Q. And I'm also going to mark what's
14 been Bates stamped 83 through 124 as
15 Plaintiff's Exhibit Number 2.
16       (Plaintiff's Exhibit Number 2
17       was marked for identification.)
18       A. Which part are you going to refer
19 to?
20       Q. Well, I'm just identifying what I
21 think is correct is Plaintiff's Exhibit Number
22 1 appears to be an actual copy of the package
23 insert.
24       MR. LUCAS: It has two columns on
25 a page.

Page 15

1       A. Can you tell me the page number?
2       Q. Well, I haven't gotten one yet.
3       A. Okay.
4       Q. And also Plaintiff's Exhibit Number
5 2, which I think is basically a retyped
6 version of the actual package insert. And I
7 may be wrong about that.
8       MR. TREADWELL: And if you know,
9 Mr. Lucas, tell me, but I've read both of
10 them. And they look to be verbatim.
11       MR. LUCAS: Plaintiff's Exhibit 2
12 is like a 42-page document, Dr. Yue.
13       THE WITNESS: 42 -- yeah. The
14 UroVysion bladder cancer test.
15       MR. LUCAS: Right.
16 BY MR. TREADWELL:
17       Q. It's got a designation down at the
18 bottom that says UroVysion package insert
19 draft dated 01/19/2005.
20       A. Uh-huh.
21       Q. Dr. Yue, I'll ask you, is this the
22 testing procedure and information utilized by
23 U.S. Labs to perform the FISH analysis on
24 Debra Loftin?
25       A. Yes.

Page 16

1       Q. Doctor, I'm just a lawyer so I
2 don't know how to do a FISH test. Tell me how
3 to do it.
4       A. Yeah.
5       Q. Can you tell us how to do it?
6       A. Can I tell you how to do it?
7       Q. Yes, sir.
8       A. Basically a FISH test is pretty
9 complicated. But actually the principle is
10 pretty simple because, you know, every cell,
11 human cell, comes with genetic material called
12 DNA. The DNA is the molecule -- that's
13 collected all your genetic information there.
14 Okay. The DNA is the double helix. There are
15 two genes that combine to each other
16 performing like a double helix and twist it
17 like a hoof. FISH testing -- the reason they
18 bind together is because chemically they have
19 a covalence balance -- a chemical balance.
20 Okay. So the FISH test is we try to use a
21 probe. What is a probe? A probe is another
22 fragment of DNA. We try -- we know the
23 sequence. We try to relabel the probe, the
24 short fragments of DNA using color or
25 florescence. So you go there and you FISH --

Page 17

1 particles --
2       COURT REPORTER: I didn't
3 understand that.
4       MR. LUCAS: Dr. Yue, can you
5 repeat that.
6       A. When you use colors or florescent
7 labeled short fragment of DNA we call the
8 probe, and FISHing, to FISH for particle
9 fragments of a DNA of the chromosome. If
10 matter are going to bind together, you will
11 see the signal. If it's not there, then you
12 will not see the color or the signals.
13       Q. Doctor, I got the part about the
14 DNA. I got the part about the double helix.
15 And I got the part about basically staining
16 samples on a microscope slide. Have I said it
17 correctly so far?
18       A. Yes.
19       Q. And you used various reagents in
20 preparing those slides that will give a color
21 or florescence that you can actually view on a
22 microscope; is that correct so far?
23       A. Yes.
24       Q. And you are looking for an
25 absorption or covalent bonding of the reagents

5 (Pages 14 to 17)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 18

1 on particular chromosomes on those
2 transitional epithelial cells; is that
3 correct?
4     A. Yes, it's -- yes, actually it's a
5 short DNA fragment, yes.
6     Q. And essentially what this test does
7 is it has preidentified at least three
8 chromosomes -- and I don't know how to say
9 this except they are identified in Plaintiff's
10 2 on page one as chromosomes 3, 7, and 17.
11 And this picks up some sort of florescent dye
12 as a bonding to those chromosomes
13 intracellular; is that correct?
14     A. Yes.
15     Q. And then the technician actually
16 puts the prepared slides on and he has or she
17 has to count and see what they see?
18     A. Right.
19     Q. Now, in terms of identifying the
20 cells, is there any special microscope that
21 must be used?
22     A. Correct.
23     Q. What kind of microscope?
24     A. It is a florescent microscope. You
25 use a special scope with a certain lens and

Page 19

1 also certain filters so you can see different
2 color.
3     Q. Does it require a special bulb?
4     A. It requires -- I'm sorry?
5     Q. Does it require a special type bulb
6 to illuminate the field of vision?
7     A. Yeah. Actually they are all
8 general -- yes, you are right, special bulb.
9     Q. What kind of bulb?
10     A. It's a -- gosh, I forgot the name.
11 It's different from our ordinary light bulb
12 because it can generate certain prevalence of
13 light.
14     Q. Well, I'm going to go to the
15 product insert. And it says, Excitation light
16 source, and that's on page two of the insert.
17 And I'm on Plaintiff's Exhibit Number 1, Bates
18 stamped number 76. It says, Excitation light
19 source. That would be the bulb, wouldn't it?
20     A. Yes, because excitation means any
21 light you give to the molecule to stand out --
22 you know, this will require, you know, little
23 bit of physics to understand it. In the
24 molecule when it captures the light, the light
25 molecules, then it begins to export energy so

Page 20

1 we jump to the high level to set up at a
2 certain stage. This process is called
3 excitation. And any light that can give this
4 kind of extra energy, it's called excitation
5 light.
6     Q. All right. Now, in performing the
7 analysis do you as a clinical pathologist
8 actually look -- view every slide?
9     A. No.
10     Q. Why not?
11     A. That's impossible because this is
12 -- number one, this is a reference lab. We
13 use -- we used to have extra slides, but it
14 depends. Not every case. We sometimes are
15 provided the urine specimen. So you can
16 correlate the FISH result with the urine
17 specimen. Sometimes there's a slide
18 provided. Sometimes the client did not
19 provide that. So we cannot see -- we cannot
20 see the slide.
21     Q. Okay. Let's go back to how you do
22 this test procedure. I would assume -- and
23 I'm not trying to guess, so correct me if I'm
24 wrong -- that there's some practice or policy
25 or procedure that U.S. Labs uses to receive

Page 21

1 and identify each specimen that has been
2 presented for FISH analysis, correct?
3     A. Yes.
4     Q. And that's given some sort of
5 identification number, and that identification
6 number stays either with the sample or the
7 slide or the resulting report; would that be
8 correct?
9     A. Right, here -- let's briefly give
10 you on how the test is done here. To U.S.
11 Labs we just like a big manufacturer. It's a
12 big reference lab. When the specimen first
13 arrives, there is the department called
14 logistics. They're going to label the
15 specimen with the computer label for the first
16 time they're going to enter into the computer
17 system. So from that moment this specimen
18 will be put in the identification a unique
19 number for itself. And associate with number
20 with all the tests being ordered. And then
21 according to that the computer system will
22 tell the next step where the specimen will
23 go. For the FISH test they go to the FISH
24 department. In the FISH department, all the
25 technicians, they will get the specimen and

6 (Pages 18 to 21)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 22

1 prepare it according to the standard protocol,
2 SOP. Each lab, they have, whether it's the
3 flow lab or FISH lab, they have their
4 procedure, standard procedure, SOP. So all
5 personnel are trained to follow all the
6 standard procedures. And they process the
7 specimen, you know, like stain it, prepare the
8 slide, they give all the slides the label, you
9 know, during the process with the particles.
10 So after the slide has been prepared, they
11 give it to the technologist which is -- a lot
12 of technologists there within a huge big dark
13 room. So they give it to them. The
14 technologists will analyze it.
15     Now, there are different FISH
16 tests. Here we're only talking about the
17 UroVysion. There are a lot of other FISH
18 tests. For UroVysion the technologist will
19 analyze the slide according to the protocol --
20 according to the protocol which is made
21 exactly like according to the instructions of
22 the users. And they will analyze the slide.
23 If it's negative, they will let it go. If
24 it's positive, a second technologist will be
25 called upon to verify that. And after

Page 23

1 everything is done and they enter the result
2 into the system of UroVysion, and this report
3 will be in the computer and the computer -- at
4 the same time the pathologist can see it also
5 from the office because everything is on-line
6 -- if there's this light, we will correlate
7 with the urine specimen. If there's not, we
8 simply sign it out.
9     During this process we have to
10 verify that if it's a positive or negative or
11 how they score it or what is it, you can check
12 it because all the results are logged into --
13 are on the computer.
14     Q. I got that I think, Doctor. Let me
15 ask you some specific questions about what you
16 just described for us.
17     A. Uh-huh.
18     Q. Once a -- let's take, for example,
19 that the sample is urine, okay, in a
20 container, a specimen container.
21     A. Uh-huh.
22     Q. And that specimen container upon
23 receipt by U.S. Labs would be given what's
24 called an accession number?
25     A. Right.

Page 24

1     Q. And that accession number with a
2 bar code label is placed on the sample,
3 correct?
4     A. Correct.
5     Q. And then that excision number
6 follows that sample throughout its lifetime
7 with U.S. Labs?
8     A. Uh-huh, yes.
9     Q. Now, once that sample and ordering
10 information -- in other words, urine for what
11 type test, that would go to the appropriate
12 department. And in these instances we're
13 talking about the FISH department or
14 cytotechnology?
15     A. It's in the computer. Everything
16 in the computer.
17     Q. But the sample ultimately makes its
18 way to the appropriate lab. And in this
19 instance we're talking about the FISH lab?
20     A. Yes, there's the -- we have also a
21 courier department. Those courier
22 departments, they have a scanner, handheld
23 scanner, so when they scan the sample,
24 immediately it show up what kind of specimen
25 it is and where it should go, what kind of

Page 25

1 test should be done. They're going to send it
2 to the proper department.
3     Q. Okay. Now, when the sample, the
4 urine sample, actually arrives at the
5 laboratory that's going to perform the FISH
6 analysis, the technicians have certain things
7 they have to do to prepare that sample for a
8 microscopic examination?
9     A. Right.
10     Q. And that preparation would be
11 covered in the standard operating procedure
12 for the UroVysion test, correct?
13     A. Yes.
14     Q. Now, once the slide is prepared,
15 what happens to the urine specimen?
16     A. What do you mean?
17     Q. Throw it in the garbage can, throw
18 it in the sink, save it for a period of time?
19 What happens to the specimen?
20     A. You mean after analysis?
21     Q. Well, I want to know what happens
22 to the specimen after the slide is prepared.
23     A. After the specimen is -- sometimes
24 the urine is used up. If it's used up, the
25 specimen will dispose to the -- dispose to the

EDMONDSON REPORTING & VIDEO, INC.
Email: Edmondsonrpting@bellsouth.net          Phone 205.324.2333  Fax 205.324.2377

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 26

1 hazard, you know, biohazard garbage can. And
2 if it's something left over, they're going to
3 keep it there for a few days. It quite
4 depends on what kind of specimen.
5     Q. I understand that. And specimens
6 are urine washes, some bring you the clean
7 cath or catheterized urine, and some are
8 actual cell preps, correct?
9     A. Yes.
10     Q. Now, once the slides are prepared
11 and the technician puts it under the
12 microscope and analyzes that particular
13 sample, what happens to the slide?
14     A. What happens is, number one, the
15 slide has to be read immediately because this
16 is a fluorescent label, the slide. You know,
17 the fluorescent dye, they have a shelf time
18 because gradually -- it has to be covered, has
19 to be stored in the dark because gradually the
20 fluorescence will be gone away. So they have
21 to analyze it right away.
22     Q. Okay.
23     A. They try to keep it for a few days
24 until the shelf life -- the fluorescent dye is
25 gone.

Page 27

1     Q. Thank you, Doctor. Now, I want to
2 refer you to the first analysis done on
3 Ms. Loftin. It's U.S. Labs reference number
4 AGU05-002338.
5     A. Okay.
6     Q. I'm going to mark this as
7 Plaintiff's Exhibit Number 3.
8     A. Yes.
9     (Plaintiff's Exhibit Number 3
10       was marked for identification.)
11     MR. TREADWELL: And, Mr. Lucas,
12 just for your convenience this is Bates stamp
13 number 16.
14     Q. And I'm also going to mark as
15 Plaintiff's Exhibit Number 4 the same test
16 that has -- well, I'm not sure what it's
17 called but it has all the --
18     A. You can give me the number.
19     Q. Well, it's the same test, but it
20 has the pages one and two that have actually
21 the slides or -- excuse me, each nucleus and
22 what numbers are seen and what the result is.
23 And it's got electronically signed by Dr. Yue,
24 M.D., Ph.D.
25     A. I guess that's the result. You're

Page 28

1 talking about the result sheet.
2     Q. Yes, sir. There's a report sheet
3 and I guess there's the result sheet.
4     A. Yes, we provide you both. Yes.
5 Okay.
6     (Plaintiff's Exhibit Number 4
7       was marked for identification.)
8     Q. Let's look at Plaintiff's Exhibit
9 Number 3, and you're looking with me on
10 reference number 2338, correct?
11     A. Correct, which I sign it out.
12     Q. Okay. Kind of at the top and to
13 the right is a blackened square. And I'm --
14     A. That's a picture.
15     Q. That's a picture of the actual
16 cells themselves, correct?
17     A. Yes.
18     Q. And it -- and on the
19 black-and-white copy you just can't tell much
20 from it, can you?
21     A. Yeah, yeah. Sorry about that.
22     Q. Are you looking at a color copy?
23     A. Yes, you have to see the color copy
24 to -- actually this is just kind of marketing
25 strategy the company put there.

Page 29

1     Q. Let me ask you this, Dr. Yue. On
2 this particular test did you look at the slide
3 prepared from this specimen?
4     A. You mean the real slide?
5     Q. The real slide, using the real
6 microscope?
7     A. No, I didn't.
8     Q. Why not?
9     A. Because the urine specimen is not
10 available for this one. This isn't -- I
11 didn't get this slide for this patient.
12     Q. Okay. Who looked at it?
13     A. You mean the FISH results?
14     Q. Yes, sir. Who looked at the slide?
15     A. The FISH result is looked at by the
16 technician.
17     Q. Who is that?
18     A. I have to -- let's see, we have to
19 check the record to see who is the technician
20 who scored this.
21     Q. Well, do you have a record or some
22 sort of document that would tell us who did
23 that examination?
24     A. Yes, definitely.
25     Q. Okay. If you can find it and tell

8 (Pages 26 to 29)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 30

1  me what I need to look for, I'll try and find
2  it too.
3      A.  Okay.  So you want it right now?
4      Q.  Well, let's see.  Yes, sir, I guess
5  so.
6      MR. LUCAS:  Dr. Yue, this is
7  Mr. Lucas.  Is there some source or something
8  you have to go check to find out who this is?
9      THE WITNESS:  Yes.  Actually,
10 let's see on the FISH lab reference there I
11 have to refer to, to check out who is the
12 technician who analyzed this.
13     MR. LUCAS:  You don't have a
14 piece of paper in front of you that has that
15 right now?
16     THE WITNESS:  No.
17     MR. LUCAS:  Why don't you just
18 get that name and you can call me or e-mail me
19 and send it to me.
20     THE WITNESS:  Okay.
21     MR. LUCAS:  And I can supply that
22 to Mr. Treadwell.  Is that all right?
23     MR. TREADWELL:  That's okay.
24 BY MR. TREADWELL:
25     Q.  I just want to know the name of the

Page 31

1  person.  I guess you can't tell me the name of
2  the person based on the documents you have in
3  front of you that relate to this lawsuit, the
4  name of the technician that performed the
5  actual visual examination of what we've shown
6  as Plaintiff's Exhibit Number 3, U.S.
7  reference lab 2338.
8      A.  Okay.  I will provide the name.
9  I'm going to ask them to check because
10 everything is in the system.  It's in the
11 computer system.
12     Q.  Okay.  I tell you what, while
13 you're checking for the name of the person
14 that did it, I need to know the name of the
15 second technician that confirmed it based on
16 what you said was the standard operating
17 procedure.
18     A.  Right.  Okay.  I'll do that.
19     MR. LUCAS:  Mark, do you want
20 that for all four of them?
21     MR. TREADWELL:  Uh-huh.
22     MR. LUCAS:  Dr. Yue, when you do
23 that, can you check on it for all four of the
24 tests, the four FISH tests?
25     THE WITNESS:  Okay.

Page 32

1      MR. LUCAS:  Thank you.  And,
2  Dr. Yue, Mr. Treadwell is just looking through
3  some of his papers to determine questions to
4  ask, which is common in a deposition.  That's
5  why there's not a question being asked.
6      MR. TREADWELL:  Have you got
7  somebody looking for the name of that
8  technician?
9      MR. LUCAS:  I thought he was
10 going to do that after just --
11     MR. TREADWELL:  Let me just ask
12 it this way.
13 BY MR. TREADWELL:
14     Q.  Whoever read the slide the first
15 time and whoever confirmed it, what can you
16 tell us, Dr. Yue, without having looked at the
17 slide yourself that they were correct?
18     A.  Say it again.  I'm sorry.
19     Q.  Yes, sir.  How do you know that the
20 two people that looked at it that reported
21 these results were correct if you didn't look
22 at the slide yourself?
23     A.  Right.  I didn't look at the
24 slides, correct.
25     Q.  How do you know they were right?

Page 33

1      A.  Number one, all those technicians
2  here are highly trained.  Most -- that is the
3  most -- probably they are the most experienced
4  technicians in this nation.  And we build that
5  confidence through the working experience.  As
6  a pathologist it's impossible for us to do
7  everything because this is one of the largest
8  reference labs in this nation, highly
9  specialized.  We have lots and lots of
10 specimens to process.  In such a lab
11 everything is highly specialized.  Medical
12 staff are responsible for the medical part,
13 and the technicians are responsible for the
14 technical parts.
15     All the technicians here, they are
16 certified.  They have their certification
17 system and are the most experienced.  And also
18 the lab follow very strict QC process.  It's
19 not like a university or some special small
20 lab.  You know, one person do all the things.
21 No, here one person may only do a few things
22 in their life.  So, you know, my confidence
23 just build up from the working experience.
24     Q.  Thank you, Doctor.  Let me go into
25 some detail about this test report and the

9 (Pages 30 to 33)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

### Page 34

1 test results. You electronically signed this
2 as an abnormal profile?
3   A. Right.
4   Q. What is that based on?
5   A. Based on for my result -- you have
6 the sheets, right?
7   Q. I do.
8   A. In this case they cultured 13
9 cells. See that.
10   Q. I see that.
11   A. Four of them are abnormal labeled.
12 The cell number, the nuclear number 9, 11, 12
13 and 13, right, that's abnormal. Why it's
14 abnormal? See, normal means the number should
15 be two, which is the normal human -- the
16 number of human chromosomes. So in those
17 cells see the CEP3. CEP3 is the centimeter
18 marker for chromosome three. So CEP here
19 represents a centimeter.
20   Q. Let me ask you this, Doctor. On
21 this report there's no information about who
22 actually viewed the slide, correct?
23   A. Right. On the report we didn't put
24 that because -- but on the computer system all
25 the information is being stored there and

### Page 35

1 associated with the case.
2   Q. Where are the results of the
3 confirmation?
4   A. Say it again. I'm sorry.
5   Q. Where are the results of the second
6 technologist confirming abnormal cell
7 configurations?
8   A. The result -- they have document it
9 in the lab.
10   Q. Well, did you look at that?
11   A. I didn't look at that.
12   Q. Why not?
13   A. Because this -- we suppose -- this
14 is the standard procedure. You can report
15 abnormal -- I know there must be second
16 technologist to verify that. Otherwise this
17 result cannot reach me.
18   Q. I understand that. But where is
19 the document that says the second technician
20 reviewed the same slide as the first
21 technician and also found at least four
22 abnormal florescent chromosomes?
23   A. It's kept in the lab, the document.
24   Q. Is it something that you could put
25 your hands on?

### Page 36

1   A. Can you clarify that? What do you
2 mean?
3   Q. I mean, is that something that
4 somebody can print out on a printer or off of
5 a computer that documents that a second
6 technician viewed the same slide with the same
7 test number and found what they considered to
8 be at least four abnormal chromosomes
9 fluoresced and four separate nuclei?
10   A. Let me a little bit explain the
11 detail in the procedure so that you better
12 understand.
13   Q. I tell you what, Doctor. Let me
14 just ask the question. Is there a document or
15 a piece of paper that confirmed that the
16 second technician viewed this same slide to
17 confirm at least four abnormal chromosomes
18 that fluoresced?
19   A. They should have -- they should put
20 their initials into the computer system as the
21 evidence for proof.
22   Q. And is that a document that is
23 readily retrievable for somebody at U.S. Labs?
24   A. Oh, yeah, of course. The QC
25 system, they have to do that. The reason is

### Page 37

1 that because the slide for each department
2 there's only one slide. So if you read the
3 slide, the second person has to read the same
4 slide. And, you know, they have to scan it
5 from the beginning until you see according to
6 the protocol and -- until you see enough
7 cells. If the second person confirm it --
8 according to the SOP, the standard procedure,
9 if the second person confirm it, then they can
10 call it a positive or abnormal profile and let
11 it go out to the pathologist.
12     Otherwise, they're going to -- if
13 there's a dispute, they're going to have --
14 the lab will have a higher rank -- you know,
15 the lab directors will go there and they have
16 a discussion. And then if they have a further
17 concern, they're going to bring the question
18 to the pathologist to discuss how to define
19 this report.
20   Q. Okay. I want to kind of change
21 gears a little bit. And I'm going to mark as
22 Plaintiff's Exhibit Number 5 a document that's
23 called UroVysion Case Review.
24     It's document number FISH-SG-068.
25 Department Name, FISH.

10 (Pages 34 to 37)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 38

1          (Plaintiff's Exhibit No. 5
2      marked for identification).
3          MR. TREADWELL: Mr. Lucas, for
4  your convenience, it's Bates stamp 50 through
5  55.
6      Q.  Do you have a copy of that
7  procedure, Doctor?
8      A.  Which one are you talking about?
9      Q.  It's the SOP for UroVysion case
10 review.
11     A.  I didn't prepare that.
12     Q.  Got that one ready?
13     A.  I don't have the SOP in front of
14 me.  So you'll -- could you hold on a second?
15     Q.  Sure.
16     A.  I can ask them to scan me that.
17     Q.  All right.  As you're asking them
18 to do that, will it take you long?
19     A.  I don't know.  Probably, let's see,
20 10 minutes or 20 minutes.  It should be --
21     Q.  Well, Doctor, I think it's kind of
22 unfair for me to ask you a question about a
23 document that you don't have in front of you.
24 So what I want to do is see if you can get
25 that or if you can tell me the name of a

Page 39

1  document that describes the procedure for a
2  FISH analysis using the UroVysion kit, the
3  procedure that calls for a second technologist
4  to confirm the results.  Because I'm looking
5  at the UroVysion case review, and I don't see
6  it in there.
7      A.  I have to make it clear about
8  this.  Number one, for FISH tests there's no
9  such requirement.  This is only these labs
10 extra caution for the QC purpose we added
11 ourself.
12     Q.  You told me a little while ago that
13 it was a standard procedure.  And you're
14 saying now it's not part of a written
15 procedure?
16     A.  Right.  This procedure is not
17 required by the UroVysion kit.  It's just our
18 lab extra QC procedure.
19     Q.  All right.  But it's not in
20 writing; is that correct?
21     A.  That part I'm not sure.  Yeah,
22 probably did -- this process had been
23 implemented for many years there.
24     Q.  Do you know why they don't have it
25 in writing if it's been there for many years?

Page 40

1          MR. LUCAS:  Object to the form of
2  the question.  You can answer.
3      Q.  If you know.
4          Still there, Doctor?
5      A.  I don't know exactly because I'm
6  not the medical director.
7          (Plaintiff's Exhibit Number 6
8          was marked for identification.)
9      Q.  I understand.  Let's go to the next
10 -- I'm going to mark Plaintiff's Exhibit
11 Number 6, which is the test of Ms. Loftin.
12 It's reference number AGU05-02613.  And
13 Dr. Rahimzadeh, did I say that correctly?
14     A.  Yes.
15     Q.  All right.  She was the pathologist
16 that reviewed this --
17         MR. TREADWELL:  36 through 43.
18     Q.  She was the pathologist that signed
19 and provided the results for this examination?
20     A.  Yes.
21     Q.  This sample was a specimen from the
22 left kidney?
23     A.  Yes.
24     Q.  Doctor, is there any difference in
25 specimen preparation for a cath, clean catch,

Page 41

1  or otherwise voided urine versus a cell
2  barbotage?
3      A.  No.  The process should be the
4  same.  I have to make it clear.  According to
5  the description was only for voided urine.  So
6  anything of that -- sometimes we provide
7  service and interpretation, but we check it as
8  an off-label process.
9      Q.  All right.  Let's go through this
10 test report and test results.  And this was an
11 abnormal profile?
12     A.  Right.
13     Q.  And let's go to the report page.
14     A.  Uh-huh.
15     Q.  That shows that, again, there were
16 14 cells counted.  And there were four cells
17 that were found to be abnormal, excuse me, six
18 cells found to be abnormal?
19     A.  Right.
20     Q.  There is a designation that some
21 cells were ambiguous.  What does that mean?
22     A.  Ambiguous is abnormal.  However,
23 you know, because this test is looking for an
24 aneuploidy of chromosome -- what does
25 aneuploidy mean?  It simply means odd number

11 (Pages 38 to 41)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 42

1 of chromosome. So normal human being contain
2 each chromosome, they have one pair, like
3 chromosome 3 set or whatever, they have one
4 pair, two. But any number other than that is
5 abnormal. But at this particular test it's
6 looking for an aneuploidy. Aneuploidy means
7 you have one extra or a few extra, or in other
8 words, all the numbers should be up. So if
9 you see the three, we call abnormal. Any
10 three or five it called abnormal. But the
11 four is not odd number. It's an even number.
12 What does that mean? This is abnormal, but
13 according to the case interpretation it
14 doesn't fit for the critical pattern.
15 Therefore, they call it ambiguous. Ambiguous
16 means -- meaning I don't know what that means,
17 but it's abnormal.
18    Q. Let's look at the specimen
19 processing form for this analysis. Have you
20 got that?
21    A. Uh-huh. Processing form.
22    Q. Specimen processing form. And it's
23 got through this document some dates. It's
24 got -- kind of down at the bottom of the
25 middle it says, AGT FISH culture code.

Page 43

1    A. AGT?
2    Q. Yes, sir.
3    A. I think that they sent all the
4 documents to you. Let's see, I don't have
5 that form here.
6    Q. Well, it's Bates stamped number 39,
7 I don't know if --
8    MR. TREADWELL: You've got that
9 one?
10    MR. LUCAS: Uh-huh.
11    MR. TREADWELL: He hasn't got it?
12 BY MR. TREADWELL:
13    Q. Doctor, there's some initials in
14 here. Are you familiar with what's called a
15 specimen processing form? It's got U.S. Lab,
16 FISH department at the top of it.
17    A. I don't have that form.
18    Q. You don't?
19    A. I think they provide all the detail
20 information for you to check out so probably
21 sent everything to you.
22    Q. There looks like some initials in a
23 box. The initials appear to be DH and then a
24 slash RF.
25    A. That means there -- that means

Page 44

1 they're the two people's initials.
2    Q. Do you know who DH is?
3    A. I don't know.
4    Q. How about RF?
5    A. I don't know. I'll have to check
6 their initial corresponding to their name.
7    Q. At the bottom there's the result
8 box.
9    A. Uh-huh.
10    Q. And it says, Results reported as
11 abnormal. And it says reviewed by CLS. What
12 does CLS mean?
13    A. CLS must be another person.
14    Q. No, no. This is printed. It
15 doesn't appear to be someone's initials. It
16 appears to be printed. I didn't know if you
17 knew what CLS meant.
18    A. CLS. I don't --
19    Q. And, again, I don't think it's fair
20 for me to ask you questions about a document
21 that you don't have in front of you.
22    A. Yeah, I cannot guess. Typically
23 there were two persons' initials, that means
24 the two persons have examined this slide.
25 Typically that's the way the lab is going to

Page 45

1 document. They should have a -- we call a
2 "traveling document." The traveling document
3 is the paper that is going to go with the
4 specimen wherever, sign it or whatever,
5 they're going to put initials there. Probably
6 you are talking about the traveling document.
7    Q. Doctor, the document --
8    A. That you have there.
9    Q. I'm sorry, Doctor. The one I have
10 here is -- it says AGT FISH culture code.
11 Then tech, colon with a blank. And then the
12 blank spot is where I see the two sets of
13 initials. Now, what does that mean, if you
14 know?
15    A. Well, that's probably the two
16 technicians who -- whoever analyzed this case,
17 they have to put their initials there.
18    Q. What does AGT FISH culture code
19 mean?
20    A. AGT, I'll have to look at it.
21    Q. Okay.
22    A. I'm sorry.
23    Q. That's fine.
24    I want to go to the next test that
25 was done on the same day if I can put my

12 (Pages 42 to 45)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 46

1  fingers on it. Doctor, the next one I want to
2  refer you to is AGU05-2612. That will be
3  Plaintiff's Exhibit Number 7.
4      (Plaintiff's Exhibit Number 7
5      was marked for identification.)
6      A. Yes.
7      Q. This was an abnormal profile
8  reported by Dr. Rahimzadeh?
9      A. Rahimzadeh.
10     Q. Rahimzadeh?
11     A. Yeah.
12     Q. Thank you. And on the results
13 sheet --
14     A. Uh-huh.
15     Q. There were 25 cells identified.
16 You see that?
17     A. Yes.
18     Q. And, again, there were the criteria
19 for abnormal florescence on cells 3, 5, 8 and
20 9.
21     A. Uh-huh.
22     Q. Cells 10 through 25 were normal.
23     A. Right.
24     Q. Why did they count 25 cells on
25 report number 12 and only 14 cells on report

Page 47

1  number 2613?
2      A. That's a good question. According
3  to the protocol, if you find four abnormal
4  cells, you can stop. But four abnormal cells
5  is the threshold or cutoff to call abnormal
6  profile. It quite depends on the technician.
7  Some technicians, they try to be extra
8  cautious because this is not easy to call
9  positive. So to call positive you have to be
10 extra cautious. That's why the lab put in
11 extra person to check out although the
12 protocol do not require that.
13     Now, some technicians, they will
14 scan the whole slide until they find the 25
15 cells, make sure they didn't see additional
16 ones. So they try to -- the four cells, the
17 four are positive. You know, that's why in
18 this case this technician or these two
19 technicians used 25 cells. They can stop when
20 they get four abnormal cells to simply call
21 positive. That's the minimal -- you know,
22 that's the standard of the procedure. Or you
23 can devote your time and try to be extra
24 cautious and scan the whole slide and go up to
25 25 cells.

Page 48

1      Q. Do you have any information in
2  front of you that Dr. Rahimzadeh looked at
3  these two slides on examinations 2612 and
4  2613?
5      A. No, I don't.
6      Q. Do you have an opinion or belief as
7  to whether she did or did not?
8      A. I don't know.
9      Q. Would it be atypical for her to
10 look at a slide for UroVysion?
11     A. I have -- I don't know because, as
12 I told you before, it varies from cases to
13 cases and some client provide extra slides.
14 And some clients do not. So it quite depends
15 on cases.
16     Q. Doctor, I want to refer you back to
17 the product insert.
18     A. Uh-huh.
19     Q. And I want to go to page 19 of 42
20 which is Bates stamped 101.
21     A. So it was just table one?
22     Q. Well, the one that's been retyped
23 is what I'm looking at.
24     MR. LUCAS: It has Table One
25 Troubleshooting Guide on that page.

Page 49

1      A. Okay. Yes.
2      Q. I'm not trying to read this out of
3  context. But can you tell -- I tell you what,
4  let me just ask you this. Where does it say
5  in the product insert in this information
6  that's utilized by U.S. Labs that you only
7  have to identify four abnormal cells?
8      A. On the -- on line four after the
9  title Interpretation of Result.
10     MR. LUCAS: What page are you on?
11     THE WITNESS: 19.
12     A. After the -- there is a table
13 called a troubleshooting guide. After the
14 table there is the -- small -- there is a
15 paragraph title called Interpretation of
16 Results. Do you see that?
17     Q. I've got that.
18     A. On line four, the end of line four,
19 so let's -- I will read this sentence,
20 Analysis continue until either more than or
21 equal to four cells with gains of multiple
22 chromosomes -- see that -- or more than or
23 equal to 12 cells with homozygous loss of 9p21
24 are determined, or until the entire specimen
25 is analyzed.

13 (Pages 46 to 49)

Page 50

1    Q. All right. Let me go back to the
2 first sentence in that paragraph.
3    A. Uh-huh.
4    Q. It says, A minimum of 25
5 morphologically abnormal cells are analyzed.
6 What does that mean?
7    A. This is the -- let's see how --
8 this is their description -- there are a
9 study.
10    Q. Doesn't that say you have to
11 analyze 25 morphologically abnormal cells?
12    A. Yes.
13    Q. Let me ask you this, Doctor. Did
14 that occur on these three tests that we've
15 been talking about for Debra Loftin?
16    A. I'm sorry. Say that again.
17    Q. Did that occur on the three
18 examinations and the three test samples we're
19 talking about on Debra Loftin? That would be
20 --
21    A. No, no, no. Here, this is a
22 minimal of 25 morphologically abnormal cells
23 analyzed, this sentence, this is description
24 of their, their study. This is not a
25 procedure.

Page 52

1    A. No, no. That's the -- no, that's
2 the way it should be understand. Look at the
3 -- the sentence, if you read the whole
4 paragraph you -- let's see, you pick your 25
5 cells. I don't know why the use of 25 is the
6 cutoff. Number one, I don't know where the 25
7 come from. So this is the -- according to my
8 experience, it doesn't make any sense.
9    Q. Well, Doctor, let me -- I'm looking
10 again back at the actual product insert
11 provided by Vysis for a UroVysion bladder
12 detection kit. And this is the two-column
13 real small print copy. And under the same
14 heading that comes under Troubleshooting
15 Guide, it's got Interpretation of Results.
16 And it again says a minimum of 25
17 morphologically abnormal cells are analyzed.
18    A. Uh-huh.
19    Q. Now, is that different than what
20 was retyped and printed for use by U.S. Labs?
21    A. Yes. No, let -- let's read the
22 whole paragraph.
23    Q. I understand that. I don't want to
24 take anything out of context. But what I want
25 to do is for you to explain to me if this test

Page 51

1    Q. That's the interpretation, though,
2 isn't it, Doctor? Isn't it requiring the
3 technician to look at 25 morphologically
4 abnormal cells?
5    A. No. That's not the -- this is
6 actually -- this is not a requirement for --
7 you have to read that whole paragraph.
8    Q. Well, I'm reading it. But I also
9 see that the signal distribution for
10 morphologically abnormal cells showing either
11 a gain of multiple chromosomes and that gets
12 you down to you've got to find more than four
13 of those, of morphologically abnormal cells;
14 is that correct?
15    A. Yeah. So that means you have to --
16 you know. Okay. This sentence, I don't know
17 who wrote this sentence. But this sentence
18 basically means if you count 25
19 morphologically abnormal cells but -- I think
20 that this is a description of their study.
21    Q. Well, is that how the -- is that
22 what the manufacturer says is the way to
23 interpret this analysis?
24        MR. LUCAS: Object to the form of
25 the question. You can answer.

Page 53

1 and interpretation of these results has a
2 sentence that says a minimum of 25
3 morphologically abnormal cells are analyzed,
4 why does it not require the technician to
5 identify 25 morphologically abnormal cells?
6    A. Number one, this is the -- this
7 refers to their positive control, see that.
8 Minimum of 25 morphologically abnormal cells
9 are analyzed. And then the signal
10 distribution for morphologically abnormal
11 cells showing either a gain or loss is
12 recorded.
13        Which this time up to here this
14 is -- they're talking about the positive
15 control. Now, for the specimen, this next
16 sentence says, Analysis continues until either
17 four or more cells would scan or 12 or more
18 cells with loss are detected. Then you're
19 done. You're finished.
20    Q. Are you saying that the paragraph
21 with the heading that says Interpretation of
22 Results, that only applies towards the
23 positive control?
24    A. Yeah.
25    Q. Okay. Show me in the document, in

14 (Pages 50 to 53)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 54

1  the product insert, where it says what the
2  difference between a normal profile and an
3  abnormal profile is.
4      A.  Here, there are -- it's more than
5  four cells.
6      Q.  I thought you said that was for
7  positive control interpretation?
8      A.  No, no, the -- yeah, the positive
9  control.  You have to count morphologically
10  abnormal cells.  And you have to see the
11  following pattern, you know, CEP3 is red;
12  CEP7, green, or CEP17, aqua; and the loss of
13  9p21.  So make sure your probe works.  And
14  then your specimen, you just analyze your
15  specimen until you find four or more cells
16  that you call positive.  If you cannot find
17  it, you have to continue until you finish all
18  of your entire slide.
19      Q.  I'm going to go back through the
20  manufacturer's product insert.
21      A.  Uh-huh.
22      Q.  That I believe you told us a while
23  ago was adopted by U.S. Labs; is that correct?
24          MR. LUCAS:  Object to the form.
25  You can answer.

Page 55

1      A.  Yes.
2      Q.  Now, I'm going -- I'm on page 13 of
3  42.
4      A.  13 of 42.
5          MR. TREADWELL:  Bates stamp 95.
6      A.  Okay.
7      Q.  It just says, Analysis of specimen
8  slides.
9      A.  Uh-huh.
10      Q.  And paragraph number four says, Use
11  the following criteria.  And that's figure
12  one, and it shows you a table on the next page
13  of what to look for.
14      A.  Uh-huh.
15      Q.  To select cells suspicious for
16  malignancy, abnormal morphology?
17      A.  Right.
18      Q.  Based on the criteria of -- figure
19  number one gives you some pictures of what
20  those abnormal cells may look like.
21      A.  Yeah.
22      Q.  Right?  Okay.  And then it goes
23  down on the next page, 14 of 42.  Then it
24  says, Determine the number of signals for all
25  four probes in 25 morphologically abnormal

Page 56

1  cells.  Do you see that part?
2      A.  Yes.
3      Q.  Well, did the technician in these
4  three tests we're talking about today identify
5  25 morphologically abnormal cells?
6      A.  Yeah.
7      Q.  Well, let's go back to Plaintiff's
8  Exhibit Number --
9      A.  Wait, wait.
10      Q.  Did they or did they not?
11      A.  Wait a minute.  This is talking
12  about positive control.
13      Q.  Well, that's not what this product
14  insert says.  It says, Analysis of specimen
15  slides.
16      A.  No, no.
17      Q.  Am I missing something?
18      A.  Yeah.  This is -- they're talking
19  about positive control.  You have to identify
20  the four things, number -- three gain and one
21  loss.  Make sure your probe is working.
22      Q.  I understand that.  I understand
23  the positive control and the negative
24  control.
25      A.  Yeah.

Page 57

1      Q.  I'm going to get to that in a
2  little bit.
3      A.  Yeah.
4      Q.  What I'm talking about right now is
5  the specimen slides, the stuff that
6  Ms. Loftin's body parts are on.  Am I missing
7  something?  Am I in the wrong section of the
8  manual as to how this procedure is to be
9  interpreted?  Am I missing something, Doctor?
10      A.  No.
11      Q.  Okay.  Well, let's go back to
12  Analysis of specimen slides.
13      A.  Uh-huh.
14      Q.  Are you with me?
15      A.  Uh-huh.
16      Q.  It says -- it gives you, like,
17  number three it says how to scan with a
18  microscope, the way you scroll back and
19  forth.
20      A.  Uh-huh.
21      Q.  And then number four it says, Use
22  the following criteria to select cells
23  suspicious for malignancy, morphologically
24  abnormal size.  And it refers you to figure
25  one which is a table that gives you some

15 (Pages 54 to 57)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

| Page 58 | Page 60 |
|---|---|
| 1 diagram of cells, correct?<br>2   A. Right.<br>3   Q. And then it goes on -- and we're<br>4 still on specimen slides, not positive<br>5 control, aren't we?<br>6   A. Uh-huh.<br>7   Q. Okay. And then it goes down to<br>8 number six, Determine the number of signals<br>9 for all four probes in 25 morphologically<br>10 abnormal cells.<br>11   A. Uh-huh.<br>12   Q. Now, were 25 morphologically<br>13 abnormal cells identified on the three tests<br>14 performed for Debra Loftin?<br>15   A. Say that again. I missed your last<br>16 part.<br>17   Q. Were 25 morphologically abnormal<br>18 cells identified for the three tests performed<br>19 on Debra Loftin?<br>20   A. Yes.<br>21   Q. Where is the document that says<br>22 that?<br>23   A. What do you mean by document?<br>24   Q. Let's start with test number 2613.<br>25   A. Okay. 2613. | 1 identify the 25 cells, if you cannot, what<br>2 should you do, you --<br>3   Q. Doctor, I don't know what you<br>4 should do but I'm --<br>5     MR. LUCAS: Let him finish his<br>6 answer, please.<br>7   A. There is a sentence for that and<br>8 complement that, that says if you identify<br>9 more than four abnormal cells, that's<br>10 positive. You stop. So in referring to the<br>11 cases 2613 you got more than enough abnormal<br>12 cells to call positive. And then we stop at<br>13 the cell 14. Why we stop at 14? You know,<br>14 because a lot of ambiguous cells. Otherwise,<br>15 you can stop at four. If you find more than<br>16 four cells theoretically you can stop and call<br>17 it positive. So you don't have to go to 25<br>18 cells. Some patient have more than 25 cells.<br>19 Some patients use -- we're talking about<br>20 urine. You may have only five cells or maybe<br>21 you have four cells there. So what should you<br>22 do? You're going to throw the specimen or you<br>23 stop the test, no. So I -- you know, that's<br>24 why the 25 cell thing is kind of a -- my<br>25 experience, I don't know where the 25 cells |

| Page 59 | Page 61 |
|---|---|
| 1   Q. This says they only identified 14<br>2 cells?<br>3     MR. LUCAS: Object to the form.<br>4   A. Yes, because according to the<br>5 protocol when you identify more than enough<br>6 abnormal cells, you can stop.<br>7   Q. I want to see the document that<br>8 tells me that 25 morphologically abnormal<br>9 cells were identified by the technician.<br>10   A. You don't have to.<br>11   Q. Why not?<br>12   A. Because, well, for most of the time<br>13 -- number one, most of the time the patient<br>14 may not have done -- may not have diagnosed<br>15 enough abnormal cells. Number two, most of<br>16 the time you're dealing with normal profile.<br>17 So according to this if you cannot find 25<br>18 abnormal cells, you cannot perform the test,<br>19 that doesn't make any sense.<br>20   Q. I'm not trying to make sense out of<br>21 it. I'm just reading what the manufacturer<br>22 said and what the procedure is.<br>23   A. Exactly. That's why I try to<br>24 explain how to understand their sentences. So<br>25 the sentence says if -- you try your best to | 1 come from. It kind of an arbitrary number.<br>2 And then, you know, I think the diagnostic<br>3 criteria is four abnormal cells. If you scan<br>4 the whole slide, there's no abnormal cells,<br>5 you call it normal profile.<br>6   Q. Doctor, I want to go back to the<br>7 test number 2338.<br>8   A. 2338?<br>9   Q. Yes.<br>10   A. Okay. Okay.<br>11   Q. And it says in the text results<br>12 that 13 nuclei were identified, correct?<br>13   A. Yes, 13 nuclei.<br>14   Q. And does that mean that 13<br>15 morphologically abnormal cells were<br>16 identified?<br>17   A. Some cells abnormal, some cells may<br>18 not be abnormal.<br>19   Q. Well, let me ask you this then,<br>20 Doctor. Going back to the product insert.<br>21   A. Okay.<br>22   Q. Plaintiff's Exhibit Number 2, page<br>23 15.<br>24   A. 15, okay.<br>25   Q. And does it begin -- let me just |

16 (Pages 58 to 61)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 62

1  ask you, this is also -- these instructions
2  relate to the procedure for a specimen slide
3  and not a control slide?
4      A. Uh-huh.
5      Q. Okay. It says in paragraph number
6  eight --
7      A. I'm sorry. Which page?
8      Q. I'm on page 15 of 42.
9      A. 15, okay.
10     Q. All right.
11     A. Yeah.
12     Q. It says, Record the total number of
13 morphologically abnormal cells viewed.
14     A. Uh-huh.
15     Q. Was that done in these tests?
16     A. Yes. Now, let's stop here for
17 temporarily. Okay. There's a note there. Do
18 you see that?
19     Q. Yes, sir.
20     A. Do you see the notes there?
21     Q. "Though the individual signal
22 counts are not recorded, cells with
23 non-diploid counts having at least one signal
24 for each of the four probes but not fitting
25 the criteria specified in step seven should be

Page 63

1  included." Is there a reason that you --
2      A. See here, there's a note. If
3  morphologically abnormal cells are not readily
4  apparent, then the entire sample should be
5  scanned and the nuclei representing the most
6  morphologically abnormal cells should be
7  scored first. See that?
8      Q. You are in paragraph number seven?
9      MR. LUCAS: Bottom of the page
10 there.
11     A. No, the bottom there's a note.
12 Because as I mentioned before it quite depends
13 on the patient. Some patients, they have lot
14 of abnormal cells, tumor cells, and it's so
15 easy to identify them. But some patients, you
16 know, this is the shedding cells from your
17 bladder or kidney. So you may have very few
18 cells. That's why I said, well, the 25 cell
19 -- they suppose to give you -- they let you
20 scan enough cells to make sure you really see
21 the abnormal cell. That's the purpose.
22     Q. I guess my question will be then,
23 Doctor, in Ms. Loftin's samples were these the
24 only cells identified, period?
25     A. Yes. So, let's see, actually I

Page 64

1  think what you want to find is that if we scan
2  less, then the chances to make a mistake is
3  that Ms. Loftin's case is less positive. It's
4  supposed to be more positive. Is that what
5  you --
6      Q. No, sir, I'm just asking, for
7  example, on Plaintiff's Exhibit Number 3 and
8  then Plaintiff's Exhibit Number 4 the test
9  results 2338, there were 13 cells identified.
10 Is that the total number of cells seen on the
11 slide?
12     A. No. They may not be. But
13 according to the protocol if you see more than
14 four abnormal cells, that's more than enough
15 to call it abnormal.
16     Q. Well, let me ask you this, Doctor.
17 Based on what you've told us it appears that
18 on each of the three tests except for test
19 number 23 -- excuse me, 2613, that there were
20 fewer than 25 morphologically abnormal cells
21 identified?
22     A. It looks like --
23     Q. Is that correct?
24     A. Actually according to our SOP this
25 result, there are two possibilities. Either

Page 65

1  there are more than that or they just stopped
2  there. There may be more than that, but they
3  stopped there because you meet the criteria to
4  call positive, or you know, that's the whole
5  slide they scan. There are only so much cells
6  they can record.
7      Q. Let me refer you to page 20 of 42.
8  And it has up there a section that says,
9  Reason to repeat the assay.
10     A. Yes.
11     Q. "The following are situations
12 requiring repeat assays with fresh specimen or
13 existing slides and the appropriate control
14 slides. Consult the troubleshooting guide,
15 Table One, for probable causes and action
16 needed to correct specific problems."
17     A. Uh-huh.
18     Q. Number one, if one or both of the
19 control slide targets failed to meet the slide
20 acceptance criteria, the specimen results are
21 not reliable and the assay must be repeated.
22 Tell me what that means.
23     A. Which -- I'm sorry. I got lost.
24 Which page?
25     Q. Page 20 of 42.

17 (Pages 62 to 65)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 66

1    A. 20 of 42. Which paragraph?
2    Q. Underneath, Reasons to repeat the
3 assay.
4    A. If one or both of the control slide
5 targets fail to meet the slide acceptance
6 criteria, the specimen slides are not reliable
7 and the assay must be repeated.
8    Q. What does that mean?
9    A. As I told you, the -- because this
10 is a very sensitive test. So, number one, you
11 have to make sure your probe works because
12 it's a hybridization or binding, okay. So if
13 the control targets you do not see the
14 signal pattern described before you come -- on
15 the control slide you count up to 25 cells.
16 But you do not see the colors you suppose to
17 see or the color pattern you suppose to see,
18 that means your control doesn't work. And
19 this -- you cannot record it. You need to
20 repeat because every batch of the specimen
21 holds a corresponding control file.
22    Q. Okay. The next number is if there
23 are fewer than 25 available nuclei, your test
24 is uninformative and the assay should be
25 repeated. Can you explain that to us?

Page 67

1    A. If the samples are too fueled, too
2 hypocellular, maybe you need to repeat it.
3 And this particular report point to the
4 negative result. If a positive result, then
5 this sentence does not apply to that.
6    Q. Why doesn't it?
7    A. The reason is that because you've
8 got more than enough abnormal cells to call
9 positive.
10    Q. But it doesn't say that in the
11 product insert, does it, Doctor?
12    A. I'm sorry?
13    Q. It doesn't say that, does it?
14 That's not what the material says?
15    A. Say what?
16    Q. It just says if there are fewer
17 than 25 available nuclei, the test is
18 uninformative and the assay should be
19 repeated. And that applies to the specimens
20 and the controls, correct?
21    A. Right. Look at the sentence,
22 okay? If there are fewer than 25 evaluable
23 nuclei, the test is uninformative. What does
24 that mean? If you can make a positive call,
25 is that uninformative? No.

Page 68

1    Q. Doctor, I'm just reading what the
2 product insert says. And you're telling me it
3 means something different than what the plain
4 words say?
5    MR. LUCAS: Object to the form of
6 the question, but you can answer.
7    A. Well, I think because of the
8 background or whatever, you have different
9 understanding as to the sentences. So you
10 have to combine the sentences to fully
11 understand what the instructions say.
12 Everything has to make sense.
13    Q. All right. Let me ask you this.
14 Let's look at Plaintiff's Exhibit Number 3 and
15 4, that's test result 2338. Can you tell us
16 how many nuclei were identified in that test?
17    A. How many total?
18    Q. Yes, sir.
19    A. Total recorded is 13.
20    Q. Does that meet the criteria and the
21 requirements of the product insert?
22    A. Yes.
23    Q. Why?
24    A. Number one, you have four abnormal
25 cells plus one ambiguous cell found, which

Page 69

1 meets the minimal requirements to call a
2 positive. Therefore, you can stop, as I
3 explained before.
4    Q. Tell me where in the product insert
5 it says that.
6    A. Let's go to the Interpretation of
7 the results. The sentence -- which page 19 of
8 42 under title, Interpretation of results of
9 the line number four. Analysis continues
10 until you scan the slide, continues until --
11 either more or equal four cells with gain of
12 multiple chromosomes or more than or equal to
13 12 cells with homozygous 9p21 are detected or
14 until the entire specimen is analyzed. If you
15 meet one of this criteria, you can stop and
16 call positive.
17    Q. Doctor, why does it say -- the
18 first sentence says a minimum of 25
19 morphologically abnormal cells are analyzed?
20    A. Well, as I mentioned to you before
21 --
22    MR. LUCAS: Object to the form of
23 the question. You can answer.
24    A. -- this 25 cell, number one, I
25 don't know where this come from. And, number

18 (Pages 66 to 69)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 70

1 two, did you see that there was one page -- if
2 you don't have 25 cells, you go for the most
3 malignant looking cells. And if you get fewer
4 results, that's it. If you didn't find it,
5 that's negative. If you didn't find any
6 malignant cells, you continue until you finish
7 the slide. By that time you've got to have 25
8 cells to be representative for the whole slide
9 to call negative. Because on this test there
10 are more chance to get false negative result
11 than positive result because this is a -- you
12 know, majority of the people that go for this
13 test will be negative at the screening test.
14    Q. Were the tests performed on Debra
15 Loftin performed in accordance with the
16 manufacturer's protocol and the standard
17 operation procedure in U.S. Labs?
18    A. Yes.
19    Q. Were they performed in accordance
20 with the applicable standards for consulting
21 pathology and laboratory services?
22    A. Yes, they do.
23    Q. What are those criteria?
24    A. What do you mean?
25    Q. What kind of guidelines does U.S.

Page 71

1 Labs use to -- for the criteria or standards
2 for performing laboratory tests?
3    A. I think they should be in their
4 SOP.
5    Q. Okay. Doctor, are you aware as a
6 clinical pathologist of any reason why
7 Ms. Loftin's three analyses --
8    MR. LUCAS: I think there are
9 actually four --
10    MR. TREADWELL: There were three.
11    Q. -- were reported as abnormal when
12 she did not have any cancer processes?
13    A. Could you repeat this question
14 again?
15    Q. As a clinical pathologist do you
16 have any opinion as to why these four reports
17 showed an abnormal profile when Ms. Loftin had
18 no presence of cancerous processes?
19    MR. LUCAS: Object to the form.
20 But you can answer.
21    A. Should I answer this question?
22    MR. LUCAS: Yes, you can answer.
23    A. Number one, this test is a
24 screening test. It has no -- it is not a
25 diagnostic test. That's number one. Number

Page 72

1 two, what we detected is abnormal cells. The
2 abnormal cells can be caused by cancer or
3 noncancer, noncancer including chronic
4 inflammation, underlying urological disease
5 and also even sometimes precancerous
6 problems. You know the cancer cells do not
7 occur overnight. Right now as we gain more
8 and more insight into the cancer mechanism or
9 pathogenesis, we realize that lots of big
10 premalignant cells can also show abnormal
11 profile. It has been recorded, some patients
12 got a positive result, after many years
13 develop cancer. Certainly this abnormal
14 profile by no means is -- by no means is
15 diagnostic of cancer. The patient may have
16 cancer or may not. That's why when they get
17 abnormal profile, they need to be closely
18 followed up for further work-up clinically by
19 a clinician.
20    If there's cancer, you know, they
21 show the value of this test. If they didn't,
22 that's luck of the patient and that -- you
23 know, so abnormal profile, you cannot put it
24 equal to cancer. That is wrong.
25    Q. Doctor, have you looked at the test

Page 73

1 results performed on Ms. Loftin that were
2 dated June the 21st performed by Bostwick
3 Laboratories?
4    A. No, I don't have any Bostwick Lab
5 results.
6    Q. Does your laboratory, would it do a
7 renal wash in the same fashion as tests that
8 were done on Ms. Loftin?
9    MR. LUCAS: Object to the form of
10 the question.
11    A. I don't know. I have no
12 information about that. If they follow the
13 standard procedure or the recommended, you
14 know, they should. I don't know.
15    Q. And I'm not asking you what
16 Bostwick Labs did. I'm asking you what your
17 lab -- would U.S. Labs perform a UroVysion
18 FISH analysis on a renal wash sample the same
19 way as it would a urine or any other
20 barbotage?
21    A. Yes, they do the same way. But
22 they labeled the renal specimen as off-label.
23 And the clinician should be aware of that.
24    Q. Doctor, have you had an opportunity
25 to look at Ms. Loftin's medical records from

19 (Pages 70 to 73)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 74

1 Dr. Brad Bauer, a urologist?
2     A. No, I don't.
3     Q. Doctor, as the pathologist that
4 reviewed what we've identified as Plaintiff's
5 Exhibit 3, that was test 2338, do you pay any
6 attention to the color photograph that's on
7 that test report?
8     A. Which one?
9     Q. 2338.
10     A. 2338?
11     Q. Yes, sir.
12     A. Uh-huh.
13     Q. Do you rely on that color
14 photograph and review it before you approve
15 this report?
16     A. No, no, no, absolutely not. That's
17 only for -- as I said to you before, this is
18 only marketing thing. You know, to the
19 pathologists, to a physician, to me it is
20 useless.
21     Q. Dr. Yue, do you know why U.S. Labs
22 changes its light bulbs every 300 hours when
23 the product insert says do it every 200 hours?
24     A. I'm sorry. Say that again. We
25 change bulbs --

Page 75

1     Q. The documents I've looked at that
2 have been provided to me say that the light
3 bulbs are changed every 300 hours. But the
4 manufacturer says do it every 200 hours. Do
5 you know why that is?
6     A. 300 -- we do 300 hours but the
7 manufacturer recommends every 200 hours?
8     Q. Yes, sir.
9     A. I don't know the reason. The bulb
10 life quite really depends on the
11 manufacturer. Some bulbs last longer. Some
12 bulbs last shorter. If some bulbs burn up to
13 200 hours to change it, you should. You have
14 to change it.
15     Q. I just wondered if you might know
16 why the manufacturer says one thing and the
17 U.S. Labs does something more than what the
18 manufacturer or less than --
19     MR. LUCAS: Object to the form of
20 the question.
21     A. I think U.S. Labs has more
22 experience than any other places. So this is
23 probably just -- I don't know exactly the
24 reason. So probably this is from their
25 practice.

Page 76

1     Q. To your knowledge, Dr. Yue, has
2 U.S. Labs Irvine, Inc., the defendant in this
3 lawsuit, had any problems with reporting false
4 positives or somebody said they had a false
5 positive?
6     A. No. Never. This is the first time
7 I've heard of somebody challenge our
8 diagnosis.
9     Q. And just to clarify a couple
10 things, you believe that there is a document
11 that would tell us and confirm there was a
12 confirmation of abnormal cells for all of
13 these tests?
14     A. Yeah, I think so because that's the
15 standard practice here.
16     Q. Okay. And is it your testimony
17 that this test procedure and in particular the
18 test procedures used on Ms. Loftin's sample
19 did not require the technician to grade at
20 least 25 morphologically abnormal cells?
21     A. Say that again.
22     Q. Is it your testimony that the
23 standard operating procedure adopted from the
24 product insert does not require the technician
25 to grade 25 morphologically abnormal cells?

Page 77

1     A. Let's rephrase my meaning. Okay.
2 According to the standard -- the standard to
3 call a positive or negative result, if the
4 technician -- our protocol says if the
5 technician finds four or more cells where an
6 aneuploidy or scan of the chromosomes or more
7 -- equal to or more than 12 cells with
8 deletion, then we can stop. We don't have to
9 go to 25 cells. That's what I said.
10     Q. So you don't have to count 25 cells
11 if you find four abnormal?
12     A. Correct.
13     Q. And that is in contradiction to
14 what the product insert says?
15     MR. LUCAS: Object to the form of
16 the question. He can answer.
17     Q. Can you answer?
18     A. I think your statement is a bit of
19 misreading. I mentioned several times in my
20 talk, number one, 25 cells, we don't know
21 where this come from, if you require 25 cells
22 before the control which doesn't make sense.
23     Q. Well, Doctor, I'm getting that from
24 the product insert, the first sentence under
25 Interpretation of results on page 19 of 42,

20 (Pages 74 to 77)

Page 78

1  Bates stamped 101. That's what it says. Does
2  it mean something more than what it says?
3       MR. LUCAS: Object to the form.
4  Asked and answered.
5       Q. Does it mean something more than
6  what it says?
7       MR. LUCAS: Same objection.
8       A. And I have shown you on page 14 of
9  42 -- okay. There's -- there was underline,
10 If morphologically abnormal cells are not
11 readily apparent the entire specimen shall be
12 scanned and the nuclei representing the most
13 morphologically abnormal cells should be
14 scanned first.
15      And another one says the same thing
16 on 15 of 42. So I think the key problem is
17 that, do you have abnormal cells or not,
18 number one. Number two, how many are there.
19 If you read the four criteria, that's a
20 positive. You don't have to go for 25.
21 However, if you do not have enough positive
22 cells to call, you got to count at least 25
23 cells. Why? Because this to avoid false
24 negative. And to make sure that the specimen
25 is representative because at least the 25

Page 79

1  cells -- 25 cells is nothing on one slide.
2  Particularly you're going to have lots of
3  cells if it's real. So that's why, you know,
4  25 cells is a minimal you have to go for. But
5  if you find enough abnormal cells, what is the
6  point? Let's see, we count -- here we count
7  until 13. The technician counted up to 13, we
8  stopped, right? And then they called it
9  positive. Let's screen more. Let's go for 25
10 or 45. What will be the result? You're going
11 to find more positive cells. It's going to
12 make it a result even more positive, right?
13      If you count more cells, you cannot
14 make it a negative. That's impossible because
15 you found four cells already. If you count
16 more than that, the results will be more
17 supportive of your positive call or positive
18 result.
19      Q. Dr. Yue, you've been very
20 informative. Thank you for your testimony.
21      That's all I have.
22      MR. LUCAS: Dr. Yue, thanks a lot
23 for your testimony. And we appreciate it.
24 What the court reporter will do is she'll
25 prepare a transcript and get it to me. And

Page 80

1  I'll get it out to you so you can read it and
2  sign it.
3       COURT REPORTER: And you want a
4  copy?
5       MR. LUCAS: Yes.
6       COURT REPORTER: Okay. Thank
7  you.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 81

1       SIGNATURE OF WITNESS
2       I, _____, do
3  hereby certify that on this _____ day of
4  _____ 2007, I have read the foregoing
5  transcript and to the best of my knowledge it
6  constitutes a true and accurate transcript of my
7  testimony taken by oral deposition on September 7,
8  2007.
9
10
11  _____
12  Changjun Yue, M.D., Ph.D.
13
14 Subscribed and sworn to
15 me this _____ day of _____,
16 2007.
17
18
19
20  _____
21
22 NOTARY PUBLIC
23
24
25

21 (Pages 78 to 81)

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 82

```
 1              E R R A T A   S H E E T
 2
 3
 4  PAGE   LINE    CORRECTION        REASON
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 83

```
 1              C E R T I F I C A T E
 2
 3  STATE OF ALABAMA  )
 4  JEFFERSON COUNTY  )
 5
 6
 7      I hereby certify that the above and
 8  foregoing deposition was taken down by me in
 9  stenotype, and the questions and answers thereto
10  were reduced to computer print under my
11  supervision, and that the foregoing represents a
12  true and correct transcript of the deposition
13  given by said witness upon said hearing.
14      I further certify that I am neither of
15  counsel nor of kin to the parties to the action,
16  nor am I in anywise interested in the result of
17  said cause.
18
19
20
21
22      _____
23        Lisa Bailey, Court Reporter
24           Notary Public
```

22 (Pages 82 to 83)

EDMONDSON REPORTING & VIDEO, INC.
Email:  Edmondsonrpting@bellsouth.net          Phone 205.324.2333  Fax 205.324.2377

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

## A

**abnormal** 34:2, 11
34:13, 14  35:6
35:15, 22  36:8
36:17  37:10
41:11, 17, 18, 22
42:5, 9, 10, 12
42:17  44:11
46:7, 19  47:3, 4
47:5, 20  49:7
50:5, 11, 22
51:4, 10, 13, 19
52:17  53:3, 5, 8
53:10  54:3, 10
55:16, 20, 25
56:5  57:24
58:10, 13, 17
59:6, 8, 15, 18
60:9, 11  61:3, 4
61:15, 17, 18
62:13  63:3, 6
63:14, 21  64:14
64:15, 20  67:8
68:24  69:19
71:11, 17  72:1
72:2, 10, 13, 17
72:23  76:12, 20
76:25  77:11
78:10, 13, 17
79:5
**about** 5:21  13:15
15:7  17:13, 14
17:15  22:16
23:15  24:13, 19
28:1, 21  33:25
34:21  38:8, 22
39:7  44:4, 20
45:6  50:15, 19
53:14  56:4, 12
56:19  57:4
60:19  73:12
**above** 5:9  83:7
**absolutely** 74:16
**absorption** 17:25
**acceptance** 65:20
66:5
**accession** 23:24
24:1
**accordance** 9:2
70:15, 19
**according** 21:21
22:1, 19, 20, 21
37:5, 8  41:4
42:13  47:2
52:7  59:4, 17
64:13, 24  77:2

**accurate** 81:6
**acting** 5:3
**action** 65:15
83:15
**actual** 14:8, 22
15:6  26:8
28:15  31:5
52:10
**actually** 6:22
7:22  8:13  10:9
16:9  17:21
18:4, 15  19:7
20:8  25:4
27:20  28:24
30:9  34:22
51:6  63:25
64:24  71:9
**added** 39:10
**additional** 47:15
**adopted** 54:23
76:23
**after** 22:10, 25
25:20, 22, 23
32:10  49:8, 12
49:13  72:12
**again** 9:9  32:18
35:4  41:15
44:19  46:18
50:16  52:10, 16
58:15  71:14
74:24  76:21
**ago** 39:12  54:23
**AGREED** 2:2, 11, 18
**AGT** 42:25  43:1
45:10, 18, 20
**AGU05-002338**
4:13, 16  27:4
**AGU05-02613** 4:18
40:12
**AGU05-2612** 4:19
46:2
**ahead** 12:6
**AL** 3:21
**Alabama** 1:2  2:9
3:7, 14  5:2, 3, 8
83:3
**Allen** 3:4  5:18
**already** 79:15
**although** 47:11
**ambiguous** 41:12
41:22  42:15, 15
60:14  68:25
**analyses** 71:7
**analysis** 11:21
15:23  20:7
21:2  25:6, 20
27:2  39:2

42:19  49:20
51:23  53:16
55:7  56:14
57:12  69:9
73:18
**analyze** 22:14, 19
22:22  26:21
50:11  54:14
**analyzed** 30:12
45:16  49:25
50:5, 23  52:17
53:3, 9  69:14
69:19
**analyzes** 26:12
**anatomic** 9:14, 14
**aneuploidy** 41:24
41:25  42:6, 6
77:6
**another** 16:21
44:13  78:15
**answer** 11:9, 13
12:5  40:2
51:25  54:25
60:6  68:6
69:23  71:20, 21
71:22  77:16, 17
**answered** 78:4
**answering** 6:6
**answers** 8:3
**anything** 41:6
52:24
**anywise** 83:16
**apparent** 63:4
78:11
**apparently** 7:16
**appear** 43:23
44:15
**appears** 14:7, 22
44:16  64:17
**applicable** 70:20
**applies** 53:22
67:19
**apply** 67:5
**appreciate** 79:23
**appropriate**
24:11, 18  65:13
**approve** 74:14
**approximately**
2:10
**aqua** 54:12
**arbitrary** 61:1
**arrangement** 7:1
**arrives** 21:13
25:4
**asked** 6:6  32:5
78:4
**asking** 10:5

38:17  64:6
73:15, 16
**assay** 65:9, 21
66:3, 7, 24
67:18
**assays** 65:12
**assign** 2:23
**associate** 21:19
**associated** 35:1
**Associates** 6:23
7:13, 18, 23  8:4
8:14, 18
**assume** 6:5  20:22
**attention** 74:6
**Attorney** 3:4, 10
**atypical** 48:9
**available** 29:10
66:23  67:17
**Avenue** 3:20
**avoid** 78:23
**aware** 71:5  73:23
**away** 26:20, 21

## B

**back** 20:21  48:16
50:1  52:10
54:19  56:7
57:11, 18  61:6
61:20
**background** 5:21
68:8
**Bailey** 2:6  3:18
5:1  83:23
**balance** 16:19, 19
**bar** 24:2
**barbotage** 41:2
73:20
**based** 31:2, 15
34:4, 5  55:18
64:17
**basically** 10:17
15:5  16:8
17:15  51:18
**basis** 5:24
**batch** 66:20
**Bates** 4:7, 10, 17
12:25  13:20
14:9, 14  19:17
27:12  38:4
43:6  48:20
55:5  78:1
**Bauer** 74:1
**before** 2:6  5:7
48:12  63:12
66:14  69:3, 20
74:14, 17  77:22
**begin** 61:25

**beginning** 37:5
**begins** 19:25
**behalf** 11:10
**being** 5:13  21:20
32:5  34:25
42:1
**belief** 48:6
**believe** 54:22
76:10
**best** 12:23  13:9
59:25  81:5
**better** 36:11
**between** 2:3  7:17
54:2
**big** 21:11, 12
22:12  72:9
**biggest** 9:19
**bind** 16:18  17:10
**binding** 66:12
**biohazard** 26:1
**Birmingham** 2:9
3:14, 21  5:2, 7
**bit** 19:23  36:10
37:21  57:2
77:18
**blackened** 28:13
**black-and-white**
28:19
**bladder** 15:14
52:11  63:17
**blank** 45:11, 12
**board** 9:13, 25
**body** 57:6
**bonding** 17:25
18:12
**Bostwick** 73:2, 4
73:16
**both** 9:14  10:8
10:16  15:9
28:4  65:18
66:4
**bottom** 15:18
42:24  44:7
63:9, 11
**box** 43:23  44:8
**Brad** 74:1
**break** 6:7
**briefly** 21:9
**bring** 26:6  37:17
**build** 33:4, 23
**bulb** 19:3, 5, 8, 9
19:11, 19  75:9
**bulbs** 74:22, 25
75:3, 11, 12, 12
**burn** 75:12
**Burr** 2:7  3:11
5:7

Case 3:06-cv-00839-WKW-CSC   Document 27-7   Filed 10/05/2007   Page 25 of 34
Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 85

| C | | | | |
|---|---|---|---|---|
| C 3:1 83:1,1 | 37:7 41:16,16 | **changes** 74:22 | 52:14 | 66:13,15,18,21 |
| **California** 6:24 | 41:18,21 46:15 | **Changjun** 1:14 | **coming** 9:25 | 77:22 |
| 8:9 | 46:19,22,24,25 | 2:5 5:8,12 | **commencing** 2:10 | **controls** 67:20 |
| **call** 17:7 30:18 | 47:4,4,15,16 | 81:12 | **commercial** 6:25 | **convenience** |
| 37:10 42:9,15 | 47:19,20,25 | **check** 23:11 | **commissioner** 5:4 | 27:12 38:4 |
| 45:1 47:5,8,9 | 49:7,21,23 | 29:19 30:8,11 | **common** 32:4 | **copies** 13:1,3 |
| 47:20 54:16 | 50:5,11,22 | 31:9,23 41:7 | **company** 6:21,22 | **copy** 14:22 28:19 |
| 60:12,16 61:5 | 51:4,10,13,19 | 43:20 44:5 | 7:2,20 8:10 | 28:22,23 38:6 |
| 64:15 65:4 | 52:5,17 53:3,5 | 47:11 | 28:25 | 52:13 80:4 |
| 67:8,24 69:1 | 53:8,11,17,18 | **checking** 31:13 | **compiling** 11:22 | **correct** 7:4,9,10 |
| 69:16 70:9 | 54:5,10,15 | **chemical** 16:19 | **complement** 60:8 | 7:20,21,23,24 |
| 77:3 78:22 | 55:15,20 56:1 | **chemically** 16:18 | **compliance** 2:15 | 8:23 9:4 10:20 |
| 79:17 | 56:5 57:22 | **chromosome** 17:9 | **complicated** 16:9 | 11:8,11 12:10 |
| **called** 6:23 12:9 | 58:1,10,13,18 | 34:18 41:24 | **computer** 21:15 | 14:21 17:22 |
| 16:11 20:2,4 | 59:2,6,9,15,18 | 42:1,2,3 | 21:16,21 23:3 | 18:3,13,22 |
| 21:13 22:25 | 60:1,9,12,14 | **chromosomes** 18:1 | 23:3,13 24:15 | 20:23 21:2,8 |
| 23:24 27:17 | 60:16,18,18,20 | 18:8,10,12 | 24:16 31:11 | 24:3,4 25:12 |
| 37:23 42:10 | 60:21,25 61:3 | 34:16 35:22 | 34:24 36:5,20 | 26:8 28:10,11 |
| 43:14 49:13,15 | 61:4,15,17,17 | 36:8,17 49:22 | 83:10 | 28:16 32:17,21 |
| 79:8 | 62:13,22 63:3 | 51:11 69:12 | **concern** 37:17 | 32:24 34:22 |
| **calling** 11:8 | 63:6,14,14,16 | 77:6 | **confer** 6:8 | 39:20 51:14 |
| **calls** 39:3 | 63:18,20,24 | **chronic** 72:3 | **confidence** 33:5 | 54:23 58:1 |
| **came** 5:7 | 64:9,10,14,20 | **Civil** 5:5 | 33:22 | 61:12 64:23 |
| **cancer** 15:14 | 65:5 66:15 | **clarify** 36:1 | **configurations** | 65:16 67:20 |
| 71:12 72:2,6,8 | 67:8 68:25 | 76:9 | 35:7 | 77:12 83:12 |
| 72:13,15,16,20 | 69:11,13,19 | **clean** 26:6 40:25 | **confirm** 36:17 | **CORRECTION** 82:4 |
| 72:24 | 70:2,3,6,8 | **clear** 39:7 41:4 | 37:7,9 39:4 | **correctly** 8:1 |
| **cancerous** 71:18 | 72:1,2,6,10 | **client** 20:18 | 76:11 | 17:17 40:13 |
| **captures** 19:24 | 76:12,20,25 | 48:13 | **confirmation** | **correlate** 20:16 |
| **case** 20:14 34:8 | 77:5,7,9,10,20 | **clients** 48:14 | 35:3 76:12 | 23:6 |
| 35:1 37:23 | 77:21 78:10,13 | **clinical** 9:15 | **confirmed** 31:15 | **corresponding** |
| 38:9 39:5 | 78:17,22,23 | 20:7 71:6,15 | 32:15 36:15 | 44:6 66:21 |
| 42:13 45:16 | 79:1,1,3,4,5 | **clinically** 10:21 | **confirming** 35:6 | **counsel** 2:4,20 |
| 47:18 64:3 | 79:11,13,15 | 72:18 | **considered** 36:7 | 2:22 5:6 83:15 |
| **cases** 10:9 48:12 | **centimeter** 34:17 | **clinician** 72:19 | **constitutes** 81:6 | **count** 18:17 |
| 48:13,15 60:11 | 34:19 | 73:23 | **consult** 10:8 | 46:24 51:18 |
| **catch** 40:25 | **CEP** 34:18 | **closely** 72:17 | 65:14 | 54:9 66:15 |
| **cath** 26:7 40:25 | **CEP17** 54:12 | **CLS** 44:11,12,13 | **consulting** 7:1 | 77:10 78:22 |
| **catheterized** | **CEP3** 34:17,17 | 44:17,18 | 7:19 8:16 9:3 | 79:6,6,13,15 |
| 26:7 | 54:11 | **code** 24:2 42:25 | 9:7,11 70:20 | **counted** 41:16 |
| **cause** 5:9 83:17 | **CEP7** 54:12 | 45:10,18 | **contain** 42:1 | 79:7 |
| **caused** 72:2 | **certain** 18:25 | **collected** 16:13 | **container** 23:20 | **counts** 62:22,23 |
| **causes** 65:15 | 19:1,12 20:2 | **colon** 45:11 | 23:20,22 | **COUNTY** 83:4 |
| **caution** 39:10 | 25:6 | **color** 16:24 | **context** 49:3 | **couple** 76:9 |
| **cautious** 47:8,10 | **Certainly** 72:13 | 17:12,20 19:2 | 52:24 | **courier** 24:21,21 |
| 47:24 | **certification** | 28:22,23 66:17 | **continue** 49:20 | **course** 36:24 |
| **CCR** 2:6 3:18 | 11:5 33:16 | 74:6,13 | 54:17 70:6 | **court** 1:1 2:16 |
| **cell** 16:10,11 | **certified** 9:13 | **colors** 17:6 | **continues** 53:16 | 3:17 5:1 17:2 |
| 26:8 34:12 | 33:16 | 66:16 | 69:9,10 | 79:24 80:3,6 |
| 35:6 41:1 | **certify** 5:4 81:3 | **Columbus** 3:6 | **contractual** 7:17 | 83:23 |
| 60:13,24 63:18 | 83:7,14 | **columns** 14:24 | **contradiction** | **covalence** 16:19 |
| 63:21 68:25 | **challenge** 76:7 | **combine** 16:15 | 77:13 | **covalent** 17:25 |
| 69:24 | **chance** 70:10 | 68:10 | **control** 53:7,15 | **covered** 25:11 |
| **cells** 18:2,20 | **chances** 64:2 | **come** 52:7 61:1 | 53:23 54:7,9 | 26:18 |
| 28:16 34:9,17 | **change** 37:20 | 66:14 69:25 | 56:12,19,23,24 | **criteria** 46:18 |
| | 74:25 75:13,14 | 77:21 | 58:5 62:3 | 55:11,18 57:22 |
| | **changed** 75:3 | **comes** 16:11 | 65:13,19 66:4 | 61:3 62:25 |

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

65:3, 20  66:6
68:20  69:15
70:23  71:1
78:19
**critical** 42:14
**culture** 42:25
45:10, 18
**cultured** 34:8
**currently** 6:14
6:15
**cutoff** 47:5  52:6
**CV** 1:10
**cytometry** 9:20
**cytotechnology**
24:14

———————
**D**
**Dadeville** 3:7
**dark** 22:12  26:19
**data** 10:20
**date** 13:8
**dated** 15:19  73:2
**dates** 42:23
**day** 45:25  81:3
81:15
**days** 26:3, 23
**dealing** 9:18, 20
59:16
**Debra** 1:6  15:24
50:15, 19  58:14
58:19  70:14
**defendant** 3:9
76:2
**Defendants** 1:11
**Defendant's** 4:7
4:10  13:19
14:8
**define** 37:18
**definitely** 29:24
**deletion** 77:8
**department** 21:13
21:24, 24  24:12
24:13, 21  25:2
37:1, 25  43:16
**departments**
24:22
**depends** 20:14
26:4  47:6
48:14  63:12
75:10
**deposition** 1:13
2:4, 13, 14, 24
12:16  32:4
81:7  83:8, 12
**depositions** 2:17
**Describe** 9:6
**described** 23:16

66:14
**describes** 39:1
**description** 41:5
50:8, 23  51:20
**designation**
15:17  41:20
**detail** 33:25
36:11  43:19
**detected** 53:18
69:13  72:1
**detection** 52:12
**determine** 32:3
55:24  58:8
**determined** 49:24
**develop** 72:13
**devote** 47:23
**DH** 43:23  44:2
**diagnosed** 59:14
**diagnosis** 9:21
76:8
**diagnostic** 12:1
61:2  71:25
72:15
**diagram** 58:1
**difference** 40:24
54:2
**different** 14:4
19:1, 11  22:15
52:19  68:3, 8
**director** 6:13
40:6
**directors** 37:15
**director's** 10:18
**discuss** 37:18
**discussion** 37:16
**disease** 72:4
**dispose** 25:25, 25
**dispute** 37:13
**distribution**
51:9  53:10
**DISTRICT** 1:1, 2
**DIVISION** 1:3
**DNA** 16:12, 12, 14
16:22, 24  17:7
17:9, 14  18:5
**Doctor** 10:2  11:6
13:14  16:1
17:13  23:14
27:1  33:24
34:20  36:13
38:7, 21  40:4
40:24  43:13
45:7, 9  46:1
48:16  50:13
51:2  52:9  57:9
60:3  61:6, 20
63:23  64:16

67:11  68:1
69:17  71:5
72:25  73:24
74:3  77:23
**document** 13:18
15:12  29:22
35:8, 19, 23
36:14, 22  37:22
37:24  38:23
39:1  42:23
44:20  45:1, 2, 2
45:6, 7  53:25
58:21, 23  59:7
76:10
**documents** 31:2
36:5  43:4  75:1
**done** 21:10  23:1
25:1  27:2
45:25  53:19
59:14  62:15
73:8
**double** 16:14, 16
17:14
**down** 15:17  42:24
51:12  55:23
58:7  83:8
**Dr** 5:18  6:18
7:25  11:17
13:5  14:7
15:12, 21  17:4
27:23  29:1
30:6  31:22
32:2, 16  40:13
46:8  48:2  74:1
74:21  76:1
79:19, 22
**draft** 15:19
**duly** 5:13
**during** 22:9  23:9
**dye** 18:11  26:17
26:24

———————
**E**
**E** 3:1, 1  82:1, 1, 1
83:1, 1
**each** 16:15  21:1
22:2  27:21
37:1  42:2
62:24  64:18
**EASTERN** 1:3
**easy** 47:8  63:15
**EDMONDSON** 3:19
**effect** 2:14
**eight** 62:6
**either** 12:16
21:6  49:20
51:10  53:11, 16

64:25  69:11
**electronically**
27:23  34:1
**employed** 6:19
**employee** 7:9, 11
8:3, 6, 9
**end** 49:18
**energy** 19:25
20:4
**enough** 37:6  59:5
59:15  60:11
63:20  64:14
67:8  78:21
79:5
**enter** 21:16  23:1
**entire** 49:24
54:18  63:4
69:14  78:11
**epithelial** 18:2
**equal** 49:21, 23
69:11, 12  72:24
77:7
**ESOTERIX** 1:10
**essentially** 18:6
**evaluable** 67:22
**even** 42:11  72:5
79:12
**every** 10:16
16:10  20:8, 14
66:20  74:22, 23
75:3, 4, 7
**everything** 23:1
23:5  24:15
31:10  33:7, 11
43:21  68:12
**evidence** 2:25
36:21
**exactly** 6:6
22:21  40:5
59:23  75:23
**exam** 9:25
**examination** 4:1
5:9, 16  25:8
29:23  31:5
40:19
**examinations**
48:3  50:18
**examined** 5:13
44:24
**example** 23:18
64:7
**except** 2:20  18:9
64:18
**excision** 24:5
**excitation** 19:15
19:18, 20  20:3
20:4

**excuse** 12:1
27:21  41:17
64:19
**Exhibit** 4:4
14:10, 11, 15, 16
14:21  15:4, 11
19:17  27:7, 9
27:15  28:6, 8
31:6  37:22
38:1  40:7, 10
46:3, 4  56:8
61:22  64:7, 8
68:14  74:5
**exhibits** 12:24
**existing** 65:13
**experience** 11:18
33:5, 23  52:8
60:25  75:22
**experienced** 33:3
33:17
**explain** 36:10
52:25  59:24
66:25
**explained** 69:3
**export** 19:25
**extra** 20:4, 13
39:10, 18  42:7
42:7  47:7, 10
47:11, 23  48:13
**e-mail** 30:18

———————
**F**
**F** 83:1
**fail** 66:5
**failed** 65:19
**fair** 44:19
**false** 70:10  76:3
76:4  78:23
**familiar** 12:12
43:14
**far** 17:17, 22
**fashion** 73:7
**few** 26:3, 23
33:21  42:7
63:17
**fewer** 64:20
66:23  67:16, 22
70:3
**field** 19:6
**figure** 55:11, 18
57:24
**file** 66:21
**filed** 5:20
**filters** 19:1
**find** 10:8  29:25
30:1, 8  47:3, 14
51:12  54:15, 16

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 87

59:17 60:15
64:1 70:4,5
77:11 79:5,11
**finds** 77:5
**fine** 45:23
**fingers** 46:1
**finish** 54:17
60:5 70:6
**finished** 53:19
**first** 5:13 21:12
21:15 27:2
32:14 35:20
50:2 63:7
69:18 76:6
77:24 78:14
**FISH** 13:6 15:23
16:2,8,17,20
16:25 17:8
20:16 21:2,23
21:23,24 22:3
22:15,17 24:13
24:19 25:5
29:13,15 30:10
31:24 37:25
39:2,8 42:25
43:16 45:10,18
73:18
**FISHing** 17:8
**FISH-SG-068**
37:24
**fit** 42:14
**fitting** 62:24
**five** 42:10 60:20
**florescence**
16:25 17:21
46:19
**florescent** 17:6
18:11,24 35:22
**flow** 9:20 22:3
**fluoresced** 36:9
36:18
**fluorescence**
11:18 26:20
**fluorescent**
26:16,17,24
**follow** 22:5
33:18 73:12
**followed** 72:18
**following** 5:10
54:11 55:11
57:22 65:11
**follows** 5:14
24:6
**force** 2:14
**foregoing** 5:6
81:4 83:8,11
**forgot** 19:10

**form** 2:21 12:4
40:1 42:19,21
42:22 43:5,15
43:17 51:24
54:24 59:3
68:5 69:22
71:19 73:9
75:19 77:15
78:3
**Forman** 2:7 3:11
5:7
**format** 14:4
**former** 6:13
**forth** 57:19
**found** 35:21 36:7
41:17,18 68:25
79:15
**Fountain** 7:3,4
**four** 31:20,23,24
34:11 35:21
36:8,9,17
41:16 42:11
47:3,4,16,17
47:20 49:7,8
49:18,18,21
51:12 53:17
54:5,15 55:10
55:25 56:20
57:21 58:9
60:9,15,16,21
61:3 62:24
64:14 68:24
69:9,11 71:9
71:16 77:5,11
78:19 79:15
**fragment** 16:22
17:7 18:5
**fragments** 16:24
17:9
**fresh** 65:12
**from** 19:11 21:17
23:5 28:20
29:3 33:23
37:5 40:21
48:12 52:7
61:1 63:16
69:25 73:25
75:24 76:23
77:21,23
**front** 30:14 31:3
38:13,23 44:21
48:2
**fueled** 67:1
**full** 2:15
**fully** 68:10
**function** 5:22
**functions** 9:7

**funny** 10:3
**further** 2:11,18
37:16 72:18
83:14

___

**G**

**gain** 51:11 53:11
56:20 69:11
72:7
**gains** 49:21
**garbage** 25:17
26:1
**gears** 37:21
**general** 12:17
13:14 19:8
**generate** 19:12
**genes** 16:15
**genetic** 16:11,13
**genetics** 9:24
**gets** 51:11
**getting** 12:24
77:23
**give** 17:20 19:21
20:3 21:9 22:8
22:11,13 27:18
63:19
**given** 21:4 23:23
83:13
**gives** 55:19
57:16,25
**go** 12:6 16:25
19:14 20:21
21:23,23 22:23
24:11,25 30:8
33:24 37:11,15
40:9 41:9,13
45:3,24 47:24
48:19 50:1
54:19 56:7
57:11 60:17
61:6 69:6 70:2
70:12 77:9
78:20 79:4,9
**goes** 55:22 58:3
58:7
**going** 5:20 9:24
13:5,17,19
14:9,13,18
17:10 19:14
21:14,16 25:1
25:5 26:2 27:6
27:14 31:9
32:10 37:12,13
37:17,21 40:10
44:25 45:3,5
54:19 55:2
57:1 60:22

61:20 79:2,10
79:11
**gone** 26:20,25
**good** 47:2
**gosh** 19:10
**gotten** 15:2
**grade** 76:19,25
**gradually** 26:18
26:19
**green** 54:12
**grounds** 2:23
**group** 7:14 10:12
**guess** 7:8 12:23
20:23 27:25
28:3 30:4 31:1
44:22 63:22
**guide** 48:25
49:13 52:15
65:14
**guidelines** 70:25

___

**H**

**H** 82:1
**handheld** 24:22
**hands** 35:25
**happens** 25:15,19
25:21 26:13,14
**having** 32:16
62:23
**hazard** 26:1
**heading** 52:14
53:21
**heard** 76:7
**hearing** 83:13
**helix** 16:14,16
17:14
**hematopathology**
9:16,17,22
**her** 48:9
**HEU** 13:11
**hierarchy** 11:4
**high** 20:1
**higher** 37:14
**highly** 33:2,8,11
**him** 11:9,14 60:5
**hire** 6:25
**hold** 38:14
**holds** 66:21
**homozygous** 49:23
69:13
**hoof** 16:17
**hours** 74:22,23
75:3,4,6,7,13
**huge** 22:12
**human** 16:11
34:15,16 42:1
**hybridization**

11:19 66:12
**hypocellular**
67:2

___

**I**

**identification**
14:12,17 21:5
21:5,18 27:10
28:7 38:2 40:8
46:5
**identified** 18:9
46:15 58:13,18
59:1,9 61:12
61:16 63:24
64:9,21 68:16
74:4
**identify** 21:1
49:7 53:5 56:4
56:19 59:5
60:1,8 63:15
**identifying**
14:20 18:19
**illuminate** 19:6
**immediately**
24:24 26:15
**implemented**
39:23
**impossible** 20:11
33:6 79:14
**impressive** 10:4
**Inc** 1:10,10 3:19
7:3,4,9 8:7
76:2
**included** 63:1
**including** 72:22
**INDEX** 4:1,4
**individual** 62:21
**individually**
11:14
**inflammation**
72:4
**information**
15:22 16:13
24:10 34:21,25
43:20 48:1
49:5 73:12
**informative**
79:20
**initial** 44:6
**initials** 36:20
43:13,22,23
44:1,15,23
45:5,13,17
**insert** 13:22
14:1,8,23 15:6
15:18 19:15,16
48:17 49:5

52:10 54:1,20
56:14 61:20
67:11 68:2,21
69:4 74:23
76:24 77:14,24
**insight** 72:8
**instance** 24:19
**instances** 24:12
**instructions**
22:21 62:1
68:11
**interested** 83:16
**interpret** 51:23
**interpretation**
11:22 41:7
42:13 49:9,15
51:1 52:15
53:1,21 54:7
69:6,8 77:25
**interpreted** 57:9
**intracellular**
18:13
**Irvine** 7:5,6,9
8:7 76:2

------ **J** ------

**James** 6:11
**Jeff** 6:15
**JEFFERSON** 83:4
**job** 5:22 9:6,10
9:13 10:5,18
**join** 10:12
**jump** 20:1
**June** 73:2
**just** 6:2,8 10:15
10:19 11:14
12:17,24 13:4
13:7 14:20
16:1 21:11
23:16 27:12
28:19,24 30:17
30:25 32:2,10
32:11 33:23
36:14 39:17
48:21 49:4
54:14 55:7
59:21 61:25
64:6 65:1
67:16 68:1
75:15,23 76:9

------ **K** ------

**keep** 26:3,23
**kept** 35:23
**key** 78:16
**kidney** 13:8

40:22 63:17
**kin** 83:15
**kind** 18:23 19:9
20:4 24:24,25
26:4 28:12,24
37:20 38:21
42:24 60:24
61:1 70:25
**kit** 39:2,17
52:12
**knew** 44:17
**know** 6:8,24 8:7
10:13,16,19
13:22 15:8
16:2,10,22
18:8 19:22,22
22:7,9 25:21
26:1,16 30:25
31:14 32:19,25
33:20,22 35:15
37:4,14 38:19
39:24 40:3,5
41:23 42:16
43:7 44:2,3,5
44:16 45:14
47:17,21 48:8
48:11 51:16,16
52:5,6 54:11
60:3,13,23,25
61:2 63:16
65:4 69:25
70:12 72:6,20
72:23 73:11,14
73:14 74:18,21
75:5,9,15,23
77:20 79:3
**knowledge** 76:1
81:5
**known** 7:2

------ **L** ------

**L** 2:1
**lab** 6:25 9:19,19
10:9 11:3
13:10 20:12
21:12 22:2,3,3
24:18,19 30:10
31:7 33:10,18
33:20 35:9,23
37:14,15 39:18
43:15 44:25
47:10 73:4,17
**label** 21:14,15
22:8 24:2
26:16
**labeled** 17:7
34:11 73:22

**laboratories** 9:4
73:3
**laboratory** 12:2
25:5 70:21
71:2 73:6
**labs** 4:12,15
5:22 6:19 7:3
7:9,12,18 8:6
8:12,13,15,20
9:8 10:7 11:10
12:3,8 15:23
20:25 21:11
23:23 24:7
27:3 33:8
36:23 39:9
49:6 52:20
54:23 70:17
71:1 73:16,17
74:21 75:17,21
76:2
**LABS-FOUNTAIN**
1:10
**large** 2:7 5:3
**largest** 33:7
**last** 6:16 58:15
75:11,12
**law** 6:24
**laws** 2:16
**lawsuit** 5:19,24
31:3 76:3
**lawyer** 16:1
**leading** 2:21
**least** 18:7 35:21
36:8,17 62:23
76:20 78:22,25
**left** 26:2 40:22
**lens** 18:25
**less** 64:2,3
75:18
**let** 6:8,20 10:2
11:17 13:14
14:6 22:23
23:14 29:1
32:11 33:24
34:20 36:10,13
37:10 49:4
50:1,13 52:9
52:21 60:5
61:19,25 63:19
64:16 65:7
68:13
**let's** 20:21 21:9
23:18 28:8
29:18 30:4,10
38:19 40:9
41:9,13 42:18
43:4 49:19

50:7 52:4,21
56:7 57:11
58:24 62:16
63:25 68:14
69:6 77:1 79:6
79:9,9
**leukemia** 9:21
**level** 20:1
**life** 26:24 33:22
75:10
**lifetime** 24:6
**light** 19:11,13
19:15,18,21,24
19:24 20:3,5
23:6 74:22
75:2
**like** 13:3,7,8
15:12 16:16,17
21:11 22:7,21
33:19 42:2
43:22 55:20
57:16 64:22
**line** 49:8,18,18
69:9 82:4
**Lisa** 2:6 3:18
5:1 83:23
**little** 19:22
36:10 37:21
39:12 57:2
**Loftin** 1:6 5:19
15:24 27:3
40:11 50:15,19
58:14,19 70:15
71:17 73:1,8
**Loftin's** 57:6
63:23 64:3
71:7 73:25
76:18
**logged** 23:12
**logistics** 21:14
**long** 6:18 38:18
**longer** 75:11
**look** 15:10 20:8
28:8 29:2 30:1
32:21,23 35:10
35:11 42:18
45:20 48:10
51:3 52:2
55:13,20 67:21
68:14 73:25
**looked** 29:12,14
29:15 32:16,20
48:2 72:25
75:1
**looking** 13:19
17:24 28:9,22
32:2,7 39:4

41:23 42:6
48:23 52:9
70:3
**looks** 43:22
64:22
**loss** 49:23 53:11
53:18 54:12
56:21
**lost** 65:23
**lot** 22:11,17
60:14 63:13
79:22
**lots** 33:9,9 72:9
79:22
**Lucas** 3:10 6:8
11:7,12 12:4
12:22 13:2,12
13:18,21,24
14:3,24 15:9
15:11,15 17:4
27:11 30:6,7
30:13,17,21
31:19,22 32:1
32:9 38:3 40:1
43:10 48:24
49:10 51:24
54:24 59:3
60:5 63:9 68:5
69:22 71:8,19
71:22 73:9
75:19 77:15
78:3,7 79:22
80:5
**luck** 72:22
**lymphoma** 9:21

------ **M** ------

**made** 2:20 5:24
22:20
**mainly** 9:18 10:8
**majority** 70:12
**make** 2:22 10:19
10:20 39:7
41:4 47:15
52:8 54:13
56:21 59:19,20
63:20 64:2
66:11 67:24
68:12 77:22
78:24 79:12,14
**makes** 24:17
**making** 9:1
**malignancy** 55:16
57:23
**malignant** 70:3,6
**manual** 57:8
**manufacturer**

```
   12:19 21:11           40:6 73:25            69:19 76:20,25      nuclear 34:12          off-label 41:8
   51:22 59:21         meet 65:3,19           78:10,13            nuclei 36:9              73:22
   75:4,7,11,16          66:5 68:20          morphology 55:16       61:12,13 63:5        Oh 9:13 36:24
   75:18                 69:15               most 33:2,3,3,17       66:23 67:17,23       okay 5:25 6:10
manufacturer's        meets 69:1              59:12,13,15          68:16 78:12            11:6 13:12,16
   54:20 70:16        mentioned 63:12         63:5 70:2           nucleus 27:21           13:23 15:3
many 39:23,25           69:20 77:19           78:12              number 4:12,15          16:14,20 20:21
   68:16,17 72:12     Michael 3:10          much 28:19 65:5        4:18 13:7,11          23:19 25:3
   78:18             microscope 17:16       multiple 49:21         14:10,11,15,16       26:22 27:5
mark 3:4 5:18           17:22 18:20,23        51:11 69:12          14:21 15:1,4         28:5,12 29:12
   14:10,13 27:6        18:24 26:12         must 18:21 35:15        19:17,18 20:12       29:25 30:3,20
   27:14 31:19          29:6 57:18            44:13 65:21          21:5,6,19,19        30:23 31:8,12
   37:21 40:10       microscopic 25:8         66:7                 23:24 24:1,5        31:18,25 37:20
marked 14:12,17      middle 1:2 42:25       M.D 1:14 2:5 5:8        26:14 27:3,7,9       45:21 49:1
   27:10 28:7        might 11:12              5:12 6:11,25          27:13,15,18         51:16 53:25
   38:2 40:8 46:5       75:15                 27:24 81:12           28:6,9,10 31:6      55:6,22 57:11
marker 34:18         minimal 47:21                                 33:1 34:12,12       58:7,25 61:10
marketing 28:24        50:22 69:1                                  34:14,16 36:7        61:10,21,24
   74:18                79:4                  _____N_____       37:22,24 39:8       62:5,9,17
markings 12:25       minimum 50:4           N 2:1 3:1               40:7,11,12          66:12,22 67:22
material 16:11         52:16 53:2,8         name 6:16,21            41:25 42:4,11        71:5 76:16
   67:14                69:18                 19:10 30:18,25        42:11 43:6           77:1 78:9 80:6
matter 17:10         minute 56:11            31:1,4,8,13,14        46:3,4,25 47:1      OLIVER-TREADWELL
matters 5:23         minutes 38:20,20        32:7 37:25            52:6 53:6             3:5
may 2:6,22 14:3      misreading 77:19        38:25 44:6            55:10,19,24         once 23:18 24:9
   15:7 33:21        missed 58:15           nation 9:20 33:4        56:8,20 57:17        25:14 26:10
   55:20 59:14,14    missing 56:17           33:8                  57:21 58:8,8        one 15:2 18:10
   60:20 61:17         57:6,9              necessary 2:19          58:24 59:13,15       20:12 26:14
   63:17 64:12       mistake 64:2           need 6:7,7 30:1        61:1,7,22 62:5      27:20 29:10
   65:2 72:15,16     molecule 16:12          31:14 66:19          62:12 63:8            33:1,7,20,21
maybe 60:20 67:2       19:21,24              67:2 72:17           64:7,8,10,19         37:2 38:8,12
mean 11:13 25:16     molecules 9:24         needed 65:16          65:18 66:10,22       39:8 42:2,3,7
   25:20 29:4,13       19:25                negative 22:23         68:14,24 69:9        43:9 45:9 46:1
   36:2,3 41:21      moment 21:17            23:10 56:23           69:24,25 71:23      48:21,22,24
   41:25 42:12       monitor 10:11           67:4 70:5,9,10       71:25,25 77:20      52:6 53:6
   44:12 45:13,19    more 5:21 49:20         70:13 77:3            78:18,18            55:12,19 56:20
   50:6 58:23          49:22 51:12           78:24 79:14         numbers 13:20         57:25 59:13
   61:14 66:8          53:17,17 54:4       neither 83:14           27:22 42:8          62:23 65:15,18
   67:24 70:24         54:15 59:5          Never 76:6                                   65:18 66:4,10
   78:2,5              60:9,11,15,18        next 21:22 40:9                             68:24,25 69:15
meaning 42:16         64:4,13,14            45:24 46:1            _____O_____       69:24 70:1
   77:1                65:1,2 67:8          53:15 55:12,23      O 2:1                   71:23,25 74:8
means 19:20           69:11,12 70:10        66:22              Object 12:4 40:1        75:16 77:20
   34:14 41:25        72:7,8 75:17         noncancer 72:3,3       51:24 54:24          78:15,18 79:1
   42:6,16,16         75:21 77:5,6,7       non-diploid            59:3 68:5            ones 47:16
   43:25,25 44:23     78:2,5 79:9,11        62:23               69:22 71:19           only 10:12 22:16
   51:15,18 65:22     79:12,13,16,16       normal 34:14,15       73:9 75:19            33:21 37:2
   66:18 68:3        morphologically        42:1 46:22          77:15 78:3            39:9 41:5
   72:14,14           50:5,11,22            54:2 59:16         objection 78:7          46:25 49:6
meant 44:17           51:3,10,13,19        61:5               objections 2:19         53:22 59:1
mechanism 72:8        52:17 53:3,5,8       North 2:8 3:13        2:22                  60:20 63:24
medical 6:13,23       53:10 54:9            3:20              occur 50:14,17           65:5 74:17,18
   7:2,12,13,17       55:25 56:5           Notary 2:6 5:2        72:7                  on-line 23:5
   7:19,23 8:3,11     57:23 58:9,12        81:22 83:24        odd 41:25 42:11         operating 25:11
   8:14,17 10:12      58:17 59:8           note 62:17 63:2      off 36:4               31:16 76:23
   10:14,15,17        61:15 62:13          63:11             offered 2:24            operation 70:17
   12:17 33:11,12     63:3,6 64:20         notes 62:20         office 13:18          opinion 48:6
                                           nothing 79:1         23:5
```

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

opportunity
   12:15 73:24
oral 5:9 81:7
ordered 21:20
ordering 24:9
ordinary 19:11
other 9:6 16:15
   22:17 24:10
   42:4,7 73:19
   75:22
otherwise 6:5
   35:16 37:12
   41:1 60:14
ourself 39:11
out 19:21 23:8
   28:11 30:8,11
   36:4 37:11
   43:20 47:11
   49:2 52:24
   59:20 80:1
over 8:19 26:2
overnight 72:7
own 11:4

_____

**P**

P 2:1 3:1,1
package 13:22
   14:1,22 15:6
   15:18
packet 14:8
page 14:25 15:1
   18:10 19:16
   41:13 48:19,25
   49:10 55:2,12
   55:23 61:22
   62:7,8 63:9
   65:7,24,25
   69:7 70:1
   77:25 78:8
   82:4
pages 27:20
paid 7:22
pair 42:2,4
paper 30:14
   36:15 45:3
papers 32:3
paragraph 49:15
   50:2 51:7 52:4
   52:22 53:20
   55:10 62:5
   63:8 66:1
part 10:15 12:8
   12:17 14:18
   17:13,14,15
   33:12 39:14,21
   56:1 58:16
particle 17:8

particles 17:1
   22:9
particular 5:23
   18:1 26:12
   29:2 42:5 67:3
   76:17
Particularly
   79:2
parties 2:3,22
   83:15
parts 10:14,15
   33:14 57:6
pathogenesis
   72:9
pathological
   7:19 9:3
pathologist 8:17
   9:8,12,14 20:7
   23:4 33:6
   37:11,18 40:15
   40:18 71:6,15
   74:3
pathologists
   7:14 10:18
   74:19
pathology 9:15
   9:15,24 70:21
patient 29:11
   59:13 60:18
   63:13 72:15,22
patients 60:19
   63:13,15 72:11
pattern 42:14
   54:11 66:14,17
pause 6:9
pay 74:5
people 32:20
   70:12
people's 44:1
perform 8:12
   15:23 25:5
   59:18 73:17
performed 9:1
   12:2 31:4
   58:14,18 70:14
   70:15,19 73:1
   73:2
performing 12:8
   16:16 20:6
   71:2
period 25:18
   63:24
person 31:1,2,13
   33:20,21 37:3
   37:7,9 44:13
   47:11
personnel 22:5

persons 44:23,24
phonetic 9:20
photograph 74:6
   74:14
physician 9:7,11
   74:19
physics 19:23
Ph.D 1:14 2:5
   5:8,12 6:12
   27:24 81:12
pick 52:4
picks 18:11
picture 28:14,15
pictures 55:19
piece 30:14
   36:15
placed 24:2
places 75:22
plain 68:3
Plaintiff 1:7
   3:3
Plaintiff's 4:6
   14:10,11,15,16
   14:21 15:4,11
   18:9 19:17
   27:7,9,15 28:6
   28:8 31:6
   37:22 38:1
   40:7,10 46:3,4
   56:7 61:22
   64:7,8 68:14
   74:4
play 8:18
please 60:6
plus 68:25
point 67:3 79:6
policy 20:24
positive 22:24
   23:10 37:10
   47:9,9,17,21
   53:7,14,23
   54:7,8,16
   56:12,19,23
   58:4 60:10,12
   60:17 64:3,4
   65:4 67:4,9,24
   69:2,16 70:11
   72:12 76:5
   77:3 78:20,21
   79:9,11,12,17
   79:17
positives 76:4
possibilities
   64:25
practice 12:17
   20:24 75:25
   76:15

practices 9:2
precancerous
   72:5
preidentified
   18:7
premalignant
   72:10
preparation
   12:16 25:10
   40:25
prepare 22:1,7
   25:7 38:11
   79:25
prepared 18:16
   22:10 25:14,22
   26:10 29:3
preparing 17:20
preps 26:8
prescribed 12:19
presence 71:18
presented 21:2
pretty 16:8,10
prevalence 19:12
principle 16:9
print 36:4 52:13
   83:10
printed 44:14,16
   52:20
printer 36:4
prior 2:25
probable 65:15
probably 13:4
   33:3 38:19
   39:22 43:20
   45:5,15 75:23
   75:24
probe 16:21,21
   16:21,23 17:8
   54:13 56:21
   66:11
probes 55:25
   58:9 62:24
problem 78:16
problems 65:16
   72:6 76:3
procedure 5:5
   10:10,16 15:22
   20:22,25 22:4
   22:4 25:11
   31:17 35:14
   36:11 37:8
   38:7 39:1,3,13
   39:15,16,18
   47:22 50:25
   57:8 59:22
   62:2 70:17
   73:13 76:17,23

procedures 9:3
   12:18 22:6
   76:18
proceedings 5:10
process 20:2
   22:6,9 23:9
   33:10,18 39:22
   41:3,8
processes 71:12
   71:18
processing 42:19
   42:21,22 43:15
product 12:9
   19:15 48:17
   49:5 52:10
   54:1,20 56:13
   61:20 67:11
   68:2,21 69:4
   74:23 76:24
   77:14,24
profile 34:2
   37:10 41:11
   46:7 47:6 54:2
   54:3 59:16
   61:5 71:17
   72:11,14,17,23
prohibits 6:24
proof 36:21
proper 25:2
protocol 12:13
   12:19 13:15
   22:1,19,20
   37:6 47:3,12
   59:5 64:13
   70:16 77:4
provide 7:1,18
   10:13,19 20:19
   28:4 31:8 41:6
   43:19 48:13
provided 13:18
   20:15,18 40:19
   52:11 75:2
Public 2:7 5:2
   81:22 83:24
purpose 39:10
   63:21
pursuant 5:5
put 21:18 28:25
   34:23 35:24
   36:19 45:5,17
   45:25 47:10
   72:23
puts 18:16 26:11
putting 11:14
p.m 1:15 2:10

_____

**Q**

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

**QC** 33:18 36:24
  39:10,18
**question** 6:1, 6
  32:5 36:14
  37:17 38:22
  40:2 47:2
  51:25 63:22
  68:6 69:23
  71:13,21 73:10
  75:20 77:16
**questions** 2:20
  2:21 5:21
  11:10,13 13:15
  23:15 32:3
  44:20 83:9
**quite** 26:3 47:6
  48:14 63:12
  75:10

---
                  **R**
**R** 3:1 82:1,1
  83:1
**Rahimzadeh** 40:13
  46:8,9,10 48:2
**rank** 37:14
**reach** 35:17
**read** 10:3 15:9
  26:15 32:14
  37:2,3 49:2,19
  51:7 52:3,21
  78:19 80:1
  81:4
**readily** 36:23
  63:3 78:11
**reading** 2:12
  51:8 59:21
  68:1
**ready** 38:12
**reagents** 17:19
  17:25
**real** 29:4,5,5
  52:13 79:3
**realize** 72:9
**really** 63:20
  75:10
**reason** 16:17
  36:25 63:1
  65:9 67:7 71:6
  75:9,24 82:4
**Reasons** 66:2
**receipt** 23:23
**receive** 20:25
**recommended**
  73:13
**recommends** 75:7
**record** 29:19,21
  62:12 65:6

66:19
**recorded** 53:12
  62:22 68:19
  72:11
**records** 73:25
**red** 54:11
**reduced** 83:10
**refer** 12:24 13:5
  13:17 14:18
  27:2 30:11
  46:2 48:16
  65:7
**reference** 4:12
  4:15,18 13:11
  20:12 21:12
  27:3 28:10
  30:10 31:7
  33:8 40:12
**referring** 13:2
  60:10
**refers** 53:7
  57:24
**regard** 5:23
**relabel** 16:23
**relate** 31:3 62:2
**relating** 2:16
**reliable** 65:21
  66:6
**rely** 74:13
**renal** 73:7,18,22
**repeat** 6:2 17:5
  65:9,12 66:2
  66:20 67:2
  71:13
**repeated** 65:21
  66:7,25 67:19
**rephrase** 6:3
  77:1
**report** 21:7 23:2
  28:2 33:25
  34:21,23 35:14
  37:19 41:10,13
  46:25,25 67:3
  74:7,15
**reported** 32:20
  44:10 46:8
  71:11
**reporter** 3:17
  5:1 17:2 79:24
  80:3,6 83:23
**reporting** 3:19
  76:3
**reports** 13:3,6,6
  71:16
**represent** 5:19
**representative**
  70:8 78:25

**representing**
  63:5 78:12
**represents** 34:19
  83:11
**require** 19:3,5
  19:22 47:12
  53:4 76:19,24
  77:21
**required** 39:17
**requirement** 39:9
  51:6
**requirements**
  68:21 69:1
**requires** 19:4
**requiring** 51:2
  65:12
**respective** 2:3
**responsibilities**
  9:11
**responsibility**
  8:25 10:22
**responsible**
  33:12,13
**result** 4:16
  20:16 23:1
  27:22,25 28:1
  28:3 29:15
  34:5 35:8,17
  44:7 49:9
  64:25 67:4,4
  68:15 70:10,11
  72:12 77:3
  79:10,12,18
  83:16
**resulting** 21:7
**results** 11:22
  23:12 29:13
  32:21 34:1
  35:2,5 39:4
  40:19 41:10
  44:10 46:12
  49:16 52:15
  53:1,22 61:11
  64:9 65:20
  69:7,8 70:4
  73:1,5 77:25
  79:16
**resume** 10:4
**retrievable**
  36:23
**retyped** 4:11
  15:5 48:22
  52:20
**review** 37:23
  38:10 39:5
  74:14
**reviewed** 35:20

40:16 44:11
  74:4
**RF** 43:24 44:4
**right** 6:4 9:18
  13:8 15:15
  18:18 19:8
  20:6 21:9
  23:25 25:9
  26:21 28:13
  30:3,15,22
  31:18 32:23,25
  34:3,6,13,23
  38:17 39:16,19
  40:15 41:9,12
  41:19 46:23
  50:1 55:17,22
  57:4 58:2
  62:10 67:21
  68:13 72:7
  79:8,12
**role** 6:14 8:18
  10:17
**room** 22:13
**rules** 2:16 5:5

---
                  **S**
**S** 2:1,1 3:1 82:1
**same** 2:14 23:4
  27:15,19 35:20
  36:6,6,16 37:3
  41:4 45:25
  52:13 73:7,18
  73:21 78:7,15
**sample** 21:6
  23:19 24:2,6,9
  24:17,23 25:3
  25:4,7 26:13
  40:21 63:4
  73:18 76:18
**samples** 17:16
  50:18 63:23
  67:1
**Savala** 6:15 7:25
  25:18
**save** 25:18
**saying** 39:14
  53:20
**says** 15:18 19:15
  19:18 35:19
  42:25 44:10,11
  45:10 50:4
  51:22 52:16
  53:2,16,21
  54:1 55:7,10
  55:24 56:14,14
  57:16,17,21
  58:21 59:1,25
  60:8 61:11

62:5,12 65:8
  67:14,16 68:2
  69:5,18 74:23
  75:4,16 77:4
  77:14 78:1,2,6
  78:15
**scan** 24:23 37:4
  38:16 47:14,24
  53:17 57:17
  61:3 63:20
  64:1 65:5
  69:10 77:6
**scanned** 63:5
  78:12,14
**scanner** 24:22,23
**scope** 18:25
**score** 23:11
**scored** 29:20
  63:7
**screen** 79:9
**screening** 70:13
  71:24
**scroll** 57:18
**second** 22:24
  31:15 35:5,15
  35:19 36:5,16
  37:3,7,9 38:14
  39:3
**section** 57:7
  65:8
**see** 17:11,12
  18:17,17 19:1
  20:19,20 23:4
  28:23 29:18,19
  30:4,10 34:9
  34:10,14,17
  37:5,6 38:19
  38:24 39:5
  42:9 43:4
  45:12 46:16
  47:15 49:16,22
  50:7 51:9 52:4
  53:7 54:10
  56:1 59:7
  62:18,20 63:2
  63:7,20,25
  64:13 66:13,16
  66:17,17 70:1
  79:6
**seen** 27:22 64:10
**select** 55:15
  57:22
**send** 25:1 30:19
**sense** 10:20 52:8
  59:19,20 68:12
  77:22
**sensitive** 66:10

sent 43:3, 21
sentence 49:19
  50:2, 23 51:16
  51:17, 17 52:3
  53:2, 16 59:25
  60:7 67:5, 21
  69:7, 18 77:24
sentences 59:24
  68:9, 10
separate 10:10
  11:3, 5 36:9
September 1:15
  2:9 5:4 9:25
  81:7
sequence 16:23
serves 6:14
service 11:25
  41:7
services 7:1, 2
  7:19 70:21
set 20:1 42:3
sets 45:12
seven 62:25 63:8
several 77:19
shedding 63:16
sheet 4:16 28:1
  28:2, 3 46:13
sheets 34:6
shelf 26:17, 24
she'll 79:24
short 16:24 17:7
  18:5
shorter 75:12
show 24:24 53:25
  72:10, 21
showed 71:17
showing 51:10
  53:11
shown 31:5 78:8
shows 41:15
  55:12
sign 23:8 28:11
  45:4 80:2
signal 17:11
  51:9 53:9
  62:21, 23 66:14
signals 17:12
  55:24 58:8
signature 2:12
  81:1
signed 27:23
  34:1 40:18
simple 16:10
simply 23:8
  41:25 47:20
sink 25:18
sir 16:7 28:2

.29:14 30:4
32:19 43:2
62:19 64:6
68:18 74:11
75:8
Situ 11:18
situations 65:11
six 41:17 58:8
size 57:24
slash 43:24
slide 17:16 20:8
  20:17, 20 21:7
  22:8, 10, 19, 22
  25:14, 22 26:13
  26:15, 16 29:2
  29:4, 5, 11, 14
  32:14, 17, 22
  34:22 35:20
  36:6, 16 37:1, 2
  37:3, 4 44:24
  47:14, 24 48:10
  54:18 61:4
  62:2, 3 64:11
  65:5, 19, 19
  66:4, 5, 13, 15
  69:10 70:7, 8
  79:1
slides 17:20
  18:16 20:13
  22:8 26:10
  27:21 32:24
  48:3, 13 55:8
  56:15 57:5, 12
  58:4 65:13, 14
  66:6
small 33:19
  49:14 52:13
some 5:20 7:16
  11:18 13:14
  18:11 20:24
  21:4 23:15
  26:6, 7 29:21
  30:7 32:3
  33:19, 25 41:20
  42:23 43:13, 22
  47:7, 13 48:13
  48:14 55:19
  57:25 60:18, 19
  61:17, 17 63:13
  63:15 72:11
  75:11, 11, 12
somebody 32:7
  36:4, 23 76:4, 7
someone's 44:15
something 26:2
  30:7 35:24
  36:3 56:17

57:7, 9 68:3
75:17 78:2, 5
sometimes 20:14
  20:17, 18 25:23
  41:6 72:5
SOP 10:9, 17 22:2
  22:4 37:8 38:9
  38:13 64:24
  71:4
sorry 9:9 19:4
  28:21 32:18
  35:4 45:9, 22
  50:16 62:7
  65:23 67:12
  74:24
sort 18:11 21:4
  29:22
sound 10:21
source 19:16, 19
  30:7
special 18:20, 25
  19:3, 5, 8 33:19
specialized 33:9
  33:11
specific 23:15
  65:16
specifically
  5:22
specified 62:25
specimen 20:15
  20:17 21:1, 12
  21:15, 17, 22, 25
  22:7 23:7, 20
  23:22 24:24
  25:15, 19, 22, 23
  25:25 26:4
  29:3, 9 40:21
  40:25 42:18, 22
  43:15 45:4
  49:24 53:15
  54:14, 15 55:7
  56:14 57:5, 12
  58:4 60:22
  62:2 65:12, 20
  66:6, 20 69:14
  73:22 78:11, 24
specimens 26:5
  33:10 67:19
spell 6:16
spot 45:12
square 28:13
staff 10:18
  33:12
stage 20:2
stain 22:7
staining 17:15
stamp 4:7, 10, 17

12:25 13:20
14:9 27:12
38:4 55:5
stamped 14:14
  19:18 43:6
  48:20 78:1
stand 19:21
standard 9:2
  22:1, 4, 6 25:11
  31:16 35:14
  37:8 39:13
  47:22 70:16
  73:13 76:15, 23
  77:2, 2
standards 70:20
  71:1
start 12:23
  58:24
starting 13:11
State 2:7 5:3
  83:3
statement 77:18
STATES 1:1
stays 21:6
stenotype 83:9
step 21:22 62:25
still 40:4 58:4
STIPULATED 2:2
  2:11, 18
stipulation 5:6
stop 10:2 47:4
  47:19 59:6
  60:10, 12, 13, 15
  60:16, 23 62:16
  69:2, 15 77:8
stopped 65:1, 3
  79:8
stored 26:19
  34:25
strategy 28:25
Street 2:8 3:6
  3:13
strict 33:18
studies 11:19, 21
  11:23
study 12:18 50:9
  50:24 51:20
stuff 57:5
Subscribed 81:14
subspecialty
  9:16, 22, 23
Suite 3:20
supervise 8:22
supervising 10:6
supervision
  83:11
supervisor 11:3

supervisory 8:18
supply 30:21
supportive 79:17
suppose 35:13
  63:19 66:16, 17
supposed 64:4
sure 9:1 10:19
  27:16 38:15
  39:21 47:15
  54:13 56:21
  63:20 66:11
  78:24
suspicious 55:15
  57:23
sworn 5:13 81:14
system 10:10
  11:2, 4, 5 12:20
  21:17, 21 23:2
  31:10, 11 33:17
  34:24 36:20, 25
S-A-V-A-L-A 6:17

---

**T**

T 2:1, 1 82:1, 1
  83:1, 1
table 48:21, 24
  49:12, 14 55:12
  57:25 65:15
take 6:7, 9 9:25
  23:18 38:18
  52:24
taken 2:6 81:7
  83:8
taking 2:16
talk 77:20
talking 22:16
  24:13, 19 28:1
  38:8 45:6
  50:15, 19 53:14
  56:4, 11, 18
  57:4 60:19
targets 65:19
  66:5, 13
tech 45:11
technical 10:15
  33:14
technician 18:15
  26:11 29:16, 19
  30:12 31:4, 15
  32:8 35:19, 21
  36:6, 16 47:6
  47:18 51:3
  53:4 56:3 59:9
  76:19, 24 77:4
  77:5 79:7
technicians 8:11
  10:7, 11, 23

Case 3:06-cv-00839-WKW-CSC    Document 27-7    Filed 10/05/2007    Page 33 of 34
Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

Page 93

21:25 25:6
33:1,4,13,15
45:16 47:7,13
47:19
**technologist**
22:11,18,24
35:6,16 39:3
**technologists**
8:12,19 10:6
10:23 22:12,14
**TELEPHONIC** 1:13
**tell** 9:10 13:4
14:6 15:1,9
16:2,5,6 21:22
28:19 29:22,25
31:1,12 32:16
36:13 38:25
49:3,3 65:22
68:15 69:4
76:11
**telling** 68:2
**tells** 59:8
**temporarily**
62:17
**terms** 10:5 18:19
**test** 12:2,13
13:3,6,6,15
15:14 16:2,8
16:20 18:6
20:22 21:10,23
24:11 25:1,12
27:15,19 29:2
33:25 34:1
36:7 40:11
41:10,10,23
42:5 45:24
50:18 52:25
58:24 59:18
60:23 61:7
64:8,18 66:10
66:23 67:17,23
68:15,16 70:9
70:13,13 71:23
71:24,25 72:21
72:25 74:5,7
76:17,18
**testified** 5:14
**testimony** 76:16
76:22 79:20,23
81:7
**testing** 12:18
15:22 16:17
**tests** 12:9 21:20
22:16,18 31:24
31:24 39:8
50:14 56:4
58:13,18 62:15

64:18 70:14
71:2 73:7
76:13
**text** 61:11
**Thank** 27:1 32:1
33:24 46:12
79:20 80:6
**thanks** 79:22
**their** 2:3 8:22
9:1 11:4,5
22:3 33:16,22
36:20 44:6,6
45:17 50:8,24
50:24 51:20
53:7 59:24
71:3 75:24
**themselves** 28:16
**theoretically**
60:16
**thereto** 2:25
83:9
**thing** 60:24
74:18 75:16
78:15
**things** 25:6
33:20,21 56:20
76:10
**think** 13:21
14:21 15:5
23:14 38:21
43:3,19 44:19
51:19 61:2
64:1 68:7 71:3
71:8 75:21
76:14 77:18
78:16
**Thompson** 6:11
**though** 51:1
62:21
**thought** 32:9
54:6
**three** 18:7 34:18
42:9,10 50:14
50:17,18 56:4
56:20 57:17
58:13,18 64:18
71:7,10
**threshold** 47:5
**through** 2:3 4:8
4:11,17 13:20
14:9,14 32:2
33:5 38:4
40:17 41:9
42:23 46:22
54:19
**throughout** 24:6
**throw** 25:17,17

60:22
**time** 2:23,24
21:16 23:4
25:18 26:17
32:15 47:23
53:13 59:12,13
59:16 70:7
76:6
**times** 77:19
**title** 49:9,15
69:8
**today** 56:4
**together** 16:18
17:10
**told** 39:12 48:12
54:22 64:17
66:19
**top** 28:12 43:16
**total** 62:12
64:10 68:17,19
**towards** 53:22
**Tower** 2:8 3:12
**trained** 22:5
33:2
**training** 10:23
11:2
**transcript** 79:25
81:5,6 83:12
**transitional**
18:2
**traveling** 45:2,2
45:6
**Treadwell** 3:4
4:2 5:17,18
11:7,15,16
12:22 13:13
14:5 15:8,16
27:11 30:22,23
30:24 31:21
32:2,6,11,13
38:3 40:17
43:8,11,12
55:5 71:10
**trial** 2:23
**troubleshooting**
48:25 49:13
52:14 65:14
**true** 81:6 83:12
**try** 16:20,22,23
26:23 30:1
47:7,16,23
59:23,25
**trying** 10:3
20:23 49:2
59:20
**tumor** 63:14
**twist** 16:16

**two** 14:24 16:15
19:16 27:20
32:20 34:15
42:4 44:1,23
44:24 45:12,15
47:18 48:3
59:15 64:25
70:1 72:1
78:18
**two-column** 52:12
**type** 11:23 19:5
24:11
**Typically** 44:22
44:25

---

**U**

**U** 2:1
**Uh-huh** 15:20
23:17,21 24:8
31:21 41:14
42:21 43:10
44:9 46:14,21
48:18 50:3
52:18 54:21
55:9,14 57:13
57:15,20 58:6
58:11 62:4,14
65:17 74:12
**ultimately** 24:17
**under** 26:11
52:13,14 69:8
77:24 83:10
**underline** 78:9
**underlying** 72:4
**Underneath** 66:2
**understand** 6:2
11:6,15 12:18
17:3 19:23
26:5 35:18
36:12 40:9
52:2,23 56:22
56:22 59:24
68:11
**understanding**
68:9
**unfair** 38:22
**uninformative**
66:24 67:18,23
67:25
**unique** 21:18
**UNITED** 1:1
**university** 33:19
**until** 26:24 37:5
37:6 47:14
49:20,24 53:16
54:15,17 69:10
69:10,14 70:6

79:7
**urine** 20:15,16
23:7,19 24:19
25:4,15,24
26:6,7 29:9
41:1,5 60:20
73:19
**urological** 72:4
**urologist** 74:1
**UroVysion** 12:10
12:11,12,20
15:14,18 22:17
22:18 23:2
25:12 37:23
38:9 39:2,5,17
48:10 52:11
73:17
**use** 16:20 17:6
18:25 20:13
52:5,20 55:10
57:21 60:19
71:1
**used** 17:19 18:21
20:13 25:24,24
47:19 76:18
**useless** 74:20
**users** 22:22
**uses** 20:25
**using** 16:24 29:5
39:2
**utilized** 15:22
49:6
**utilizes** 12:9
**U.S** 1:10 4:12,15
5:22 6:19,23
7:3,9,11,13,17
7:18,22 8:3,6
8:12,13,14,15
8:17,19 9:8
10:7 11:10
12:2,8 13:10
15:23 20:25
21:10 23:23
24:7 27:3 31:6
36:23 43:15
49:6 52:20
54:23 70:17,25
73:17 74:21
75:17,21 76:2

---

**V**

**V** 1:8
**Valley** 1:10 7:3
7:4
**value** 72:21
**varies** 48:12
**various** 17:19

Deposition of CHANGJUN YUE, M.D., Ph.D.
September 7, 2007

**verbatim** 15:10
**verify** 22:25
  23:10 35:16
**version** 15:6
**versus** 41:1
**very** 33:18 63:17
  66:10 79:19
**VIDEO** 3:19
**view** 17:21 20:8
**viewed** 34:22
  36:6,16 62:13
**vision** 19:6
**visual** 31:5
**voided** 41:1,5
**Vysis** 12:10,20
  52:11

**W**

**Wachovia** 2:8
  3:12
**wait** 56:9,9,11
**waived** 2:13
**want** 10:16,19
  11:13 25:21
  27:1 30:3,25
  31:19 37:20
  38:24 45:24
  46:1 48:16,19
  52:23,24 59:7
  61:6 64:1 80:3
**wash** 73:7,18
**washes** 26:6
**way** 12:23 13:9
  24:18 32:12
  44:25 51:22
  52:2 57:18
  73:19,21
**well** 14:20 15:2
  19:14 25:21
  27:16,19 29:21
  30:4 35:10
  38:21 43:6
  45:15 48:22
  51:8,21 52:9
  56:3,7,13
  57:11 59:12
  61:19 63:18
  64:16 68:7
  69:20 77:23
**were** 5:10 32:17
  32:21,25 41:15
  41:16,17,21
  44:23 46:15,18
  46:22 58:12,17
  59:9 61:12,15
  63:23 64:9,19
  68:16 70:14,19

71:10,11 73:1
  73:8 83:10
**West** 3:6
**we'll** 6:9
**we're** 11:8,14
  13:5 22:16
  24:12,19 50:18
  56:4 58:3
  60:19
**we've** 31:5 50:14
  74:4
**while** 31:12
  39:12 54:22
**whole** 47:14,24
  51:7 52:3,22
  61:4 65:4 70:8
**witness** 2:13 5:8
  13:10,23 14:1
  15:13 30:9,16
  30:20 31:25
  49:11 81:1
  83:13
**wondered** 75:15
**words** 24:10 42:8
  68:4
**work** 6:21,22
  8:12,13,14,15
  8:22 9:1 10:7
  66:18
**working** 7:14
  8:17,19 33:5
  33:23 56:21
**works** 54:13
  66:11
**work-up** 72:18
**wouldn't** 19:19
**writing** 39:20,25
**written** 39:14
**wrong** 11:8 15:7
  20:24 57:7
  72:24
**wrote** 51:17

**Y**

**yeah** 11:12 14:2
  15:13 16:4
  19:7 28:21,21
  36:24 39:21
  44:22 46:11
  51:15 53:24
  54:8 55:21
  56:6,18,25
  57:3 62:11
  76:14
**years** 39:23,25
  72:12
**Yue** 1:14 2:5 5:8

5:12,18 6:18
  11:17 13:5
  14:7 15:12,21
  17:4 27:23
  29:1 30:6
  31:22 32:2,16
  74:21 76:1
  79:19,22 81:12
**y'all** 7:18
**y'all's** 12:25

**0**

**01/19/2005** 15:19
**05** 13:11

**1**

**1** 4:7 14:10,11
  14:22 19:17
**10** 38:20 46:22
**101** 48:20 78:1
**11** 34:12
**12** 34:12 46:25
  49:23 53:17
  69:13 77:7
**12:30** 1:15 2:10
**124** 13:20 14:14
**129** 3:6
**13** 34:8,13 55:2
  55:4 61:12,13
  61:14 64:9
  68:19 79:7,7
**14** 4:7,10 41:16
  46:25 55:23
  59:1 60:13,13
  78:8
**15** 61:23,24 62:8
  62:9 78:16
**16** 27:13
**17** 18:10
**19** 48:19 49:11
  69:7 77:25

**2**

**2** 4:10 14:15,16
  15:5,11 18:10
  61:22
**20** 38:20 65:7,25
  66:1
**20th** 2:8 3:13
**200** 74:23 75:4,7
  75:13
**2007** 1:15 2:9
  5:5 81:4,8,16
**205** 3:20
**21st** 73:2
**2119** 3:20

**23** 64:19
**2338** 28:10 31:7
  61:7,8 64:9
  68:15 74:5,9
  74:10
**25** 46:15,22,24
  47:14,19,25
  50:4,11,22
  51:3,18 52:4,5
  52:6,16 53:2,5
  53:8 55:25
  56:5 58:9,12
  58:17 59:8,17
  60:1,17,18,24
  60:25 63:18
  64:20 66:15,23
  67:17,22 69:18
  69:24 70:2,7
  76:20,25 77:9
  77:10,20,21
  78:20,22,25
  79:1,4,9
**25th** 10:1
**2612** 48:3
**2613** 47:1 48:4
  58:24,25 60:11
  64:19
**27** 4:12
**28** 4:15

**3**

**3** 4:12 18:10
  27:7,9 28:9
  31:6 42:3
  46:19 64:7
  64:18 74:5
**3rd** 3:20
**3:06-CV-838-WKW**
  1:10
**30 (b) 6** 11:9
**300** 74:22 75:3,6
  75:6
**3100** 2:7 3:12
**35203** 3:14,21
**36** 40:17
**36953** 3:7
**38** 4:17
**39** 43:6

**4**

**4** 4:15 27:15
  28:6 64:8
  68:15
**40** 4:18
**42** 15:13 48:19
  55:3,4,23 62:8

65:7,25 66:1
  69:8 77:25
  78:9,16
**42-page** 15:12
**420** 2:8 3:13
**43** 40:17
**45** 79:10
**46** 4:19

**5**

**5** 4:2,17 37:22
  38:1 46:19
**50** 4:17 38:4
**55** 4:17 38:5

**6**

**6** 4:18 40:7,11

**7**

**7** 1:15 2:9 4:19
  5:4 18:10 46:3
  46:4 81:7
**75** 4:7,10 14:9
**76** 19:18

**8**

**8** 46:19
**82** 4:8,11 14:9
**83** 13:20 14:14

**9**

**9** 34:12 46:20
**9p21** 49:23 54:13
  69:13
**95** 55:5

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **DEBRA LOFTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO:** |
| ) | **3:06-CV-839-WKW** |
| **U.S. LABS - FOUNTAIN VALLEY,** ) | |
| **INC., and ESOTERIX, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants, U.S. Labs Fountain Valley, Inc., and Esoterix, Inc., through the undersigned counsel, submit their response to Plaintiff's First Interrogatories and Request for Production of Documents and state as follows:

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please state the location, with street address, where the FISH analyses were performed.

### ANSWER TO INTERROGATORY NO. 1:

US Labs
2601 Campus Drive
Irvine, California 92612

**INTERROGATORY NO. 2:**

Please state the name of each and every person who performed the following:
a. the person taking receipt of the samples for each analysis;
b. the person(s) who prepared any slides or other media for analysis;
c. the person who reviewed the slides or media for analysis;
d. the person who interpreted the analysis;
e. the person who prepared the written report;
f. the person who approved the analysis report.

**ANSWER TO INTERROGATORY NO. 2:**

Defendants object to this interrogatory because it requests information that is not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, and expressly insisting upon them herein, defendants state as a further response to this interrogatory as follows: Defendants did not take the sample, rather it was received through the mail. Changjun Yue, M.D., Ph.D. performed the urine analysis and Mariam Rahimzadeh, M.D performed the Bladder Wash, Left Kidney and Right Kidney analyses. For a further answer, defendants refer plaintiff to the documents regarding the tests that defendants will produce.

**INTERROGATORY NO. 3:**

Please state any medical journals, textbooks, treatises, articles, or any other technical information upon which you prepared the protocol or methodology for preparation, analysis and interpretation of FISH analysis performed by your company.

**ANSWER TO INTERROGATORY NO. 3:**

Defendants object to this interrogatory as it is overly broad and unduly burdensome as worded and requests information that is not relevant and not reasonably calculated to lead to the discovery of admissible evidence as to any claim or defense asserted in this action. Without

# ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Orange_ } ss.

On _7/19/2007_ before me, _Madoul S. Kobty Notary public_
(DATE)                              (NOTARY)

personally appeared _Derek Bowman_
(SIGNER(S))

☐ personally known to me    - OR-    ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MADOUL S. KOBTY
COMM. #1698646
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Nov 7, 2010

WITNESS my hand and official seal.

_____
NOTARY'S SIGNATURE

## ═══ OPTIONAL INFORMATION ═══

The information below is not required by law. However, it could prevent fraudulent attachment of this acknowledgment to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S) ·
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

_____
_____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
OTHER

RIGHT THUMBPRINT
OF
SIGNER

Top of thumbprint here

**AS TO INTERROGATORIES:**

U.S. Labs Fountain Valley, Inc. and Esoterix, Inc.

By _____

Director of Operations for FISH and Cytogenetics
U.S. Labs for Laboratory Corporation of America Holdings

STATE OF _California_    )

COUNTY OF _orange_    )

Before me this day personally appeared Derek Bouman and after being first duly sworn on oath, deposes and says that he is Director of Operations for FISH and Cytogenetics U.S. Labs for Laboratory Corporation of America Holdings, that he has read the foregoing responses to interrogatories on behalf of U.S. Labs Fountain Valley, Inc. and Esoterix, Inc., that he subscribes to the same on behalf of U.S. Labs Fountain Valley, Inc. and Esoterix, Inc., and is duly authorized to do so; that the foregoing answers are based upon information supplied by persons who he believes to be knowledgeable regarding said information and from the books and records of the organization; and that he believes the foregoing answers to be true and correct to the best of his information, knowledge and belief.

Given under my hand and seal, this _____ day of _____, 2007.

_____
NOTARY PUBLIC

[SEAL]  My Commission Expires:_____

waiving these objections, Defendants will provide the relevant fluorescent scope maintenance logs and fluorescent microscope preventive maintenance guidelines.

**AS TO REQUESTS FOR PRODUCTION AND OBJECTIONS**

Michael L. Lucas (LUC004)
Margaret E. Gober (GOB003)
Attorneys for Defendants U.S. Labs Fountain Valley, Inc.
and Esoterix, Inc.

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' First Set of Interrogatories and Request for Production has been served on the following by directing same to his office address through first-class, United States mail, postage prepaid, on this the 20th day of July, 2007:

Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

OF COUNSEL

DEFENDANTS US LABS & ESOTERIX

EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, | ) | |
| INC., and ESOTERIX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF DR. VINCENT MICHAEL BIVINS, Ph.D.

1.     My name is Michael Bivins, Ph.D.  I am over nineteen years of age.  I have personal knowledge of the matters contained in my declaration, and I give this declaration voluntarily and without coercion and under penalty of perjury.

2.     I have attached to my declaration a copy of my expert report that I previously provided in this case.  I have personal knowledge of the information contained in my expert report, such information is true and correct, and I incorporate my expert report herein.

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2007.

DR. MICHAEL BIVINS, Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, | ) | |
| INC., and ESOTERIX, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## EXPERT REPORT OF DR. VINCENT MICHAEL BIVINS

1.      I have attached to this Report an updated Curriculum Vitae and

the information contained therein is correct.    The attached Curriculum

Vitae accurately describes my education, work history and expertise.  I am

licensed to practice medicine in the State of Alabama and have been since

2002.  I am Board certified in the field of Urology and actively practice in

that field in the State of Alabama.  Because of my education, training and

experience, I am familiar with the use of FISH tests and the standard of

care that applies to their use by urologists.  I am also familiar with the

standard of care that applies to the treatment of patients who suffer from

medical issues such as Ms. Loftin's as reflected in Dr. Bauer's medical records.

2.    In reaching my opinions, I have reviewed the following documents:

    a.    US Labs FISH Tests;
    b.    Medical records of Russell Medical Center;
    c.    Medical records of Dr. Brad Bauer;
    d.    Tests and records of Bostwick Laboratories;
    e.    Medical records of Medical Park Family Care;
    f.    Medical records of James Michael Smith, M.D.

3.    Urologists use UroVysion FISH tests as an aid in the diagnosis of bladder carcinoma in patients with hematuria and the monitoring of carcinoma recurrence.   A positive result is not the equivalent of a cancer diagnosis and a negative result does not necessarily rule out carcinoma.

4.    Based upon my review of Dr. Bauer's medical records for his treatment of Ms. Loftin, and my education, training and experience, it is my opinion that the procedures Dr. Bauer provided Ms. Loftin in the summer of 2005 were appropriate based on the conditions about which she complained regardless of the US Labs' FISH results.   Further, it is my opinion that the complaints Ms. Loftin raised in the summer of 2005 cannot

affirmatively be attributed to the procedures performed by Dr. Bauer as opposed to her general medical condition.

5.      My attached Curriculum Vitae contains all of the publications I have authored within the preceding ten years.

6.      I have not testified as an expert at trial or by deposition within the preceding four years.

7.      I am being compensated as an expert witness in this case at the rate of $400.00 per hour.

Dated this the 23rd day of July, 2007.


DR. VINCENT MICHAEL BIVINS

# CURRICULUM VITAE

NAME:            Vincent Michael Bivins, MD

Home Address:    ▄▄▄▄▄▄▄▄▄▄▄▄▄

Office Addresses:  Urology Centers of Alabama, P.C.
3485 Independence Drive
Homewood, Al 35209
August 2002 to present

Urology Centers of Alabama, P.C.
985 9th Avenue S.W., Suite 408
Bessemer, Al 35022
August 2002 to present


Date of Birth:    ▄▄▄▄▄▄▄▄ 1968
Place of Birth:   Philadelphia, PA

Marital Status:   Single

Education:        BS – Microbiology – The University of Alabama
Tuscaloosa, Alabama
1986-1991

MD – The University of Alabama Birmingham
Birmingham, Alabama
1992-1996

1996 – 1997 – General Surgery Internship
Vanderbilt Medical Center, Nashville, TN

1997 – 2001 – Urology Residency
University of Oklahoma, Oklahoma City, OK

2001 – 2002 – Clinical Fellowship, Urology Oncology
University of Washington, Seattle, WA

Major in the United States Air Force Reserve
908th Air Support Technical Squadron
Maxwell, AFB AL

Licensure:        Alabama # 00024677
Board Certified Urology 06/2004

Memberships:      Member, American Urology Association
Member, Southestern Section of the American Urology
Association
Member, The University of Alabama School of Medicine
Admission
Committee
Member, Jefferson County Medical Society

```
                        Member, Medical Association State of Alabama
                        Member, National Society of Urologic Surgeons
                        President of Birmingham Chapter of National Medical
                            Association
                        Admission Committee Member, the University School of
                            of Medicine
                        Executive Committee Member, Medical Staff, Baptist
                            Princeton Hospital
                        Board Member, Jefferson County American Cancer
                            Society
                        Board Member, Birmingham YMCA
                        Participant, Big Brothers and Big Sisters
                        Member, One Hundred Black Men Association
                        Kappa Alpha Psi


Honors:                 Resident Teaching Award
                        Pfizer, Award for Outstanding Resident
                        Birmingham's Top 40 under 40



Research:

11/03 - Present         Abbott Laboratories
                        Hormone Refractory Prostate Cancer w/Mets

11/03 - Present         Abbott Laboratories
                        Hormone Naïve Prostate Cancer

11/03 - Present         Myriad
                        Prostate Cancer

11/03 - Present         GlaxoSmithKline
                        BPH

11/03 - Present         Indevus
                        Overactive Bladder

11/03 - 02/04           Watson Laboratories
                        Overactive Bladder

11/03 - 01/04           Eli Lilly
                        Erectile Dysfunction

11/03 - Present         Alza
                        Interstitial Cystitis

11/03 - 04/04           Pfizer
                        Erectile Dysfunction

01/04 - Present         Therion
                        Prostate Cancer Vaccine

01/04- Present          Ferring
                        Prostate Cancer
```

01/04 – Present    Eli Lilly
                   Stress Incontinence

01/04 -  Present   McNeil
                   Overactive Bladder

01/04-  Present    NexMed
                   Erectile Dysfunction


Areas of Interest:

                   Urology Oncology, Robotics and Laparoscopy, Female
                   Pelvic Floor Reconstruction and Incontinence,
                   Reconstructive Urology, Stone Disease. Benign
                   Prostate Hypertrophy, Erectile Dysfunction,
                   Infertility


Hobbies:

                   Biking, Jogging, Reading,
                   Traveling