IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEBRA LOFTIN, )<br>)<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>U.S. LABS - FOUNTAIN VALLEY, )<br>INC., and ESOTERIX, INC., )<br>)<br>      **Defendants.** ) | CIVIL ACTION NO:<br>3:06-CV-839-WKW |

## SETTLEMENT REPORT

Pursuant to this Court's Scheduling Order, the parties report to the Court that they have reached a settlement of the above-referenced matter and currently are in the process of completing paperwork to finalize the settlement.

s/ Mark Allen Treadwell_____  
Mark Allen Treadwell  
OLIVER & TREADWELL LLP  .  
129 West Columbus Street  
Dadeville, Alabama 36853  

Attorney for Plaintiff

s/ Michael L. Lucas_____  
Michael L. Lucas (LUC004)  
BURR & FORMAN LLP  
3100 Wachovia Tower  
420 North 20th Street  
Birmingham, AL 35203  

Attorney for Defendants

1615737 v1