IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-839-WKW |
| | ) | |
| | ) | |
| U.S. LABS- FOUNTAIN VALLEY, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The parties have notified the court this case has settled.  All remaining dates and deadlines, including the pretrial and trial date are CANCELLED.  The parties are ORDERED to file a joint stipulation of dismissal on or before **November 27, 2007.**

DONE this 1st day of November, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE