IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA LOFTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:06-CV-839-WKW |
| U.S. LABS - FOUNTAIN VALLEY, INC., and ESOTERIX, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff Debra Loftin and defendants U.S. Labs – Fountain Valley, Inc., and Esoterix, Inc., and show and stipulate to the Court that this action should be dismissed with prejudice with each party to bear its own costs.

_____
Mark Allen Treadwell
OLIVER & TREADWELL LLP
129 West Columbus Street
Dadeville, Alabama 36853

Attorney for Plaintiff
Debra Loftin

_____
Michael L. Lucas (LUC004)
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Attorney for Defendants
U.S. Labs – Fountain Valley, Inc.,
and Esoterix, Inc.

1610268 v1